**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sand Castle South Timeshare Owners Association, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0350452** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2207 South Ocean Blvd** <br> **Myrtle Beach, SC 29577** <br> Number, Street, City, State & ZIP Code | **One Vance Gap Road** <br> **Asheville, NC 28805** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Horry** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**                    Case number (*if known*) _____
    Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Sand Castle South Timeshare Owners Association, Inc.**                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in   *Check all that apply:*
       *this district?***

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or      ☑ No
       have possession of any       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       real property or personal
       property that needs
       immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____

                                     **Where is the property?** _____
                                                                Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.   Insurance agency  _____

                                              Contact name      _____

                                              Phone             _____

---

████  **Statistical and administrative information**

**13.  Debtor's estimation of   .   *Check one:*
       available funds**

                                ☑  Funds will be available for distribution to unsecured creditors.

                                ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of      ☑ 1-49               ☐ 1,000-5,000          ☐ 25,001-50,000
       creditors**              ☐ 50-99              ☐ 5001-10,000          ☐ 50,001-100,000
                                ☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,000 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☑ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☑ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2019**
                        MM / DD / YYYY

**X** **/s/ Herbert H. Patrick, Jr.**                                   **Herbert H. Patrick, Jr.**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**    **X** **/s/ Julio E. Mendoza, Jr.**                    Date    **May 22, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Julio E. Mendoza, Jr. 3365**
Printed name

**Nexsen Pruet, LLC**
Firm name

**1230 Main Street, Suite 700 (29201)
PO Box 2426
Columbia, SC 29202**
Number, Street, City, State & ZIP Code

Contact phone    **803-540-2026**    Email address    **rmendoza@nexsenpruet.com**

**3365 SC**
Bar number and State

Resolution of Board of Directors
of
**Sand Castle South Timeshare Owners Association, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation is authorized and directed to employ **Julio E. Mendoza, Jr. 3365**, attorney and the law firm of **Nexsen Pruet, LLC** to represent the corporation in such bankruptcy case.

Date _____5/22/19_____       Signed _____

Date _____5/22/19_____       Signed _____

Date _____5/22/19_____       Signed _____

## United States Bankruptcy Court
### District of South Carolina

In re   <u>Sand Castle South Timeshare Owners Association, Inc.</u>        Case No. _____

                                 Debtor(s)         Chapter     <u>11</u>

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Herbert H. Patrick, Jr.,** declare under penalty of perjury that I am the **President** of  **Sand Castle South Timeshare Owners Association, Inc.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Herbert H. Patrick, Jr., President** of this Corporation is authorized and directed to employ **Julio E. Mendoza, Jr. 3365**, attorney and the law firm of **Nexsen Pruet, LLC** to represent the corporation in such bankruptcy case."

Date   <u>5/22/19</u>                 Signed   */s/ Herbert H. Patrick*
                                           Herbert H. Patrick, Jr.

**Fill in this information to identify the case:**

Debtor name    **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2019**    X **/s/ Herbert H. Patrick, Jr.**
                                       Signature of individual signing on behalf of debtor

                                    **Herbert H. Patrick, Jr.**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sand Castle South Timeshare Owners Association, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | ☐ Check if this is an amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cherokee Motels, Inc.** PO Box 1362 Myrtle Beach, SC 29578 | | **Note Payment Due** | | | | **$360,000.00** |
| **Horry County Treasurer's Office** PO Box 1237 Conway, SC 29528 | | **Property Taxes Due** | | | | **$42,585.81** |
| **Johnson's Furniture Co.** 3015 Bashor Road Conway, SC 29526 | | **Goods Provided** | | | | **$608.22** |
| **Kaba Ilco Inc.** PO Box 896502 Charlotte, NC 28289 | | | | | | **$892.82** |
| **Sand Castle South HOA Inc.** c/o Alley Management Inc. 7400 N. Kings Highway Myrtle Beach, SC 29572 | | **Master Association Dues Owed** | | | | **$130,934.69** |
| **Sun Hospitality Resort Services** 4724 Hwy 17 Bypass South Myrtle Beach, SC 29588 | | **Services Provided, Housekeeping** | | | | **$56,708.90** |
| **TSA Choice** 108 Asheville Comerce Pkwy Candler, NC 28715 | | **Services Provided** | | | | **$333.47** |

**Fill in this information to identify the case:**

Debtor name    **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $          0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     61,615.55

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     61,615.55

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $          0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     42,585.81

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    783,925.24

4.  Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b          $     826,511.05

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$300.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third** | **Operating** | **5290** | **$61,315.55** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$61,615.55**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(If known)* | |
| | Name | | |

| 11b. Over 90 days old: | 2,153,327.66 | - | Unknown | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                                                  Unknown

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **39 Timeshare units located at 2207 South Ocean Blvd, Myrtle Beach, South Carolina 29577 (Units Numbered 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 914, 915, 916, 917, 918, 919, 920, 921, 1101, 1102, 1103, 1104, 1105, , 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1114, 1115, 1116, 1117, 1118, 1119, 1120 and 1121 of the Sand Castle South Horizontal Property Regime). SEE ATTACHED LEGAL DESCRIPTION** | | Unknown | Unknown |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | Unknown |
|---|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** <br> **Sand Castle South Timeshare Ownership Plan License (SC REC File No. 905)** | Unknown | | Unknown |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(If known)* | |
| | Name | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**Unknown**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $61,615.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | Unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,615.55 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $61,615.55 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(If known)* | |
| | Name | | |

LEGAL DESCRIPTION OF PROPERTY

ALL AND SINGULAR, those certain Units Numbered 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 914, 915, 916, 917, 918, 919, 920, 921, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1114, 1115, 1116, 1117, 1118, 1119, 1120, and 1121 of the Sand Castle South Horizontal Property Regime, established pursuant to the Master Deed for Sand Castle South Horizontal Property Regime, dated June 16, 2006 and recorded June 16, 2006 in Deed Book 3114 at Page 478, in the records of Horry County, South Carolina.

SUBJECT to all of the provisions of the aforesaid Master Deed and Exhibits and Amendments thereto.

AND SUBJECT to all other restrictions, reservations, easements, and rights of way or record, including those set out on the recorded map.

AND FURTHER SUBJECT to all of the provisions of the Supplemental Declaration for Sand Castle South Timeshare Ownership Plan recorded in Deed Book 3255 at Page 567, et. seq., in the records of Horry County, South Carolina.

TOGETHER will all of the appurtenances thereto according the Master Deed, the Supplemental Declaration for Sand Castle South Timeshare Ownership Plan and Exhibits and Amendments thereto, and the Grantee assumes and agrees to observe and perform its obligations under the Master Deed and Supplemental Declaration for Sand Castle South Timeshare Ownership Plan and Exhibits and Amendments thereto, including, but not limited to, the payment of assessments for the maintenance and operation of the units, condominiums and timeshare interests. AND SUBJECT to the provisions of the By-Laws of Sand Castle South Homeowner's Association, Inc. and the By-Laws of Sand Castle South Timeshare Owners Association, Inc.

This being a portion of the property conveyed to Sand Castle South Condo, LLC by Deed of Cherokee Motels, Inc., recorded June 16, 2006 in Deed Book 3114 at Page 462, in the Office of the Register of Deeds for Horry County, South Carolina.

TMS No.:   187-01-02-078; 187-01-02-079; 187-01-02-080;   187-01-02-081; 187-01-02-082;  187-01-02-083;  187-0I-02-084;  187-01-02-085;  187-01-02-086;  187-01-02-087; 187-01-02-088; 187-01-02-089; 187-01-02-90; 187-01-02-091;   187-01-02-092;  187-01-02-093;  187-01-02-094;  187-01-02-095; 187-01-02-096; 187-01-02-097; 187-01-02-218; 187-01-02-219; 187-01-02-220;  187-01-02-221;  187-01-02-222;  187-01-02-223;  187-01-02-224;  187-

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

01-02-225;  187-01-02-226;  187-01-02-227;  187-01-02-228;  187-01-02-229;
187-01-02-230;  187-01-02-231;  187-01-02-232;  187-01-02-233;  187-01-02-
234;  187-01-02-235:  187-01-02-236 and  187-01-02-237

LESS AND EXCEPTING :

Any  previously  conveyed  timeshare  interest  in  the  above  referenced  Units,
consisting  of  a  1/52  or  a  1/104  undivided  interest.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,585.81** | **$42,585.81** |

**Horry County Treasurer's Office**
**PO Box 1237**
**Conway, SC 29528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes Due**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Celso Aabano**
**1658 Milwaukee Ave #100-8053**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8570**

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type:  **1 BD; Unit 1120 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Adams**
**3730 Meadowview Rd**
**Kershaw, SC 29067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6715**

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type:  **STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joshua Adams**
PO Box 382
Chapmanville, NC 28133

Date(s) debt was incurred _

Last 4 digits of account number  **6716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 919 (Annual Float)**
**Unit Type:  STU;  Unit:  907 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Samuel Adams**
5513 Ackley Ln
Hope Mills, NC 28348

Date(s) debt was incurred _

Last 4 digits of account number  **6717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**William Addison**
1722 McFarlin Bridge Rd
Carnesville, GA 30521

Date(s) debt was incurred _

Last 4 digits of account number  **6719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jae Adle**
PO Box 52
Lyons, NY 14489

Date(s) debt was incurred _

Last 4 digits of account number  **6721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Denorise Allen**
2543 Old Mill Road
High Point, NC 27265

Date(s) debt was incurred _

Last 4 digits of account number  **6725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1108 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pamela Allen**
1261 McPherson Rd
Vass, NC 28327

Date(s) debt was incurred _

Last 4 digits of account number  **6726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vernon Allison**
**7700 Boyer Farm Rd**
**Walnut Cove, NC 27052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6727**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ronald Althenn, II**
**3905 Hearn Drive**
**Columbia, SC 29223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6728**

**Unit Type: STU;  Unit 1108 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Ammons**
**2645 Mozelle Sherrill Ln**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6730**

**Unit Type: STU; Unit: 904 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Howard Anderson**
**1000 Louis Gardner Rd**
**Upton, KY 42784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **8630**

**Unit Type:  STU; Unit 907 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeffrey Anderson**
**2641 Sudie Dr**
**Burlington, NC 27217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6731**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shawntay Anthony**
**911 Belton street**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6732**

**Unit Type: STU;  Unit 1109 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kalyan Anumula**
**1278 Turnbury Lane**
**North Wales, PA 19454**

Date(s) debt was incurred  _

Last 4 digits of account number  **6733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Diane Artis**
**31230 Smiths Ferry Road**
**Franklin, VA 23851**

Date(s) debt was incurred  _

Last 4 digits of account number  **6734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 920 (Biannual Float)**
**Unit Type: STU; Unit 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sam Atkins, Jr.**
**732 Indian Trl**
**Martinsville, VA 24112**

Date(s) debt was incurred  _

Last 4 digits of account number  **6736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 915 (Annual Float)**
**Unit Type:  STU;  Unit: 914 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robbie Atkins**
**228 Charles Ave**
**High Point, NC 27260**

Date(s) debt was incurred  _

Last 4 digits of account number  **6735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 904 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Atkinson**
**3840 Hedgewood Dr**
**Sumter, SC 29154**

Date(s) debt was incurred  _

Last 4 digits of account number  **7518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Linda Atkinson**
**1201 Mill St**
**Camden, SC 29020**

Date(s) debt was incurred _
Last 4 digits of account number  **2506**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Roy Ayers**
**2007 Westfield Rd**
**Mount Airy, NC 27030**

Date(s) debt was incurred _
Last 4 digits of account number  **6737**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit: 1 BD; Unit: 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Isaac Bacoat**
**1904 Carriage HOuse Road**
**Fayetteville, NC 28312-3401**

Date(s) debt was incurred _
Last 4 digits of account number  **6027**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Richard Bailey, Jr.**
**135 Dogwood Ln**
**Fayetteville, WV 25840**

Date(s) debt was incurred _
Last 4 digits of account number  **6740**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 918 (Biannual Float)**
**Unit Type:  1 BD; Unit 919 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Nicholas Bailey**
**1920 Old Hickory Grove Rd**
**Mount Holly, NC 28120**

Date(s) debt was incurred _
Last 4 digits of account number  **6739**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Luis Baires**
**3407 Skybrook Ln**
**Durham, NC 27703**

Date(s) debt was incurred _
Last 4 digits of account number  **6741**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Zakiya Y. Bakari-Griffin
192 Clayton Ave
Frankford, DE 19945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6742**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Tammy Baker
397 Simms St
Maysville, GA 30558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6743**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 912 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Shirley Ballard
17605 Highway 101 S
Gray Court, SC 29645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6746**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

James Baltzell
32 Newton St.
Norwich, CT 06360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6748**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit:1115 (Biennial Points)**
**Unit Type:  STU;  Unit 1114 (iennial Points)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Linda Bangs
100 Forest Park Dr
North Kingstown, RI 02852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6749**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1117 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Leonard Banks
713 Buffalo View Rd
Hillsville, VA 24343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6750**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biennial Points)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bryan Barber**
**134 Deerfield Rd**
**Rockingham, NC 28379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6751**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Connie Barrington**
**3166 Magnolia Rd**
**Bennettsville, SC 29512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6754**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Beatty**
**884 Hills Rd**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6755**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Arleathia Beavers**
**PO Box 314**
**Greeleyville, SC 29056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6756**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 912 (Annual Float)**
**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Erica Renee Beckett**
**129 Willow Bend Dr**
**Apt 3C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6757**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 904 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Paul Beeson**
**110 English Court**
**Trinity, NC 27370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6758**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 905 (Annual Float)**
**Unit Type: 1BD;  Unit 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andre Belisle**
**145 Chaplin St**
**Chaplin, CT 06235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6759**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Daniel Bell**
**376 Hollywood Farm Rd**
**Fredericksburg, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6760**

Basis for the claim:  **NOTICE PURPOSES ONLY**
**Unit Type: 1 BD; Unit: 915 (Annual Float)**
**Unit Type: STU; Unit: 914 (Annual Float)**
**Unit Type: 1 BD; Unit: 901 (Biannual Float)**
**Unit Type: 1 BD; Unit: 919 (Annual Float) (2)**
**Unit Type: STU; Unit: 905 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Bennett**
**541 Apple Ridge Road**
**Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6762**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Bennett**
**116 Copes Ct**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6763**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Berry**
**114 Zoe Cir**
**Jacksboro, TN 37757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6765**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 914 (Biannual Float)**
**Unit Type: 1 BD; Unit: 915 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Levente Berry**
**7521 Blacklick Ridge Blvd**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6766**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1104 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard Berry**
**131 Old Turnpike Rd**
**Beckley, WV 25801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6767**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbara Bielawski**
**12645 W Eden Ct**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6770**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cynthia Billington**
**2044 Halifax Rd**
**Chatham, VA 24531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6771**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 901 (Biannual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cheryl Ann Black**
**178 Lancer Dr**
**Ringgold, GA 30736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6773**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Annual Float)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Black**
210 Vernon St
Cherryville, NC 28021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6774

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Blackwell**
4107 SE School Rd
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6775

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Latoya Blair**
15 Kay Ln, Apt J
Waterbury, CT 06708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6776

**Unit Type:  STU;  Unit: 914 (Biannual Float)**
**Unit Type:  1 BD; Unit: 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Louis Blake, Jr.**
PO Box 1516
Saint Stephen, SC 29479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6777

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cassandra Bland**
PO Box 17612
Greenville, SC 29606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6778

**Unit Type:  1 BD; Unit 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jimmie Blankenship, Jr.**
2525 Stroud Rd
Jackson, GA 30233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  6779

**Unit Type:  1 BD;  Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susan Blevins**
**1204 Osborne Rd**
**Mount Sterling, KY 40353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6780**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tracy Bodkin**
**119 Wimbledon Way**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6781**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 906 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Norman Bogard**
**14362 US Highway 42 E**
**Verona, KY 41092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6782**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Bogart**
**5707 Dogwood Rd**
**Knoxville, TN 37978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6783**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1115 (Biannual Float)**
**Unit Type:  STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Bolin**
**3995 Meadow Run Rd**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6784**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 920 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ralph Bolt**
**3713 Blackburn  Ave**
**Ashland, KY 41101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6785**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tracy Boone**
1222 James St
Macon, GA 31204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6786__

__Unit Type: 1BD;  Unit: 1117 (Biannual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Waltraud Booth**
234 Winters Dr
Wintersville, OH 43953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6788__

__Unit Type: 1 BD; Unit: 917 (Annual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Borchardt**
2395 State Highway 12
Greene, NY 13778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6789__

__Unit Type:  1 BD;  Unit: 920 (Biannual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chester Boroski, Sr.**
28865 Morgan Ln
Richfield, NC 28137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6790__

__Unit Type: STU; Unit: 911 (Annual Float)__
__Unit Type: 1BD; Unit: 916 (Annual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard Bowling**
117B Valley Dr
Nitro, WV 25303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6791__

__Unit Type:  STU;  Unit: 907 (Biannual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andy Boyette**
891 Scott Rd
Kenly, NC 27542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE PURPOSES ONLY__

Last 4 digits of account number __6792__

__Unit Type:  1 BD; Unit 1117 (Biannual Float)__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lisa Boykin**
**1952 Lucknow Rd**
**Camden, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6793**

__Unit Type:  STU;  Unit: 904 (Biannual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeri Brannen**
**9464 US 52**
**Manchester, OH 45144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6794**

__Unit Type:  STU;  Unit: 903 (Biannual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Breeden**
**4922 Big Creek Rd**
**Hartford, TN 37753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6797**

__Unit Type:  1 BD; Unit 921 (Annual Float)__
__Unit Type:  1 BD; Unit 921 (Annual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shawn Brehm**
**405 East Market Street**
**Baltimore, OH 43105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6798**

__Unit Type:  1 BD; Unit 917 (Annual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**William Brisson**
**10405 Rockinham Rd**
**Laurel Hill, NC 28351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6799**

__Unit Type: 1BD;  Unit: 1118 (Biannual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Bronson**
**1364 Doc Brown Rd**
**Raeford, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE PURPOSES ONLY__

Last 4 digits of account number  **6801**

__Unit Type:  STU; Unit 906 (Annual Float)__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**H. Brooks**
205 W Alton St
Durham, NC 27707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6802**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Karen Brooks**
1790 Avenue S NW
Winter Haven, FL 33881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6803**

**Unit Type:  1 BD; Unit 921 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Edward Brown**
508 Katonah Ave
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6805**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kenwick Brown**
1804 Winthrop Dr
Florence, SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6806**

**Unit Type: 1 BD; Unit: 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Timothy Brown**
1433 Hillsboro Rd
Orangeburg, SC 29115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6808**

**Unit Type: STU; Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hugh Brunner**
501 N High St
Duncannon, PA 17020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6809**

**Unit Type: 1 BD; Unit: 915 (Annual Float)**
**Unit Type: STU; Unit: 914 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rodney Brunson**
**140 Trailwood Drive**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6811**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1117 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Danny Bryant**
**103 Wilhowie Dr, #A**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6812**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ronnie Bryant**
**2331 Grantham School Rd**
**Mount Olive, NC 28365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6813**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rosendo Bryden**
**4576 Vernon Farms Blvd**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6814**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nicole Bubb**
**247 Harper Dr**
**Snow Hill, NC 28580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6815**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Brian M. Buch**
**4711 Poplar Lane**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6816**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Edward J. Bucia**<br>**701 Bent Hickory Road**<br>**Charleston, SC 29414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6817** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type: 1 BD;  Unit 915 (Annual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Burchfield Vacation Rentals, LLC**<br>**c/o James Franklin Burchfield**<br>**PO Box 18322**<br>**Knoxville, TN 37928** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6818** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type:  1 BD; Unit 917 (Annual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jeffrey Burdick**<br>**4046 Old Trail Rd**<br>**Martinez, GA 30907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6819** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type:  STU;  Unit: 910 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **George P. Burfeind**<br>**172 Bunker Rd**<br>**Rotonda West, FL 33947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6820** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type: 1 BD;  Unit: 918 (Annual Points)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nannie Burton**<br>**1020 Grand Concourse**<br>**Bronx, NY 10451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6821** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type:  STU;  Unit: 907 (Annual Float)**<br>**Unit Type: 1 BD; Unit: 919 (Annual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **James Byker**<br>**134 W Central Ave**<br>**Zeeland, MI 49464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number  6823** | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | **Unit Type: STU;  Unit 1105 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Audrey B. Cahill**
**4 George St**
**Sharon, ON LOG 1VO**

Date(s) debt was incurred _

Last 4 digits of account number **6825**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 1114 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.91**

**Nonpriority creditor's name and mailing address**

**William Callahan**
**131 Kenneth Cooper Road**
**Whittier, NC 28789**

Date(s) debt was incurred _

Last 4 digits of account number **6826**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 914 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Yolanda Leon Camacho**
**7200 Amster Rd**
**N. Chesterfield, VA 23225**

Date(s) debt was incurred _

Last 4 digits of account number **6827**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 914 (Annual Float)**
**Unit Type: 1 BD; Unit 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Jimmy Camp**
**19 Oak Grove Rd**
**Landrum, SC 29356**

Date(s) debt was incurred _

Last 4 digits of account number **6828**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1118 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Albert L. Campbell**
**5128 Dorchester Rd**
**North Charleston, SC 29403**

Date(s) debt was incurred _

Last 4 digits of account number **6829**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Robert Campbell, Jr.**
**164 Windsor Way**
**Mount Royal, NJ 08061**

Date(s) debt was incurred _

Last 4 digits of account number **6832**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Katie Campbell** | ☐ Contingent | |
| | **32 Railroad Ave** | ☐ Unliquidated | |
| | **PO Box 586** | ☐ Disputed | |
| | **Craigsville, VA 24430** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6831** | | |
| | | **Unit Type: 1 BD;  Unit 916 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Patricia Canton** | ☐ Contingent | |
| | **7749 Red Maple Pl** | ☐ Unliquidated | |
| | **Westerville, OH 43082** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6834** | | |
| | | **Unit Type:  1 BD; Unit 915 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Patricia Carey** | ☐ Contingent | |
| | **6070 Highway 145** | ☐ Unliquidated | |
| | **Carnesville, GA 30521** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6836** | | |
| | | **Unit Type:  1 BD; Unit 1101 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Benjamin Carroll** | ☐ Contingent | |
| | **1160 N 17th E** | ☐ Unliquidated | |
| | **Mountain Home, ID 83647** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6837** | | |
| | | **Unit Type:  1 BD;  Unit: 920 (Annual Float)** | |
| | | **Unit Type:  1 BD;  Unit: 921 (Annual Float)** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Robert Carroll** | ☐ Contingent | |
| | **1203 Cherokee Trail** | ☐ Unliquidated | |
| | **Covington, VA 24426** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6838** | | |
| | | **Unit Type: 1BD;  Unit: 918 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Thomas G. Carslay** | ☐ Contingent | |
| | **13507 East 43rd Dr.** | ☐ Unliquidated | |
| | **Yuma, AZ 85367** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **6839** | | |
| | | **Unit Type:  STU; Unit 902 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Carter**
**1050 River Rd**
**Stoneville, NC 27048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6840**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 1114 (Annual Float)**
**Unit Type:  1 BD; Unit: 1115 (Annual Float)**
**Unit Type:  1 BD; Unit 920 (Annual Float)**
**Unit Type: STU;  Unit: 909 (Annual Float)**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ronald Carter**
**1531 Blain Hwy**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6841**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Annual Float)**
**Unit Type: STU;  Unit: 910 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Case**
**804 Driftwood Lane**
**North, SC 29112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6843**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Casterline, Jr.**
**259 N Vine Ave**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6844**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 912 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ralph Castro**
**7001 Cannon Dr**
**Canal Winchester, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6845**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1116 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brad Caudill**
**1500 Cedar Ln**
**Wilkesboro, NC 28697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6846**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**
**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clyde Caudle**
**301 Woodberry Dr**
**Wingate, NC 28174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6847**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 917 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kiwanna Chapman**
**1200 E Holly St**
**Rocky Mount, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6849**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Chapman**
**116 Crest Ave**
**East Haven, CT 06513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6850**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 921 (Biannual Float)**
**Unit Type: 1 BD; Unit: 920 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Raoul Chasse**
**130 Lopes Cir**
**Franklin, NC 28734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6851**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Edward Chavis**<br>**PO Box 462**<br>**Pembroke, NC 28372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| Last 4 digits of account number  **6852** | | |
| | **Unit Type:  STU; Unit 1104 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360,000.00 |
|---|---|---|
| **Cherokee Motels, Inc.**<br>**PO Box 1362**<br>**Myrtle Beach, SC 29578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Note Payment Due** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Vernell Cherry**<br>**2402 Huntwood Ct.**<br>**Frederick, MD 21702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| Last 4 digits of account number  **6853** | | |
| | **Unit Type:  1 BD;  Unit: 915 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.115**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Wieslaw Cierpka**<br>**42 Nantucket Dr**<br>**Richmond Hill, ON, L4E 3V8, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| Last 4 digits of account number  **6855** | | |
| | **Unit Type: 1BD;  Unit: 919 (Annual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **John Cindea**<br>**6314 Ewe Dr**<br>**Clinton, OH 44216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| Last 4 digits of account number  **6856** | | |
| | **Unit Type: 1 BD; Unit: 901 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Barbara Clark**<br>**290 Clubfoot Creek Rd**<br>**Havelock, NC 28532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| Last 4 digits of account number  **6857** | | |
| | **Unit Type:  STU;  Unit: 907 (Biannual Float)** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Donna Clark**
**7204 Cloverfield Ct**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6858**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Joyce Clark**
**3830 Pineleaf Cir**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6859**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 917 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Leonard Clark**
**1008 Double Bridges Drive**
**Fancy Gap, VA 24328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6860**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 1116 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Winston Clarke**
**PSC 557 Box 386**
**FPO, AP 96379-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6861**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 910 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**William Clay**
**4201 Broad Run Church Rd**
**New Baltimore, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6863**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Nelson Clayton**
**167 Flossie Ln**
**Lexington, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6864**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 904 (Biennial Points)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**James Clontz**
**3003 Camden Road**
**Marshville, NC 28103**

Date(s) debt was incurred _
Last 4 digits of account number  **6866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: S1BD;  Unit: 917 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Club Resorts**
**1093 State Highway 176**
**Walnut Shade, MO 65771**

Date(s) debt was incurred _
Last 4 digits of account number  **1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 908 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Coats**
**100 Navigator Ln**
**Laurens, SC 29360**

Date(s) debt was incurred _
Last 4 digits of account number  **6867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Adelbert Cobbin**
**244 Lincoln St**
**Ravenna, OH 44266**

Date(s) debt was incurred _
Last 4 digits of account number  **6868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert Coffey**
**9602 Norwick Ln**
**Fredericksburg, VA 22408**

Date(s) debt was incurred _
Last 4 digits of account number  **6869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dara Cohen**
**3621 Kelly Way**
**Louisville, KY 40220**

Date(s) debt was incurred _
Last 4 digits of account number  **6870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Colby**
**7613 Whirlaway Dr**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0169**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 909 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shawn Cole**
**2 Harvard Drive**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6872**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Collins, Jr.**
**129 Quincy Dr**
**Landrum, SC 29356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6874**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Compton, Jr.**
**6501 Wilton Rd**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6876**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1115 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joshua Conerly**
**1600 Manchester Dr SW**
**Conyers, GA 30094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6877**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Conley**
**612 China Grove Hwy**
**Rockwell, NC 28138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6878**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Biannual Float)**
**Unit Type:  1 BD;  Unit: 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joann Cook**
**PO Box 422**
**Kershaw, SC 29067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6880**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Samantha Cooley**
**1055 Old Plantation Rd**
**Walnut Cove, NC 27052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0485**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Estate of Sandra Coombes**
**c/o Carl Ryan**
**282 Roach Ave**
**Welland, Ontario L3C2W4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6881**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alvin Cooper**
**426 Glacier Place**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6882**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1-BD; Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frances Cooper**
**3407 Blanch Rd**
**Blanch, NC 27212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6883**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sandra Cooper**
**552 Home Ave NW**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6884**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Corbin**
**1480 WO Ezell Blvd., Apt L95**
**Spartanburg, SC 29301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6885**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Cortina**
**2 Bajala Dr E**
**Beaufort, SC 29907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6886**

**Unit Type: STU; Unit: 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David  Cox**
**12166 Rain Hollow Ct**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6888**

**Unit Type: STU;  Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stephen Coyle**
**12003 Prairie Meadow Dr**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **0486**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Craig, Jr.**
**7012 Idlewood Rd**
**Charlotte, NC 28212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6891**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Craig**
**7303 Rourke Cv**
**Memphis, TN 38125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6890**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott Crane**
**1620 Wagon Wheel Dr**
**Blackfoot, ID 83221**

Date(s) debt was incurred _

Last 4 digits of account number **6892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1110 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnny Crawford**
**9203 Wilkinson Blvd.**
**Charlotte, NC 28214**

Date(s) debt was incurred _

Last 4 digits of account number **6893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ronnie Crimes, Sr.**
**PO Box 208**
**Preston, GA 31824**

Date(s) debt was incurred _

Last 4 digits of account number **6894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Judith Cripe**
**3104 N Broadway St APT A3**
**Knoxville, TN 37917**

Date(s) debt was incurred _

Last 4 digits of account number **6895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,018.98**

**CRM of the Carolinas, LLC**
**3660 Old Kings Hwy**
**Murrells Inlet, SC 29576**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Crousser**
**15913 State Route 550**
**Fleming, OH 45729**

Date(s) debt was incurred _

Last 4 digits of account number **6896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.154** | Nonpriority creditor's name and mailing address
**Tomesha Crowder**
**2704 Walkup Ave**
**Monroe, NC 28110**

Date(s) debt was incurred _

Last 4 digits of account number  **6898**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155** | Nonpriority creditor's name and mailing address
**Robert Crum**
**5785 Tyro St NE**
**Canton, OH 44721**

Date(s) debt was incurred _

Last 4 digits of account number  **6899**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.156** | Nonpriority creditor's name and mailing address
**Jennifer Dagenhart**
**7821 Pebbleridge Dr**
**Charlotte, NC 28212**

Date(s) debt was incurred _

Last 4 digits of account number  **7470**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 921 (Annual Float)**
**Unit Type: 1BD; Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157** | Nonpriority creditor's name and mailing address
**Grover Damron**
**1932 Pineview Rd**
**Randleman, NC 27317**

Date(s) debt was incurred _

Last 4 digits of account number  **6902**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.158** | Nonpriority creditor's name and mailing address
**James Danford, Jr.**
**3931 Spring Garden Ln**
**Estero, FL 33928**

Date(s) debt was incurred _

Last 4 digits of account number  **6903**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159** | Nonpriority creditor's name and mailing address
**Karen Daniel**
**308 Fuller Dr #21**
**Easley, SC 29640**

Date(s) debt was incurred _

Last 4 digits of account number  **6904**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.160** | Nonpriority creditor's name and mailing address

**Christopher Daniels**
**10 Glen Oak Rd**
**Fredericksburg, VA 22405**

Date(s) debt was incurred _

Last 4 digits of account number  **6905**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 915 (Annual Float)**
**Unit Type:  STU;  Unit: 914 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.161** | Nonpriority creditor's name and mailing address

**Floyd Daniels**
**1401 S. Slocumb Street**
**Goldsboro, NC 27530**

Date(s) debt was incurred _

Last 4 digits of account number  **6906**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 1116 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.162** | Nonpriority creditor's name and mailing address

**Djani Darmanovic**
**9406 Deer Spring Lane**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number  **6907**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 917 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.163** | Nonpriority creditor's name and mailing address

**Patrick Daugherty**
**431 Fairway Dr**
**Abingdon, VA 24266**

Date(s) debt was incurred _

Last 4 digits of account number  **6908**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**John Davenport**
**228 Aurora Blvd**
**Matthews, NC 28105**

Date(s) debt was incurred _

Last 4 digits of account number  **6909**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.165** | Nonpriority creditor's name and mailing address

**Almond Davis**
**292 Trevor Drive**
**Walterboro, SC 29488**

Date(s) debt was incurred _

Last 4 digits of account number  **6910**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 911 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.166** | Nonpriority creditor's name and mailing address

**George Davis**
**311 Wythe Rd**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number  **6913**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1105 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**Graham Davis, Jr.**
**1129 Hazelwood Rd**
**Columbia, SC 29209**

Date(s) debt was incurred _

Last 4 digits of account number  **6914**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**Rudolph Davis**
**3207 Southgreen Rd**
**Windsor Mill, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number  **6917**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169** | Nonpriority creditor's name and mailing address

**Norman Deal**
**3040 Salem Road**
**Parrottsville, TN 37843-2207**

Date(s) debt was incurred _

Last 4 digits of account number  **6920**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170** | Nonpriority creditor's name and mailing address

**Dorcas Delgado**
**7348 Van Grayson Loop**
**Fayetteville, NC 28314**

Date(s) debt was incurred _

Last 4 digits of account number  **6922**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 910 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.171** | Nonpriority creditor's name and mailing address

**Belinda Deline**
**113 Parsons Mill Lane**
**Columbia, SC 29229**

Date(s) debt was incurred _

Last 4 digits of account number  **6923**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Dell'Orso**
**1907 Belleville Drive, NE**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6924**

**Unit Type: 1 BD; Unit: 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rex Delph**
**6514 Tazewell Pike**
**Knoxville, TN 37918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6925**

**Unit Type:  STU; Unit 909 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Demarest, Jr.**
**8028 Long Drive Dr.**
**Port Saint Lucie, FL 34952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6926**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Etta DeRizzio**
**335 S 10th Avenue**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6927**

**Unit Type: 1BD;  Unit 921 (Annual Float)**
**Unit Type: 1BD;  Unit 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Norris Detter**
**4761 Sand Clay Rd**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6928**

**Unit Type:  1 BD; Unit 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jana Dew**
**127 Woodland Dr**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6929**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Willie Dexter**
2823 Ridgeview Dr
Augusta, GA 30909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6930**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Victor Diaz, III**
7534 Dr. Hector P Garcia Dr
Corpus Christi, TX 78414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6931**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biennial Points)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbie Dillard**
153 Arrow Point Rd
Jackson, GA 30233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6932**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Melvin Dixon**
165 Boyd St
Winterville, NC 28590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6933**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ronald Dobbins**
PO Box 1071
Pocono Pines, PA 18350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6934**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sokpheak Doeung**
4608 Bolen Huse Road
Memphis, TN 38128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6935**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dennis Donnelly**
**633 Garfield St**
**Heidelberg, PA 15106**

Date(s) debt was incurred _

Last 4 digits of account number  **6937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 921 (Annual Float)**
**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jocelyn Doyon**
**901 Des Merises**
**Levis, QC**

Date(s) debt was incurred _

Last 4 digits of account number  **6940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 916 (Annual Points)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gloria Draughon**
**1105 Athens Dr**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number  **6941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Drennen**
**104 Poplin Place**
**Clover, SC 29710**

Date(s) debt was incurred _

Last 4 digits of account number  **6942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George Dry, IV**
**20829 Ridgecrest Rd**
**Locust, NC 28097**

Date(s) debt was incurred _

Last 4 digits of account number  **6944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kristin Duncan**
**c/o US Consumer Attorneys-Henry Portner**
**1300 N Johnson Ave, Ste 107**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number  **6946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1120 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Russell Duncan**
**294 Greenlee Rd**
**Marion, NC 28752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6947**

**Unit Type:  1 BD; Unit 921 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Durham**
**1123 Blue Stem Dr**
**Unit 30A**
**Pawleys Island, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6949**

**Unit Type: STU; Unit: 912 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harriet Durrwachter**
**16839 Petmar Cir**
**Hagerstown, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6950**

**Unit Type: 1 BD; Unit: 917 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Durst**
**4190 E Palm Cyn Drive**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **0577**

**Unit Type:  1 BD; Unit 915 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**E. Dusin**
**3 Corey Pl**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6951**

**Unit Type:  1 BD; Unit 919 (Annual Float)**
**Unit Type: 1 BD;  Unit 918 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Dyal**
**1060 Saluda River Rd**
**Silverstreet, SC 29145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6952**

**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.196** | Nonpriority creditor's name and mailing address

**Ann Dyjak**
**77 Steven Pl**
**Smithtown, NY 11787**

Date(s) debt was incurred _

Last 4 digits of account number  **6953**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.197** | Nonpriority creditor's name and mailing address

**Gregory Dykes**
**6310 High Dr**
**Knoxville, TN 37921**

Date(s) debt was incurred _

Last 4 digits of account number  **6954**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.198** | Nonpriority creditor's name and mailing address

**Herman Eagle**
**213W W 21st Street**
**Kannapolis, NC 28081**

Date(s) debt was incurred _

Last 4 digits of account number  **6955**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.199** | Nonpriority creditor's name and mailing address

**John Earnshaw**
**255 Taipei Island Ln**
**Leesburg, FL 34788**

Date(s) debt was incurred _

Last 4 digits of account number  **7662**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 908 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.200** | Nonpriority creditor's name and mailing address

**Kimberly Eaton**
**c/o Mitchell Reed Sussman**
**1053 S. Palm Canyon Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number  **6956**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**
**Unit Type:  1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.201** Nonpriority creditor's name and mailing address

**Crystal Eddy**
**PO Box 8264**
**Springfield, MO 65801**

Date(s) debt was incurred _

Last 4 digits of account number  **5014**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Biannual Float)**
**Unit Type:  STU; Unit 909 (Biannual Float)**

Is the claim subject to offset?  ☐ No  ☐ Yes

$0.00

---

**3.202** Nonpriority creditor's name and mailing address

**Ojoma Edeh Herr**
**6 Leaman Rd**
**Lancaster, PA 17603**

Date(s) debt was incurred _

Last 4 digits of account number  **7100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Annual Float)**
**Unit Type: 1 BD; Unit: 1115 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.203** Nonpriority creditor's name and mailing address

**Michael Edmunds**
**1915 Parlow Drive**
**Richmond, VA 23222**

Date(s) debt was incurred _

Last 4 digits of account number  **6958**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1106 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.204** Nonpriority creditor's name and mailing address

**Christopher Edwards**
**PO Box 207**
**CMR 411, Box 5891**
**APO, AE 09112**

Date(s) debt was incurred _

Last 4 digits of account number  **6959**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Annual Float)**
**Unit Type: 1 BD; Unit: 1115 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.205** Nonpriority creditor's name and mailing address

**Richard Edwards**
**138 Bransetter Rd**
**Cave City, KY 42127**

Date(s) debt was incurred _

Last 4 digits of account number  **6960**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Sheila Edwards** | ☐ Contingent | |
| | **1695 Silver Meadow Cir** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80951** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6961** | | |
| | | **Unit Type:  STU;  Unit: 911 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Suzanne Ellers** | ☐ Contingent | |
| | **56 Crawford Manor Dr** | ☐ Unliquidated | |
| | **Toccoa, GA 30577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6963** | | |
| | | **Unit Type:  1 BD;  Unit: 916 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Roy Ellison** | ☐ Contingent | |
| | **80 Vermont Ave** | ☐ Unliquidated | |
| | **Newark, NJ 07106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6964** | | |
| | | **Unit Type:  STU;  Unit: 905 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kenneth Elmore** | ☐ Contingent | |
| | **2615 Trufield Dr** | ☐ Unliquidated | |
| | **Sumter, SC 29153** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6965** | | |
| | | **Unit Type:  1 BD; Unit 918 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Daniel Elyard** | ☐ Contingent | |
| | **11788 Melrose Ave** | ☐ Unliquidated | |
| | **Greencastle, PA 17225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6966** | | |
| | | **Unit Type: 1 BD;  Unit 901 (Annual Points)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ryan England** | ☐ Contingent | |
| | **801 Avenue F** | ☐ Unliquidated | |
| | **El Campo, TX 77437** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **6967** | | |
| | | **Unit Type: STU;  Unit: 902 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.212** | Nonpriority creditor's name and mailing address
**Charles Evans**
**20 Gerru Ct**
**Taylors, SC 29687**

Date(s) debt was incurred _

Last 4 digits of account number **6973**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 904 (Biennial Points)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213** | Nonpriority creditor's name and mailing address
**Nikkie Evans**
**1640 Dinwiddie Ct**
**Petersburg, VA 23803**

Date(s) debt was incurred _

Last 4 digits of account number **6975**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214** | Nonpriority creditor's name and mailing address
**Rich Evans**
**PO Box 95**
**Grayson, KY 41143**

Date(s) debt was incurred _

Last 4 digits of account number **6976**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.215** | Nonpriority creditor's name and mailing address
**Erica Everette**
**124 Polly Cir**
**Angier, NC 27501**

Date(s) debt was incurred _

Last 4 digits of account number **6977**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.216** | Nonpriority creditor's name and mailing address
**Michael Evola**
**3101 Blackburn Dr**
**Waxhaw, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number **6978**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 915 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217** | Nonpriority creditor's name and mailing address
**Clair Fairbrother**
**10650 Davis Hollow Rd**
**Cohocton, NY 14826**

Date(s) debt was incurred _

Last 4 digits of account number **6980**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 918 (Biannual Float)**
**Unit Type: STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angel Fairley**
**622 Saratoga Drive**
**Alpharetta, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6981**

**Unit Type: STU;  Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sanders Fairley**
**333 W Rockingham Rd**
**Maxton, NC 28364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6982**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Faith**
**6072 E 1550 N**
**Elnora, IN 47529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6983**

**Unit Type: STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Farris**
**5794 Highway 9**
**Nichols, SC 29581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6984**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nehemiah Fedd**
**1919 W Highland Ave**
**Albany, GA 31707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6985**

**Unit Type:  1 BD; Unit 1118 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Yushanda Felder**
**917 Presidential Drive**
**Orangeburg, SC 29115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6986**

**Unit Type: 1-BD;  Unit: 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Delphine Ferguson**
**111 N 3rd Avenue**
**Apt 4P**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6988**

**Unit Type: STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Daniel Fett**
**714 Lovechio Dr**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6989**

**Unit Type:  STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Jason Fields**
**11336 McCauliff Ct**
**Richmond, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7567**

**Unit Type: STU; Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Lisa Fields**
**PO Box 24**
**Norton, VA 24273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6990**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Billy Fife, Jr.**
**109 Hollingsworth Dr**
**Grovetown, GA 30813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6991**

**Unit Type:  STU; Unit 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Paul Finch**
**181 Paoli Rd**
**Carlton, GA 30627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6993**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Findley**
**5841 Redhawk Dr**
**New Port Richey, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6994**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Erica Fisher**
**308 Wrayhill Dr**
**Charlotte, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7383**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Calvin Fleming**
**PO Box 1039**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6995**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Raymond Fletcher**
**407 Fletcher Rd**
**Boiling Springs, SC 29316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6996**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joe Flowers**
**5420 Danby Ave**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6997**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Foltz**
**PO Box 513**
**Stanley, VA 22851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6998**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Joshua Ford**
**234 Weslo Dr**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6999**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Monte Forte**
**PO Box 574**
**Roseboro, NC 28382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7000**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Je'Renia Foster**
**2015 Great Bend Dr**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7002**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Felicia Foulks**
**142 Pacific Blvd**
**Monessen, PA 15062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7003**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aaron Fowler**
**4421 US Highway 64 W**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7556**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 909 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Nelson Fowler**
**1800 Roundhill Rd**
**Apt 1601**
**Charleston, WV 25314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7004**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Melvin Fox**
**5213 Patrick Ln**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7005**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 920 (Annual Float)**
**Unit Type:  1 BD; Unit 921 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Patrick Froncek**
**P.O. Box 178**
**North Apollo, PA 15673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7008**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christen Frye**
**8170 Two Mile Rd**
**Lynchburg, SC 29080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7009**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jessica Fuller**
**326 Dalton Gang Aly**
**Townville, SC 29689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7010**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ted Furr, Jr.**
**2426 Old Camden Monroe Hwy**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7012**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 920 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Evelyn Gaddy**
**3249 Maple Grove Church Rd**
**Resaca, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7013**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 901 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amy Gage**
**309 Valley Road**
**East Bend, NC 27018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7014**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Stanley Gales**
**5201 Peppercorn St**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7017**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Susan Ganson**
**4330 Witherow Rd**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7018**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1118 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Donna Ganza**
**1944 Fargo**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7019**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1115 (Biannual Float)**
**Unit Type:  STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Allen Garner**
**1626 White Rd**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7020**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Christy Garrett**
**7757 Morgan Creek Rd SE**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7021**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Gaulding**
59 Club House Rd
Enigma, GA 31749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7022**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ted Gean**
11903 Broadmoor Ln
Upper Marlboro, MD 20772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7023**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Gee, III**
802 Highway 212
Covington, GA 30016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7024**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sherry Williams Gee**
163 Highgrove Court
Raeford, NC 28376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7025**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles George**
5727 Jubilant Dr
Rex, GA 30273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7026**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 911 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tina Gerbino**
821 Erie St
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7027**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1115 (Annual Float)**
**Unit Type: STU; Unit: 1114 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnie Goard**
**154 Via Mountain Ln**
**Patrick Springs, VA 24133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7032**

**Unit Type:  STU; Unit 1110 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlisle Goforth, Jr.**
**231 Smithfield Cir**
**Elgin, SC 29045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7034**

**Unit Type:  1 BD; Unit 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Goodwin**
**236 Paynetown Rd**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7037**

**Unit Type:  STU; Unit 1107 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Gordon**
**10317 Mahonia St, Unit 102**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7038**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benny Graham**
**352 Woodland Meadows Dr**
**Mills River, NC 28759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7039**

**Unit Type: STU; Unit: 914 (Annual Float)**
**Unit Type: 1BD; Unit 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josy Graham**
**c/o US Consumer Attorneys-Henry Portner**
**1300 N. Johnson Ave, Ste 107**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7040**

**Unit Type:  1 BD; Unit 1115 (Annual Float)**
**Unit Type:  STU; Unit 1114 (Annual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Graves**
**2345 E 900 N**
**Decatur, IN 46733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7041**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacqueline Green**
**PO Box 1061**
**Holly Springs, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7043**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Derrick Greene**
**3849 Wolverton Circle**
**Lithonia, GA 30038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7044**

**Unit Type: STU;  Unit 907 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joseph Gregory**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7046**

**Unit Type:  1 BD;  Unit: 1101 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monique Gregory**
**PO Box 1403**
**Saint Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7047**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stanley Griffin**
1192 Slate Rd
King, NC 27021

Date(s) debt was incurred _

Last 4 digits of account number **7049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type: 1 BD; Unit: 919 (Annual Float)
Unit Type: STU; Unit: 905 (Annual Float)

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Susan Griffin**
4497 Highway 382 W
Ellijay, GA 30540

Date(s) debt was incurred _

Last 4 digits of account number **7050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type:  STU;  Unit: 910 (Biannual Float)

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**William Griffith**
2221 Mendota Rd
Hiltons, VA 24258

Date(s) debt was incurred _

Last 4 digits of account number **7051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type: 1 BD; Unit: 1121 (Biannual Float)

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Groce, Jr.**
43 Eden Glen Rd
Black Mountain, NC 28711

Date(s) debt was incurred _

Last 4 digits of account number **7052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type: STU;  Unit 902 (Annual Float)

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Terry Grove**
c/o Mitchell Ree Sussman & Associates
1053 S. Palm Canyon Drive
Palm Springs, CA 92264

Date(s) debt was incurred _

Last 4 digits of account number **7053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

Unit Type:  1BD;  Unit 1115 (Biannual Float)
Unit Type: STU;  Unit 1114 (Biannual Float)

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Guadalupe**
**16411 N 170th Ln**
**Surprise, AZ 85388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7054**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leonard Gunn, Jr.**
**929 S Woodstone Ln**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7055**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nick Gurick**
**7207 Flower Tuft Ct**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7057**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Melissa Latoria Hairston**
**226 Parkland Dr**
**Danville, VA 24540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7059**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Hairston**
**145 Vernon Ln**
**Axton, VA 24054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7060**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 910 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Hall**
**RR 1 Box 150-5**
**Bluefield, WV 24701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7061**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Wanda Hall
PO Box 824
339 Country Haven Dr
Ridgeway, VA 24148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7063**

**Unit Type: STU; Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kevin Hammond
18703 McLin Rd
Livingston, LA 70754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7065**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Marion Hammond
c/o Neally Law
122 Park Central Square
Springfield, MO 65806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7066**

**Unit Type:  STU; Unit 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Hanner
760 Salem Rd
Scranton, SC 29591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7067**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Earl Hanvey, Jr.
2200 Stuart Avenue
Suffolk, VA 23434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7068**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jerome Hardy
1601 4th St NE Apt. 31
Hickory, NC 28601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7070**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lisa Hargraves**
**7681 N. Main St**
**PO Box 156**
**Kanona, NY 14856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7071**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Harkness**
**12216 Saint Andrew's Way**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7072**

**Unit Type: 1 BD: Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grady Harmon**
**5007 Shaun Cir**
**Huntsville, AL 35811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7073**

**Unit Type: STU;  Unit 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Harris**
**100 Carnation Dr**
**Andrews, SC 29510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7074**

**Unit Type: STU;  Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ernest Harris**
**110 Concord Dr Apt 10**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7075**

**Unit Type:  STU; Unit 912 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lateasha Harris**
**PO Box 3572**
**Sumter, SC 29151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7076**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---|---|---|---

**Stephen Harvilla**
**1611 Antler Ave**
**Owensboro, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7079**

**Unit Type: STU; Unit: 1114 (Biennial Points)**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Hatcher, Sr.**
**72 Hilendale Street**
**Rochester, NY 14619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7080**

**Unit Type: 1BD;  Unit 1115 (Biannual Float)**
**Unit Type: STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Hatley**
**22461 Oakwood Rd**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7081**

**Unit Type: 1BD;  Unit: 1115 (Biannual Float)**
**Unit Type: STU;  Unit 1114 (Biannual Float)**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Hawkins**
**248 Walcott Drive**
**Lyman, SC 29365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7083**

**Unit Type: 1BD; Unit 1116 (Biannual Float)**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Elizabeth Hawks**
**166 Jill Farm Rd**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7084**

**Unit Type: STU;  Unit 903 (Annual Float)**

Is the claim subject to offset? ☑ No   ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.299** | **Nonpriority creditor's name and mailing address**
**Tara Hawthorne**
**3204 Lawndle Dr Apt K**
**Greensboro, NC 27408**

Date(s) debt was incurred _

Last 4 digits of account number  **7085**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.300** | **Nonpriority creditor's name and mailing address**
**Christine Haynes**
**118 Harvest Hill Trail**
**Lexington, SC 29072**

Date(s) debt was incurred _

Last 4 digits of account number  **7086**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Biannual Float)**
**Unit Type: 1BD;  Unit 920 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.301** | **Nonpriority creditor's name and mailing address**
**Lance Heasley**
**516 N Main St**
**New Martinsville, WV 26155**

Date(s) debt was incurred _

Last 4 digits of account number  **7088**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 914 (Biannual Float)**
**Unit Type:  1 BD; Unit 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.302** | **Nonpriority creditor's name and mailing address**
**Doris Heath**
**1911 Canal Dr NW**
**Wilson, NC 27896**

Date(s) debt was incurred _

Last 4 digits of account number  **7089**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1120 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.303** | **Nonpriority creditor's name and mailing address**
**Neil Heddon**
**38105 Springwood Ave**
**Prairieville, LA 70769**

Date(s) debt was incurred _

Last 4 digits of account number  **7090**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terry Helms**
**28025 Harwood Rd**
**New London, NC 28127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7091**

**Unit Type:  STU; Unit 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pamela Helton**
**4526 Mineral Spgs Mountain Rd**
**Connellys Springs, NC 28612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7092**

**Unit Type: STU; Unit: 1106 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Henderson**
**3505 Coleman Dr, Apt. 10**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7093**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jared Hendrick**
**159 Meridian Ln**
**Hillsville, VA 24343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7094**

**Unit Type: 1 BD; Unit: 919 (Annual Float)**
**Unit Type: STU; Unit: 908 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Henkey**
**224 Apollo Dr**
**Seneca, SC 29672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7095**

**Unit Type: 1 BD; Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bertram Henry**
**14212 Pear Tree Lane**
**Apt 41**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7096**

**Unit Type: STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
| | Name | |

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Richard Henry**
**6217 Saybrooke Dr**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7098**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Shane Hewitt**
**61 Pecan Ave**
**Cheraw, SC 29520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7101**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD:  Unit 915 (Biannual Float)**
**Unit Type: STU;  Unit 914 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Thomas Hickle**
**1006 Woodridge Ln**
**Yadkinville, NC 27055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7102**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 905 (Annual Float)**
**Unit Type: 1 BD; Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Charles High**
**1201 Amber Pines Dr**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7103**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 915 (Biannual Float)**
**Unit Type: STU;  Unit 914 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Fallon Hill**
**10 Brittle Creek Ln**
**Simpsonville, SC 29544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7104**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Hill**
**7314 Thorngrove Pike**
**Knoxville, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7105**

**Unit Type: STU;  Unit 908 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Michelle Hillman**
**1171 Cattail Point**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  3142**

**Unit Type: STU; Unit: 904 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Devonue Hinson**
**3685 Longtown Rd**
**Ridgeway, SC 29130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7106**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**
**Unit Type: ! BD;  Unit:  919 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kenneth Hobson**
**2700 Linda Ln**
**East Bend, NC 27018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7108**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Hodges**
**2000 Wynnton Rd, Apt F47**
**Columbus, GA 31906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7110**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christine M. Hodges**
**512 E Lake Ct**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7111**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Joyce Hoffman**
**8405 Dunmore Dr, Apt. A**
**Huntersville, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7113**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Cynthia Holder**
**27 Francis St**
**Westfield, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7114**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Segee Holley**
**111 Cockfield St**
**Pamplico, SC 29583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7221**

**Unit Type: STU;  Unit 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Azeem Holman**
**624 2nd St. Pl. SW**
**Conover, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7116**

**Unit Type:  1 BD; Unit 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jacquelyne Holman**
**1000 Belmont Park Dr**
**Union, KY 41091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7117**

**Unit Type: 1BD; Unit: 1117 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Melissa Hoots**
**2180 Waterview Dr**
**Unit 133**
**North Myrtle Beach, SC 29582-9450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7118**

**Unit Type: STU;  Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eldon Hopkins, III**
**57 Burr Ave**
**Acushnet, MA 02743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7120**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Reginald Hopkins**
**6651 Terrace Park Ct**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7119**

**Unit Type:  1 BD; Unit 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tarrin Horne**
**1665 W Wall St**
**Wadesboro, NC 28170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7121**

**Unit Type:  STU; Unit 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Howell**
**64 High St**
**Portsmouth, OH 45662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7122**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Juanita Howell**
**200 Dog Pond Road**
**Seven Springs, NC 28578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7123**

**Unit Type: STU;  Unit 1104 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Hudson**
**796 Tulls Creek Rd**
**Moyock, NC 27958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7124**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Sandy Huggins**
**16084 Lappin St**
**Detroit, MI 48205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7125**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Gary Hughes**
**437 Fairfax Dr**
**Gastonia, NC 28056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7126**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1112 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Michelle Hughey**
**535 Old Ironworks Rd**
**Spartanburg, SC 29302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7128**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1118 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Darrell Hunt**
**309 Catawba Ave**
**Hickory, NC 28601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0856**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James Hunter**
**1260 Woodvale Dr**
**Gallatin, TN 37066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7129**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 908 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ronald Hunter**
**6 Jordan Crest Ct**
**Simpsonville, SC 29681**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7130**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 910 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
| | Name | | |

**3.339**

Nonpriority creditor's name and mailing address
**Dorothy Hurst**
**3853 Parwood Rd**
**Blythe, GA 30805**

Date(s) debt was incurred _
Last 4 digits of account number  **7131**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.340**

Nonpriority creditor's name and mailing address
**Pearline Hutto**
**PO Box 172**
**Pageland, SC 29728**

Date(s) debt was incurred _
Last 4 digits of account number  **7132**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.341**

Nonpriority creditor's name and mailing address
**Janis Ikaunieks**
**415 N Lexington Pkwy**
**De Forest, WI 53532**

Date(s) debt was incurred _
Last 4 digits of account number  **7133**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 912 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.342**

Nonpriority creditor's name and mailing address
**Charles Isaac**
**333 Wexford Dr**
**Hinesville, GA 31313**

Date(s) debt was incurred _
Last 4 digits of account number  **7134**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 917 (Biannual Float)**
**Unit Type:  STU;  Unit:  906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.343**

Nonpriority creditor's name and mailing address
**Sandra Isenhour**
**98 Mosebrook Drive**
**Gladys, VA 24554**

Date(s) debt was incurred _
Last 4 digits of account number  **7135**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1114 (Annual Float)**
**Unit Type: 1BD;  Unit 1115 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Jacks**
**354 Chime Bell Church Rd**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7136**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 920 (Annual Float)**
**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Jackson**
**185 Jones Pond Rd**
**Polkton, NC 28135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7137**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 906 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Jackson**
**8000 Robincrest Ct, # C**
**Fuquay Varina, NC 27526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7138**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 907 (Annual Points)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Jackson, Jr.**
**205 Tuscon Dr**
**Sumter, SC 29150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7140**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Jackson**
**c/o Shelby Law P.C.**
**116 N West Street**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7139**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 909 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hubert Jacobs**
**135 Monica Rd**
**Orangeburg, SC 29118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7141**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1105 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kismith James**
2843 Cobblestone St
Florence, SC 29506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7142**

**Unit Type:  STU; Unit 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Jarrell**
678 Citrus Petal Rd
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **8708**

**Unit Type:  1 BD; Unit 919 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Omar Jenkins**
337 Lynn Shores Dr
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7143**

**Unit Type: 1 BD; Unit: 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608.22**

**Johnson's Furniture Co.**
3015 Bashor Road
Conway, SC 29526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alice Johnson**
96 Jerusalem Dr
Kingstree, SC 29556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7146**

**Unit Type: STU;  Unit 914 (Annual Float)**
**Unit Type: 1 BD; Unit 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Beth Johnson**
406 Crystal Springs Rd
Graniteville, SC 29829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7147**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.356** Nonpriority creditor's name and mailing address

**Cheryl Johnson**
**7501 Riding Trail Rd**
**Charlotte, NC 28212**

Date(s) debt was incurred _

Last 4 digits of account number  **7148**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 1115 (Annual Float)**
**Unit Type:  STU;  Unit: 1114 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.357** Nonpriority creditor's name and mailing address

**Elvis Johnson**
**110 Lyndhurst St**
**Spartanburg, SC 29307**

Date(s) debt was incurred _

Last 4 digits of account number  **7149**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.358** Nonpriority creditor's name and mailing address

**John Johnson**
**721 Milby Dr**
**Chesapeake, VA 23325**

Date(s) debt was incurred _

Last 4 digits of account number  **7150**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.359** Nonpriority creditor's name and mailing address

**Wanda Johnson**
**5470 Camp Creek Rd**
**Lancaster, SC 29720**

Date(s) debt was incurred _

Last 4 digits of account number  **7151**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.360** Nonpriority creditor's name and mailing address

**William Johnson**
**205 Cloniger Dr**
**Thomasville, NC 27360**

Date(s) debt was incurred _

Last 4 digits of account number  **0488**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1108 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.361** Nonpriority creditor's name and mailing address

**Aaron Jolly**
**1001 County Home Rd**
**Taylorsville, NC 28681**

Date(s) debt was incurred _

Last 4 digits of account number  **7153**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary Jones**
**PO Box 15483**
**Surfside, SC 29587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7154**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**
**Unit Type:  STU;  Unit: 905 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melondy Jones**
**1013 Meadow Oaks Dr**
**Hartsville, SC 29550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7158**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Jones**
**140 Parkview Ter**
**Athens, WV 24712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7160**

**Unit Type: STU; Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Jones**
**4823 Cedar Ave**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7159**

**Unit Type:  STU;  Unit: 914 (Biannual Float)**
**Unit Type:  1 BD;  Unit 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodridgus Jones**
**2665 Glenrose Hill**
**Atlanta, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7161**

**Unit Type:  STU; Unit 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sanford Jones**
**155 County Line Ct**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7162**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU:  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Troy Jones**
**5500 Westcott Cir**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7163**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 921 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Emily Jordan**
**2903 Forest Hill Dr**
**Columbus, GA 31907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7164**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1117 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Jordan**
**1024 Bennett Road**
**Ellerbe, NC 28338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7165**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU:  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Joyner, Jr.**
**1095 Reynolds Manor Dr**
**Winston Salem, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7166**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$892.82**

**Kaba Ilco Inc.**
**PO Box 896502**
**Charlotte, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Christine Kays** | ☐ Contingent | |
| | **1342 Old Princeton Rd** | ☐ Unliquidated | |
| | **New Castle, PA 16101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7167** | | |
| | | **Unit Type:  1 BD;  Unit: 916 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ventura Keels** | ☐ Contingent | |
| | **4120 Windmill Cir** | ☐ Unliquidated | |
| | **Randallstown, MD 21133** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7168** | | |
| | | **Unit Type: 1 BD; Unit: 915 (Biannual Float)** | |
| | | **Unit Type: STUI; Unit: 914 (Biannual Float)** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lucia Keiger** | ☐ Contingent | |
| | **147 McKendree Rd** | ☐ Unliquidated | |
| | **Mooresville, NC 28117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7169** | | |
| | | **Unit Type:  1 BD;  Unit: 1115 (Biannual Float)** | |
| | | **Unit Type:  STU; Unit:  1114 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Benjie Keith** | ☐ Contingent | |
| | **2340 Seattle Bridges Rd** | ☐ Unliquidated | |
| | **Stoneville, NC 27048** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7171** | | |
| | | **Unit Type:  STU;  Unit: 903 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **David Keith** | ☐ Contingent | |
| | **1775 Westchester Dr** | ☐ Unliquidated | |
| | **Apt # 116** | ☐ Disputed | |
| | **High Point, NC 27262** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7172** | **Unit Type: 1 BD1; Unit: 919 (Annual Float)** | |
| | | **Unit Type: STU;  Unit 903 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Donald Kelley** | ☐ Contingent | |
| | **PO Box 58183** | ☐ Unliquidated | |
| | **Charleston, WV 25358** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7173** | | |
| | | **Unit Type:  STU; Unit 1108 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Inez Kelly** | ☐ Contingent | |
| | **13728 Marven Drive** | ☐ Unliquidated | |
| | **North Huntington, PA 15642** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7174** | | |
| | | **Unit Type: 1BD;  Unit: 1120 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Marvin Kemmerer** | ☐ Contingent | |
| | **1774 Pertl Rd** | ☐ Unliquidated | |
| | **Odessa, NY 14869** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7175** | | |
| | | **Unit Type:  STU;  Unit: 905 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Joshua Kenyon** | ☐ Contingent | |
| | **PO Box 2504** | ☐ Unliquidated | |
| | **Acworth, GA 30083** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7176** | | |
| | | **Unit Type:  1 BD; Unit 920 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Phil Kesterson, Sr.** | ☐ Contingent | |
| | **6481 Leepers Ferry Rd** | ☐ Unliquidated | |
| | **White Pine, TN 37890** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7177** | | |
| | | **Unit Type:  STU;  Unit: 902 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brenda Key** | ☐ Contingent | |
| | **1046 Outaways Rd** | ☐ Unliquidated | |
| | **Aiken, SC 29803** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number  **7178** | | |
| | | **Unit Type:  STU;  Unit: 903 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Donald Key**
**5559 Leesville St**
**Trinity, NC 27370**

Date(s) debt was incurred _

Last 4 digits of account number  **7179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eloise Kiaku**
**2005 Bowman Ln**
**Raleigh, NC 27610**

Date(s) debt was incurred _

Last 4 digits of account number  **7180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jesse Kiger, II**
**110 Work St**
**Paden City, WV 26159**

Date(s) debt was incurred _

Last 4 digits of account number  **7181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Kimber**
**5518 Pebble Garden Ct**
**Greensboro, NC 27407**

Date(s) debt was incurred _

Last 4 digits of account number  **7182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shonda King**
**2057 Shell Road**
**Riceboro, GA 31323**

Date(s) debt was incurred _

Last 4 digits of account number  **7183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Kinney**
**1340 Jacksonville Smithville Rd**
**Bordentown, NJ 08505**

Date(s) debt was incurred _

Last 4 digits of account number  **7184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Sand Castle South Timeshare Owners Association, Inc.** _____  Case number *(if known)* _____
Name

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George Kirby**
**1203 Cannon Bridge Rd**
**Cordova, SC 29039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7185**

**Unit Type:  STU;  Unit: 904 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicholas Kleifgen**
**930 21st Ave South**
**Wisconsin Rapids, WI 54495**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7186**

**Unit Type: 1 BD; Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald Knipp**
**38 Amicus St**
**Taneytown, MD 21787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7187**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**L. Kocher**
**459 Ross Road**
**Columbus, OH 43213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7188**

**Unit Type: STU;  Unit: 909 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Kohn**
**PO Box 178**
**Gorham, NY 14461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7189**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Kranefuss**
**4917 Miranda Dr**
**Hope Mills, NC 28348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7190**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Krause**
**1076 Spiers Landing Rd**
**Cross, SC 29436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7191**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Kube**
**70 Tobacco Farm Way**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7192**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Annual Float)**
**Unit Type: STU; Unit: 909 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lisa Kurowski**
**8071 Route 16**
**Franklinville, NY 14737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7193**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Lajsic**
**8756 W Mallard Ct**
**Franklin, WI 53132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7194**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Lambert**
**2521 S 68th St**
**Philadelphia, PA 19142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7195**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Daniel Lambo, Jr.**
**8715 KY 1304**
**Girdler, KY 40943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7196**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.402** Nonpriority creditor's name and mailing address
**Patrick Landry**
**1308 Clan Campbell Dr**
**Raeford, NC 28376**

Date(s) debt was incurred _

Last 4 digits of account number **7197**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 917 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403** Nonpriority creditor's name and mailing address
**Gregory Lane**
**379 Nathan Dr**
**Lumberton, NC 28358**

Date(s) debt was incurred _

Last 4 digits of account number **7198**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404** Nonpriority creditor's name and mailing address
**Morgan Lane**
**284 College Avenue**
**Oshawa, ON**

Date(s) debt was incurred _

Last 4 digits of account number **7199**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 919 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405** Nonpriority creditor's name and mailing address
**LaTour Hotels & Resorts, Inc.**
**One Vance Gap Road**
**Asheville, NC 28805**

Date(s) debt was incurred  **As of January 31, 2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Management Fees and reimbursable expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$61,414.98**

---

**3.406** Nonpriority creditor's name and mailing address
**LaTour Hotels & Resorts, Inc.**
**One Vance Gap Road**
**Asheville, NC 28805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned - Note payment due**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.407** Nonpriority creditor's name and mailing address
**Felicia Lawrence**
**292 Partridge Rd**
**Orangeburg, SC 29118**

Date(s) debt was incurred _

Last 4 digits of account number **7202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 911 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Cheyenne Lawson**
**PO Box 173**
**Sardinia, OH 45171**

Date(s) debt was incurred _

Last 4 digits of account number  **7203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 921 (Biannual Float)**
**Unit Type:  1 BD;  Unit 921 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Geno Lawson**
**10017 S Forest**
**Chicago, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number  **7204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**John Lawson, Sr.**
**6230 S Main St**
**Salisbury, NC 28147**

Date(s) debt was incurred _

Last 4 digits of account number  **7205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**John Le**
**2309 Oakhurst Trl**
**Hillsborough, NC 27278**

Date(s) debt was incurred _

Last 4 digits of account number  **7208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Jesse Leake, Jr.**
**511 Latta Rd**
**Durham, NC 27712**

Date(s) debt was incurred _

Last 4 digits of account number  **7209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 917 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Larry Lee, Jr.**
**2027 Indigo Drive**
**Richmond, KY 40475**

Date(s) debt was incurred _

Last 4 digits of account number  **7211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Sand Castle South Timeshare Owners Association, Inc.**        Case number *(if known)*
_____
Name

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Leininger**
**201 Westminster Way**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7214**

**Unit Type: STU; Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert W. Lena**
**1340 North West 20th Ave**
**Apt #202**
**Boca Raton, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7215**

**Unit Type: 1 BD;  Unit 915 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessie Leonard**
**149 Titan Rd**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7216**

**Unit Type: STU; Unit: 910 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Letitia Leonard**
**143 Morton Rd**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **0231**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Calvin Lester**
**530 Beacon St**
**Camden, NJ 08105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7217**

**Unit Type:  STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Lewis**
**1917 Mills B Lane Blvd**
**Savannah, GA 31405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7219**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Lewis**
**5100 N Burning Bush Rd**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7220**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brad Lingerfelt**
**2915 High Peak Rd**
**Valdese, NC 28690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   NOTICE PURPOSES ONLY**

Last 4 digits of account number  **1519**

**Unit Type:  STU; Unit 905 (Annual Float)**
**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dennis Link**
**44 Gasper Rd**
**Grove City, PA 16127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7226**

**Unit Type: 1 BD; Unit: 920 (Annual Float)**
**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shyella Lisbon**
**103 Longpine Pl, Apt 2A**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7227**

**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Lockhart**
**513 Hillwood Cir**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7229**

**Unit Type:  STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billy Lockhart, Jr.**
**4618 Colonial Cir**
**Trinity, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7228**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Lockhart**
**4103 Laurel Creek Dr**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7230**

**Unit Type: STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billie Locklear**
**7323 Walters Rd**
**Laurel Hill, NC 28351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7231**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Long**
**11 Mainee Ct**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7234**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Lowder**
**2272 E Springfield Place**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7237**

**Unit Type: 1 BD;  Unit 915 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Todd Lowe**
**129 S Maple St**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7238**

**Unit Type:  STU;  Unit: 914 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Lowery**
**PO Box 954**
**Ellenboro, NC 28040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7239**

**Unit Type: 1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LR Rentals Real Estate, LLC**
**Attn:  Woody Labar**
**820 2nd St#16**
**Cheney, WA 99004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **9278**

**Unit Type:  STU; Unit 1105 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rogelio Lunch**
**1867 Bee Gee Rd**
**Lumberton, NC 28358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7243**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Lundy**
**2843 Tracy Terrace**
**Port Colborne, Ontario, L3K 5V3, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7240**

**Unit Type: 1 BD; Unit: 915 (Annual Float)**
**Unit Type: STU;  Unit: 914 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Todd Lutkenhaus**
**1630 Vanderbilt Ct**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7241**

**Unit Type: STU; Unit: 914 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Lynch**
2 E Croton Dr
Lake Carmel, NY 10512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7242**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 915 (Annual Float)**
**Unit Type:  STU; Unit 914 (Annual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rosemary Lynch**
510 Junction Place
The Villages, FL 32163-4043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7244**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1104 (Annual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Lynd**
11 Seiler Rd
Portsmouth, OH 45662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7245**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Annual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Lyons**
206 Cloverdale Dr
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7246**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ricky Lyons**
222 Summit Park Ct
Kannapolis, NC 28083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7247**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lesley Lyttle**
115 South Everett St
Bennettsville, SC 29512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7248**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Annual Points)**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **John MaCauley**<br>**208 Meadowrook Drive**<br>**Seneca, SC 29678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7275** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type: STU;  Unit 905 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Michael Madison**<br>**2367 Blackthorn Dr**<br>**Franklin, IN 46131-6811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7250** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type: 1BD;  Unit: 919 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kimberly Magruder**<br>**5601 Dover St**<br>**Churchton, MD 20733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7251** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type:  STU;  Unit: 914 (Annual Float)**<br>**Unit Type: 1 BD;  Unit 915 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alice Mahon**<br>**110 Crawford Rd**<br>**Gray Court, SC 29645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7549** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type:  1 BD; Unit 1116 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Julie Maloney**<br>**6880 Garber Road**<br>**Knoxville, TN 37917-3250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7252** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type: 1 BD;  Unit 1116 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Steven Mangus**<br>**307 S Sandy Brook Way**<br>**Simpsonville, SC 29680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7253** | **Basis for the claim:   NOTICE PURPOSES ONLY**<br><br>**Unit Type: STU; Unit: 908 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.448** | Nonpriority creditor's name and mailing address

**Bryan Manion**
593 McDermott Pond Creek Road
Mc Dermott, OH 45652

Date(s) debt was incurred _

Last 4 digits of account number **7254**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.449** | Nonpriority creditor's name and mailing address

**Derek Manns**
PO Box 511
Stokesdale, NC 27357

Date(s) debt was incurred _

Last 4 digits of account number **7255**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 914 (Biannual Float)**
**Unit Type: 1 BD; Unit 915 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.450** | Nonpriority creditor's name and mailing address

**Meoshi Manns**
1042 Charlotte Ln
Walnut Cove, NC 27052

Date(s) debt was incurred _

Last 4 digits of account number **7256**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 901 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.451** | Nonpriority creditor's name and mailing address

**Sue Marks**
109 Byrd Dr
Martinsburg, WV 25401

Date(s) debt was incurred _

Last 4 digits of account number **7259**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 915 (Annual  Points)**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.452** | Nonpriority creditor's name and mailing address

**Tiffany Marrow**
2146 Charles St, Apt 53
Durham, NC 27707

Date(s) debt was incurred _

Last 4 digits of account number **7260**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453** | Nonpriority creditor's name and mailing address

**Kimberly Marshall**
615 E. Pacific Street
Springfield, MO 65803

Date(s) debt was incurred _

Last 4 digits of account number **5755**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1107 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Shaunita Marshall**
**11351 Beringer Ct**
**Waldorf, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7058**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Donna Martin**
**PO Box 1644**
**Hamlet, NC 28345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7261**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 1101 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Geovonda Martin**
**200 Old Boiling Springs Rd, Apt D62**
**Greer, SC 29650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7262**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**James Martin**
**6679 Shelter Bay Road, Unit 23**
**Mississauga, ON, L5N 2A2, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7263**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rosalie Martin**
**895 Laurel Ridge Rd**
**Reinholds, PA 17569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7264**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rodney A. Mason**
**99 Hudson St, 5th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7266**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 917 (Annual Float)**
**Unit Type:  STU; Unit 914 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Masotto**
**73 White Ave**
**Sharon, PA 16146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7267**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Willie Mathis**
**2725 Spirit Creek Rd**
**Hephzibah, GA 30815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7269**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Connie Mauldin**
**101 Sunset Dr**
**Mount Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7270**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynn McAdams**
**1146 Annelle Dr**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7272**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian McCann**
**3 Lake Dr**
**Freeburg, IL 62243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7274**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John McCauley**
**208 Meadowbrook Dr**
**Seneca, SC 29678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7275**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David McCormick, Sr.**
**1828 Castleberry Rd**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7276**

**Unit Type:  1 BD;  Unit: 914 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine McCracken**
**148B Idlewild Dr**
**Randleman, NC 27317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7278**

**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donna McCraw**
**320 Endless Dr**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7279**

**Unit Type: 1 BD; Unit: 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin McCray**
**307 Bald Eagle Ct**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7280**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**W. Louis McDonald**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7282**

**Unit Type:  STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Glennis McElveen**
**820 King Ave. Florence**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7283**

**Unit Type:  1 BD; Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mary McIntosh**
**8328 Orleans Blvd**
**Union, KY 41091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7284**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph McJunkins**
**19 Zinglistrasse St**
**Montville, CT 06353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7285**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James McKenna**
**3 Chase Ln**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7286**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Terry McKinney**
**1736 Denver Rd**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7287**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 910 (Annual Float)**
**Unit Type: 1BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Isaac McLaughlin**
**2532 Jeff St**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7288**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kim McLaughlin**
**1146 Rainbow Ln**
**Montvale, VA 24122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7289**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.478** | Nonpriority creditor's name and mailing address

**Lee McLean**
9807 Possum Hollow Rd
Shippensburg, PA 17257

Date(s) debt was incurred _
Last 4 digits of account number **7290**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.479** | Nonpriority creditor's name and mailing address

**Grantham McNeill**
240 Covington Rd
Red Springs, NC 28377

Date(s) debt was incurred _
Last 4 digits of account number **7292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.480** | Nonpriority creditor's name and mailing address

**Michael Means**
4122 W Fork Ridge Dr
Batavia, OH 45103

Date(s) debt was incurred _
Last 4 digits of account number **7293**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.481** | Nonpriority creditor's name and mailing address

**Andrew Mears**
205 Longview Dr
Abingdon, VA 24211

Date(s) debt was incurred _
Last 4 digits of account number **7294**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.482** | Nonpriority creditor's name and mailing address

**Luz Mendez**
1111 Village Green Dr
Angola, IN 46703

Date(s) debt was incurred _
Last 4 digits of account number **7296**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.483** | Nonpriority creditor's name and mailing address

**Shelly Mercer-Jamison**
30 Plains Road
Hamden, CT 06514

Date(s) debt was incurred _
Last 4 digits of account number **7297**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Merrell**
**11421 Iowa Cir**
**Omaha, NE 68142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7298**

**Unit Type:  STU;  Unit: 914 (Annual Float)**
**Unit Type:  ! BD; Unit:  915 (Annual Float)**

Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jonathan Merritt**
**152 Ashbury Park Lane**
**Richlands, NC 28574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7299**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Meta**
**8840 State Highway 198**
**Conneautville, PA 16406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7300**

**Unit Type: 1 BD; Unit: 921 (Annual Float)**
**Unit Type: STU; Unit: 910 (Annual Float)**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MHS Associates, LLC**
**PO Box 14178**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7025**

**Unit Type:  1 BD; Unit 1116 (Biannual Float)**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Rubino**
**4160 State Route 5 #8**
**Frankfort, NY 13340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7473**

**Unit Type: 1BD;  Unit 918 (Annual Float)**
**Unit Type: STU;  Unit 908 (Annual Float)**

Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul Mier**
**10150 E. Harvard Ave**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7301**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 909 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Juanita Miles**
**3824 Rural St**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7302**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DavidMiller**
**467 McDermott Pond Creek Rd**
**Mc Dermott, OH 45652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7303**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DavidMiller**
**865 Crane Rd**
**Danville, VA 24540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7304**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Dorothy Miller**
**PO Box 364**
**High Shoals, NC 28077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7305**

Basis for the claim:  **OTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Grover Miller**
**1921 Calks Ferry Rd**
**Lexington, SC 29073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7306**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Miller**
**PO Box 392**
**Jamestown, PA 16134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7307**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kimberly Miller**
**712 Midstreams Rd**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7308**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mick Miller**
**539 Wildflower Trail**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7309**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lyle Miller, Sr.**
**PO Box 11185**
**Hickory, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0489**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 907 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bill Mills**
**314 Curtis Drive**
**Sumter, SC 29153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7310**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1109 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Morgan Mills**
**PO Box 911**
**Stephens City, VA 22655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7312**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Susie Mincey**
**1511 Marley Dr**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7313**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jon-Paul Miron**
**7 Switzer Crest**
**Binbrook, ON, L0R 1C0, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7314**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 916 (Annual Points)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brent Mollette**
**7042 Tylerwood Ct**
**Milton, FL 32570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7316**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1115 (Annual Float)**
**Unit Type:  STU; Unit 1114 (Annual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Glenda Monroe**
**169 Julia T Rd**
**Saint Pauls, NC 28384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7318**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wayne Montague**
**3901 Turnberry Loop**
**Seneca, SC 29678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7319**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Catherine Monte**
**6123 Woodridge Lane**
**Grand Blanc, MI 48439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7320**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit: 904 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Mooney**
4629 Brooklawn St
Davidson, NC 28036

Date(s) debt was incurred _

Last 4 digits of account number **7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Terrence Mooney**
1821 N Marshall Rd
Middletown, OH 45042

Date(s) debt was incurred _

Last 4 digits of account number **7322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Damitchell Moore**
207 New Market St, Apt 7D
Greenwood, SC 29646

Date(s) debt was incurred _

Last 4 digits of account number **2082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Moore**
529 Hunt St
Ashland, KY 41101

Date(s) debt was incurred _

Last 4 digits of account number **7326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 906 (Biannual Float)**
**Unit Type: 1 BD; Unit: 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Moore**
111 Melville Ct
Mooresville, NC 28117

Date(s) debt was incurred _

Last 4 digits of account number **7327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Moore, Jr.**
PO Box 65
Swansboro, NC 28584

Date(s) debt was incurred _

Last 4 digits of account number **7325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Theresa Moore**
**752 Village Lane Dr SW**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7328**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 912 (Annual Float)**
**Unit Type:  1 BD;  Unit 917 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.514** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Moorman, Jr.**
**347 Hammitt Rd**
**Bulls Gap, TN 37711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7329**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.515** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Annette Moosavi**
**PO Box 1731**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7330**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 906 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Osvaldo Morales**
**245 Old Point Rd**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7331**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Morgan**
**120 Country Club Drive**
**Apt A**
**Elmira, NY 14905-1913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7332**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jean Morrison**
3369 Dolphin Dr
Blasdell, NY 14219

Date(s) debt was incurred _

Last 4 digits of account number  **7333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**
**Unit Type:  STU;  Unit:  905 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Durland Mosher, II**
603 Church St
Athens, PA 18840

Date(s) debt was incurred _

Last 4 digits of account number  **7335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Mosher**
6270 Tudor Ln
Loves Park, IL 61111

Date(s) debt was incurred _

Last 4 digits of account number  **7336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Randall Mueckl**
**c/o Frederick & Rogers**
1903 E Battlefield
Springfield, MO 65804

Date(s) debt was incurred _

Last 4 digits of account number  **7337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Mulder**
26158 Shady Brook Trl
Courtland, VA 23837

Date(s) debt was incurred _

Last 4 digits of account number  **7338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1115 (Annual Float)**
**Unit Type: STU; Unit: 1114 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mamie Murphy**
**870 Vandenburg Dr**
**Boiling Springs, SC 29316**

Date(s) debt was incurred _

Last 4 digits of account number  **7339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1103 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**William Murphy**
**590 Long Branch Circle**
**Williston, SC 29853**

Date(s) debt was incurred _

Last 4 digits of account number  **7341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1116 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Johnny Murray**
**3818 Wester Rd**
**Raleigh, NC 27604**

Date(s) debt was incurred _

Last 4 digits of account number  **7342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Johnston Murray**
**5444 Laurinburg Rd**
**Raeford, NC 28376**

Date(s) debt was incurred _

Last 4 digits of account number  **7152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kimberly Murrell**
**9617 Rothman Ln**
**Charlotte, NC 28215**

Date(s) debt was incurred _

Last 4 digits of account number  **7343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Larry Mustain**
**4814 Lilydale Back Creek Rd**
**Greenville, WV 24945**

Date(s) debt was incurred _

Last 4 digits of account number  **7344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 914 (Biannual Float)**
**Unit Type: 1 BD;  Unit: 915 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Terry Muth**
**770 Berkeley Ave NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number  **7345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Muzeni**
**1768 W Herick Ct**
**Hernando, FL 34442**

Date(s) debt was incurred _

Last 4 digits of account number  **7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Myers**
**613 Village Green Ln**
**Okatie, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number  **7348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Myers**
**3455 Lakeshore Dr**
**Florence, SC 29501**

Date(s) debt was incurred _

Last 4 digits of account number  **7350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 917 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anatoly Naritsin**
**6 Bobsled Dr**
**Needham Heights, MA 02494**

Date(s) debt was incurred _

Last 4 digits of account number  **7351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Neal**
**PO Box 178**
**Walkertown, NC 27051**

Date(s) debt was incurred _

Last 4 digits of account number  **7352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Major Newkirk** | ☐ Contingent | |
| | **1471 Register Rd** | ☐ Unliquidated | |
| | **Rose Hill, NC 28458** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7354** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type:  STU;  Unit: 904 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **George Nicholas, Jr.** | ☐ Contingent | |
| | **2108 Fittleworth Terrace** | ☐ Unliquidated | |
| | **Upper Marlboro, MD 20774** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7355** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type:  STU; Unit 1114 (Annual Float)** | |
| | | **Unit Type:  1 BD; Unit 1115 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jennifer Nixon** | ☐ Contingent | |
| | **302 Walnut Drive** | ☐ Unliquidated | |
| | **Clifton Park, NY 12065** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **9570** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type:  1 BD; Unit 1116 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Susan Noack** | ☐ Contingent | |
| | **1105 Artic Quill Rd** | ☐ Unliquidated | |
| | **Herndon, VA 20170** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7358** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type: 1 BD; Unit: 919 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **L. Noblett** | ☐ Contingent | |
| | **353 Eaglehead Pt** | ☐ Unliquidated | |
| | **East Rochester, NY 14445** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7359** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type:  1 BD;  Unit: 901 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Howard Norton** | ☐ Contingent | |
| | **c/o Bruce B. Briggs, Attorney at Law** | ☐ Unliquidated | |
| | **PO Box 81** | ☐ Disputed | |
| | **Mars Hill, NC 28754** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **7360** | Basis for the claim:  **NOTICE PURPOSES ONLY** | |
| | | **Unit Type:  STU;  Unit: 907 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cherlyn Nzongola**
PO Box 6112
Beaufort, SC 29903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7361**

**Unit Type:  STU;  Unit: 908 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Mary J. O'Neal**
PO Box 2082
Rockingham, NC 28380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7362**

**Unit Type: STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**O'Towers Wholesale, LLC**
1777 S Burlington Blvd #213
Burlington, WA 98233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7363**

**Unit Type:  STU; Unit 904 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Lonnie Oakley, Jr.**
207 Pinebrook School Rd
Mocksville, NC 27028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7364**

**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Onwardo LLC**
PO Box 190
Waunakee, WI 53597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **5649**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Justin Ooten**
PO Box 1012
Holden, WV 25625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7367**

**Unit Type: STU; Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Orlando Trust, dated January**
**6812 Championship Dr**
**Whitsett, NC 27377**

Date(s) debt was incurred _

Last 4 digits of account number  **7368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Bobbie Owens**
**1569 S Crescent Heights Blvd**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number  **7370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Kyleen Oxendine**
**19892 Lucky Ln**
**Waynesville, MO 65583**

Date(s) debt was incurred _

Last 4 digits of account number  **7372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 1117 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Thomas Palmer, Jr.**
**PO Box 1236**
**Byron, GA 31008**

Date(s) debt was incurred _

Last 4 digits of account number  **0829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Dante Palmer, Sr.**
**2430 Orchard Dr**
**Hephzibah, GA 30815**

Date(s) debt was incurred _

Last 4 digits of account number  **7373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Ellis Pardue**
**1244 Arbor Rd Box 134**
**Winston Salem, NC 27104**

Date(s) debt was incurred _

Last 4 digits of account number  **7375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Sand Castle South Timeshare Owners Association, Inc.**        Case number *(if known)* _____

Name

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Murrine Parra**
**7742 Henry Harris Road**
**Fort Mill, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7377**

**Unit Type: STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billy Joe Parrish**
**PSC 567 Box 6842**
**FPO, AP 96384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7378**

**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent Passalacqua**
**41 Edgewood Ter**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7379**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Patrick**
**161 Beaver Creek Dr**
**Chesnee, SC 29323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7380**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Patrick**
**194 Oliver St**
**North Wilkesboro, NC 28659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7381**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vivian Patrick**
**519 Sandpiper Cir**
**Cheraw, SC 29520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE PURPOSES ONLY**

Last 4 digits of account number **7382**

**Unit Type:  1 BD; Unit 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**3.559** Nonpriority creditor's name and mailing address

**Kenny Patterson**
**c/o Frederick & Rogers**
**1903 E. Battlefield Rd**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number **7384**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 914 (Biannual Float)**
**Unit Type: 1 BD; Unit: 915 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.560** Nonpriority creditor's name and mailing address

**Randy Patterson**
**860 Sleepy Hollow Rd**
**Midland, NC 28107**

Date(s) debt was incurred _

Last 4 digits of account number **7385**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.561** Nonpriority creditor's name and mailing address

**Savonita Peeler**
**215 Lockhart Ln**
**Gaffney, SC 29341**

Date(s) debt was incurred _

Last 4 digits of account number **7387**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.562** Nonpriority creditor's name and mailing address

**Howard Pelton, III**
**2862 Red Fox Run Dr NW**
**Warren, OH 44485**

Date(s) debt was incurred _

Last 4 digits of account number **7388**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.563** Nonpriority creditor's name and mailing address

**Mark Pennington**
**109 Lm Porter Cemetery Rd**
**Sandy Hook, KY 41171**

Date(s) debt was incurred _

Last 4 digits of account number **7389**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Annual Float)**
**Unit Type: 1 BD; Unit: 1115 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.564** Nonpriority creditor's name and mailing address

Kevin Penny
216 Tallstone Dr
Fayetteville, NC 28306

Date(s) debt was incurred _

Last 4 digits of account number **7390**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1117 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565** Nonpriority creditor's name and mailing address

**Warren Perkins**
1308 Pinehurst St
Gastonia, NC 28052

Date(s) debt was incurred _

Last 4 digits of account number **7391**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566** Nonpriority creditor's name and mailing address

**Kenneth Person**
8580 Highway 265
Mount Croghan, SC 29727

Date(s) debt was incurred _

Last 4 digits of account number **7392**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567** Nonpriority creditor's name and mailing address

**Michelle Peters**
6393 Blossomwood Cir NE
N Canton, OH 44721

Date(s) debt was incurred _

Last 4 digits of account number **7393**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1114 (Biannual Float)**
**Unit Type:  1 BD; Unit 1115 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568** Nonpriority creditor's name and mailing address

**George Petitt, III**
25 Scout Rd
Greenville, SC 29611

Date(s) debt was incurred _

Last 4 digits of account number **7394**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1105 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.569** Nonpriority creditor's name and mailing address

**Petrus Vacation Rentals, LLC**
1835 E Hallandale Beach Blvd #626
Hallandale, FL 33009

Date(s) debt was incurred _

Last 4 digits of account number **7396**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Petrus**
**24A Trolley Sq #171**
**Wilmington, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7395**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 910 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Pfefferkorn, Jr.**
**12574 Garry Glen Drive**
**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7397**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1103 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Phillips**
**PO Box 939**
**Whitakers, NC 27891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7398**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1116 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Phillips**
**109 Robinson Clemmer Rd**
**Dallas, NC 28034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7399**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Phillips, III**
**4040 Landover Peak Place**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7400**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1115 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cecil Piansay**
**1104 Keystone Dr**
**Asheboro, NC 27203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7401**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Pickhinke**
**7835 E Burro Dr**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7402**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Laymon Pickle**
**272 Pickle Hollow Rd**
**Saltville, VA 24370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7403**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sheila Pierce**
**5330 Hames Trace**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7404**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Elton Pierson**
**140 Gigi Ln**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7405**

**Unit Type: STU; Unit: 903 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Natalie Pitman**
**400 Summit Drive**
**Apt 3C**
**Greenville, SC 29609-4854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6974**

**Unit Type: 1BD;  Unit 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Janice Polesky**
**626 Cherry Lane**
**Royalton, MN 56373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7407**

**Unit Type: STU; Unit: 914 (Biannual Float)**
**Unit Type: 1 BD; Unit: 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Pompey**
**PO Box 641**
**Kingstree, SC 29556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7408**

**Unit Type: 1BD;  Unit: 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bronna Poole**
**PO Box 821**
**Randleman, NC 27317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7409**

**Unit Type: S1BD;  Unit: 919 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**L. Norton Pope**
**4246 Estate Drive**
**Conway, SC 29526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **2401**

**Unit Type:  STU; Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosemary Pope**
**414 Ash Circle**
**Elkhart, IN 46517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7410**

**Unit Type: STU; Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Porfeli**
**32306 Hugh Road**
**Apt A**
**Albemarle, NC 28001-7376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7411**

**Unit Type: STU;  Unit 1106 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Porter**
**5656 Springlake Road**
**Canton, OH 44718-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7412**

**Unit Type: 1BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Jabez Powell**
**3804 Peppercorn Ln**
**Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7413**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ricquel Pratt**
**7042 Brandemere Lane (CR)**
**Apt J**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7414**

**Unit Type: STU;  Unit 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Susan Preston**
**3910 West Bent Grass Dr.**
**Fayetteville, NC 28312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7416**

**Unit Type: STU; Unit: 903 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Willie Preston**
**20024 Halloway Ave**
**Matoaca, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7417**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**David Price**
**23 Harbour Heights Drive**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7418**

**Unit Type: 1 BD; Unit: 1116 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.593** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Veva Prichard**
**299 River Road**
**PO Box 299**
**Crum, WV 25669**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

**Last 4 digits of account number  1898**

**Unit Type:  STU; Unit 906 (Annual Float)**
**Unit Type:  1 BD; Unit 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Pridmore**
**1301 Cove Creek Rd**
**Pickens, SC 29671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7419**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carlette Priester**
**6449 Caymus Dr**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7420**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mary Prouty**
**3910 Doster Rd**
**Monroe, NC 28112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7421**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Haughton Purser**
**4312 Ryegate Dr**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7422**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wesley Pursiful**
**7987 Longmire Rd**
**Luttrell, TN 37779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7423**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 906 (Annual Float)**
**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Pytko**
**94 E Acres Ave**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7424**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1111 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.600** | Nonpriority creditor's name and mailing address
**Linda Radcliffe**
**110 Crescent Ave**
**Woodbury, NJ 08096**

Date(s) debt was incurred _

Last 4 digits of account number  **7562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.601** | Nonpriority creditor's name and mailing address
**Marcia Ragin**
**2850 September Dr**
**Sumter, SC 29154**

Date(s) debt was incurred _

Last 4 digits of account number  **7425**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.602** | Nonpriority creditor's name and mailing address
**Francis Ralston**
**9009 Morton Ave**
**Brooklyn, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number  **7427**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.603** | Nonpriority creditor's name and mailing address
**Chad G. Ramsey**
**172 Joseph Alexander Dr**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number  **7428**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.604** | Nonpriority creditor's name and mailing address
**Richard Ranson**
**214 Greenway St**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number  **7430**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.605** | Nonpriority creditor's name and mailing address
**Joseph Ratliff**
**2916 Whippowill Cir**
**Augusta, GA 30906**

Date(s) debt was incurred _

Last 4 digits of account number  **7431**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Myron Ravenel**
**PO Box 41961**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7432**

**Unit Type: 1 BD;  Unit 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Morris Reid, III**
**924 Hunt Club Run**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7435**

**Unit Type: 1 BD; Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Joseph Reinhardt**
**PO Box 621**
**Chesapeake, OH 45619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7436**

**Unit Type: STU; Unit: 1110 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Timothy  Reinke, Sr.**
**25944 Mackinac St.**
**Roseville, MI 48066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7437**

**Unit Type: 1BD;  Unit: 1115 (Annual Float)**
**Unit Type: STU;  Unit 1114 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,033.33** |
| --- | --- | --- | --- |

**Resort Travel and Xchange, Inc.**
**One Vance Gap Road**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of January 31, 2019**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**James Respus**
**103 King Richard Court**
**Red Springs, NC 28377-1261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7438**

**Unit Type: STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.612**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dutch Reuschel** <br> **1817 Hopewell Dr** <br> **Elverson, PA 19520** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7440**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.613**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Carlos Reynolds** <br> **3018 Tiffin Cir** <br> **Macon, GA 31204** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7441**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.614**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Frederick Rhew** <br> **c/o Robert Jones, Attorney at Law** <br> **732 Thimble Shoals Blvd, Suite 901** <br> **Newport News, VA 23606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7442**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.615**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Bobby Rhodes** <br> **415 W Hortter St** <br> **Philadelphia, PA 19119** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7443**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:1 BD; Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.616**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Geoffrey Rhodes** <br> **7112 Indian Ridge Ln** <br> **Charlotte, NC 28214** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7444**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.617**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Georgia Rhodes** <br> **PO Box 424** <br> **Waynesboro, GA 30830** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

Date(s) debt was incurred _

Last 4 digits of account number  **7445**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Laura Richards**
**1510 Callaway Loop**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7446**

**Unit Type:  STU;  Unit: 911 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**David Richardson**
**700 Coventry Ln**
**Florence, SC 29501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7447**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Taji Richardson**
**215 Ridge Bay Ct**
**Greenville, SC 29611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7450**

**Unit Type: STU; Unit: 907 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Nicholas Richer**
**208 Ferry St**
**Abbeville, SC 29620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7451**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Chris Risby**
**7006 Commander Howe Ter**
**Brandywine, MD 20613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7453**

**Unit Type:  1 BD; Unit 1112 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Eric Rivera**
**29 Greenfield Ave**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7454**

**Unit Type:  1 BD;  Unit: 916 (Annual Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Roach**
**10940 213th St**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7456**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Annual Float)**
**Unit Type: 1BD;  Unit 916 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guy Robbs**
**19087**
** Highway 221 N**
**Laurens, SC 29360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7457**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arther Roberson, Sr.**
**120 Carolina Ridge Dr**
**Columbia, SC 29229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7458**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Archie Robertson**
**1016 Alston Hill Dr**
**Charlotte, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7459**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1105 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth Robertson**
**3326 Venus Dr**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7462**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katrina Robinson**
**4 Rockport Court**
**Greensboro, NC 27406-8773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7463**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 917 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.630** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Joyce Robinson-Bell**
**205 Kindlewood Dr**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6761**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.631** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charla Roby**
**2912 Martinsville Rd**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7466**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**
**Unit Type:  1 BD;  Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Rogers**
**c/o Randy Rogers, PR of Estate**
**505 Tyre B Mauldin St**
**Walhalla, SC 29691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7648**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 901 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Daniel Root**
**7421 Matherly Drive**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7468**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Elton Ross**
**220 Reaves St**
**Raeford, NC 28376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7471**

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Rubino**
4160 State Route 5, #8
Frankfort, NY 13340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7473**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 908 (Annual Float)**
**Unit Type:  1 BD; Unit 918 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Russell Runion**
4561 Follansbee Rd
Winston Salem, NC 27127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7474**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Russell**
1261 Riveroaks Dr
Colonial Heights, VA 23834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7475**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 914 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael Russo**
428 Stonecrest Lane
Gaffney, SC 29341-3446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7476**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 916 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bernadine Sampson**
727 Shoreline Cir
Schaumburg, IL 60194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7477**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 902 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cleveland Samuels**
1270 Nugget Drive
 GA 30891-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7478**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 908 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,934.69 |
|---|---|---|---|

**Sand Castle South HOA Inc.**
**c/o Alley Management Inc.**
**7400 N. Kings Highway**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Master Association Dues Owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jane Sander**
**15705 Ibisridge Drive**
**Lithia, FL 33547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7480**

**Unit Type: 1 BD;  Unit: 1115 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davey Sanderson**
**712 Iva Ln**
**Knoxville, TN 37918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7481**

**Unit Type:  1 BD;  Unit: 920 (Annual Float)**
**Unit Type:  1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nikolay Sandul**
**PO Box 188**
**Kleinfeltersville, PA 17039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7482**

**Unit Type:  1 BD;  Unit: 920 (Annual Float)**
**Unit Type:  1 BD;  Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy Sargeant**
**8803 Cross Chase Cir**
**Fairfax Station, VA 22039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7483**

**Unit Type: STU; Unit: 906 (Annual Float)**
**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey T. Sargent**
**515 Wexford Hollow Run**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7484**

**Unit Type: 1 BD; Unit: 917 (Annual Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jon Sarlea**
**6626 Parrish Ave**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7485**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Saunders**
**5936 Kentuck Rd**
**Ringgold, VA 24586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7487**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfred Saylor**
**1151 Langley Blvd.**
**Clawson, MI 48017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7489**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Veronica Scales**
**2009 E 18th St**
**Winston Salem, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7490**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Albert Schaefer**
**PO Box 4585**
**Florence, SC 29502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7491**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 914 (Annual Float)**
**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Schaub**
**13 Deveaux Ct**
**West Columbia, SC 29172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7492**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jonathon Schlax**
**1502 Cassandra Dr**
**Durham, NC 27712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7493**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**David Schmidt**
**PO Box 340**
**Clearwater, SC 29822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7494**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Annual Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Chelsea Schrader**
**334 Dellwater Lane**
**Bedford, PA 15522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5715**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Scott**
**90 Pewter Ln**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7497**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Scott Shaffer**
**51 Keefer Way**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6989**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Germari Sharper**
**416 E Tierra Dr.**
**Florence, SC 29505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7500**

Basis for the claim:   **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Shaw**
**7 Wildewood Downs Pt**
**Columbia, SC 29223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7501**

**Unit Type: STU; Unit: 914 (Biannual Float)**
**Unit Type: 1BR; Unit: 915 (Biannaul Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Phillip Shaw**
**317 Snider St**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7502**

**Unit Type:  1 BD; Unit 1101 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Shaw**
**4 Filly Trl**
**Fairfield, PA 17320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7503**

**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chad Shealy**
**1989 Dr Bowers Road**
**Little Mountain, SC 29075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7504**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Harrison Shell**
**1401 Altama Dr**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7506**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Shelley**
**302 Maple Avenue**
**Horse Cave, KY 42749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7508**

**Unit Type: STU;  Unit: 910 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joanne Sher**
**24 Amaron Ln**
**Staten Island, NY 10307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7509**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sherry Williams Gee**
**163 Highgrove Court**
**Raeford, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7025**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joshua Shirley**
**9853 Friendship 7**
**El Paso, TX 79924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7510**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1120 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jessica Short**
**90 Oak Ln**
**Berwyn, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7511**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leslie Shultz**
**580 Lakeview Dr**
**Elkview, WV 25071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7512**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Denis Silcock**
**383 Main Street E**
**Apatment 413**
**Milton, OH L9T 8K8, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7513**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 920 (Annual Float)**
**Unit Type: 1 BD;  Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dwayne Simmons**
**61 E 2nd St**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7514**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Annual Float)**
**Unit Type: 1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Connie Slade**
**511 Hodges Dairy Rd**
**Yanceyville, NC 27379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7516**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 914 (Biannual Float)**
**Unit Type:  1 BD; Unit: 915 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Slaughter**
**1727 Parham Drive**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7517**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 918 (Annual Float)**
**Unit Type: 1BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Smith**
**4304 John Gardner Rd**
**Kershaw, SC 29067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7520**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 921 (Biannual Float)**
**Unit Type: STU; Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carla Smith**
**449 Dorley Rd**
**Spartanburg, SC 29307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7521**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Smith**
**104 Cotton Rd**
**Shelby, NC 28150**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7522**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorothy J. Smith**
**4538 Bellingham Ct**
**Evans, GA 30809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7524**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit; 920 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edwin Smith**
**116 Winthrope Way**
**Jacksonville, NC 28546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7525**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Smith**
**P.O. Box 395**
**Kitscoty, AB, T0B 2P0, Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7526**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit: 1116 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Smith, Jr.**
**744 Douglas Road**
**Gray Court, SC 29645**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7527**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1114 (Biannual Float)**
**Unit Type: 1BD;  Unit 1115 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Smith**
**455 Sells Road**
**Bluff City, TN 37618**

Date(s) debt was incurred _

Last 4 digits of account number **7528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit 917 (Annual Float)**
**Unit Type:  STU; Unit 909 (Annual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sharron Smith**
**3815 Atlas Drive**
**Charlotte, NC 28269**

Date(s) debt was incurred _

Last 4 digits of account number **7529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 902 (Biannual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stacey Smith**
**2514 Edfeldt Dr**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number **7530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Smith**
**5606 Birch Rd**
**Fayetteville, NC 28304**

Date(s) debt was incurred _

Last 4 digits of account number **0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 902 (Biannual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steven Smith**
**303 Conley St**
**Greenville, NC 27834**

Date(s) debt was incurred _

Last 4 digits of account number **7531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Van Smith**
**3088 Youngs Park Dr**
**Westville, SC 29175**

Date(s) debt was incurred _

Last 4 digits of account number **7532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1119 (Biannual Float)**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Henry Smoke, III**
7825 Ginger Ln
Charleston, SC 29420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7533**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD;  Unit 915 (Biannual Float)**
**Unit Type:  STU;  Unit 914 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nicky J. Smyre**
2407 33rd Ave NE
Hickory, NC 28601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7534**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Sneed**
PO Box 523
Black Mountain, NC 28711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7535**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Snider**
2224 Old Farmer Rd
Asheboro, NC 27205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7536**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wayne Snow**
782 Pembroke Way
Charles Town, WV 25414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7537**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1116 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Solomon, Jr.**
8023 Old Philadelphia Rd
Baltimore, MD 21237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7539**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terrace  Solomon**
**25 Vineland Lane**
**Coatesville, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7540**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 914 (Annual Float)**
**Unit Type: 1BD; Unit 915 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Sosa**
**2538 Lillington Hwy**
**Spring Lake, NC 28390-1848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7542**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1114 (Biannual Float)**
**Unit Type: 1BD;  Unit 1115 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Southerland**
**513 E Pollock St**
**Mount Olive, NC 28365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7543**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 911 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Sparwasser**
**7872 Saint Fabian Ln**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7544**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Biennial Points)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Spears**
**4072 Banbridge Drive**
**High Point, NC 27260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7545**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Spencer Boose**
**9787 Old Mill Road**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **6787**

**Unit Type: STU;  Unit: 912 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nora Squires**
**7221 S Kipling Pl**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7547**

**Unit Type:  1 BD; Unit 1121 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Joyce Stallings**
**3885 Tower HIll Road**
**Kinston, NC 28501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7548**

**Unit Type: STU;  Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Margaret Steed**
**120 E Watkins St**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7550**

**Unit Type:  1 BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ashley Steen**
**335 Richmond Dr**
**Fayetteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7552**

**Unit Type:  STU; Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wendy Stein**
**213 Princess Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7553**

**Unit Type: STU;  Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Marian Stepniewski**
**40 Lacebark Ln**
**Elgin, SC 29045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7554**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Stewart**
**c/o Klein & Sheridan, LC**
**3566 Teays Valley Rd**
**Hurricane, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7557**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Walter Stokes**
**264 Pearson Hill Road**
**Roanoke Rapids, NC 27870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7560**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Annual Float)**
**Unit Type: 1BD;  Unit 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeffery Story**
**250 Rivers Circle**
**Thomson, GA 30824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6032**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stewart Strothers, III**
**5524 Berry Hill Rd**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7565**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lawrence Stuckey, III**
**2059 Spring Hill Rd**
**Dalzell, SC 29040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7566**

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Curtis Suber**
10123 Broad River Rd
Pomaria, SC 29126

Date(s) debt was incurred _

Last 4 digits of account number  **7568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 920 (Biannual Float)**
**Unit Type:  1 BD; Unit 921 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,708.90 |
| --- | --- | --- | --- |

**Sun Hospitality Resort Services**
4724 Hwy 17 Bypass South
Myrtle Beach, SC 29588

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided, Housekeeping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Eric Surratt**
8637 Danville Pike
Hillsville, VA 24343

Date(s) debt was incurred _

Last 4 digits of account number  **7569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 908 (Annual Float)**
**Unit Type: 1 BD;  Unit 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**James E. Sutton**
6464 Gold Dr.
Battleboro, NC 27809

Date(s) debt was incurred _

Last 4 digits of account number  **7571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Lynn Swinney, Jr.**
9906 Hamilton Dr
Douglasville, GA 30135

Date(s) debt was incurred _

Last 4 digits of account number  **7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1119 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Lillian Sydenstricker**
124 Township Rd 1290
Chesapeake, OH 45619

Date(s) debt was incurred _

Last 4 digits of account number  **7574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 914 (Annual Float)**
**Unit Type:  1 BD; Unit: 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Tacas**
**8411 Morrell Ln**
**Durham, NC 27713**

Date(s) debt was incurred _
Last 4 digits of account number  **7576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Tackett**
**640 Mare Crk**
**Stanville, KY 41659**

Date(s) debt was incurred _
Last 4 digits of account number  **7577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eduardo Tanaka**
**107 Banyon Tree Ln**
**Cary, NC 27513**

Date(s) debt was incurred _
Last 4 digits of account number  **7578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Tanksley**
**516 Hillwood Cir**
**Augusta, GA 30909**

Date(s) debt was incurred _
Last 4 digits of account number  **7579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 914 (Annual Float)**
**Unit Type: 1 BD; Unit: 915 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debra Taylor**
**10 Taylor Rd**
**Spring Lake, NC 28390**

Date(s) debt was incurred _
Last 4 digits of account number  **7580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dijon Taylor**
**159 Kingsboro Road**
**Rochester, NY 14619**

Date(s) debt was incurred _
Last 4 digits of account number  **7581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 1109 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Taylor**
**11403 Vega Ct**
**Upper Marlboro, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7582**

**Unit Type:  1 BD;  Unit: 901 (Annual Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lance Taylor**
**45 Young Ave**
**Cedar Grove, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7583**

**Unit Type:  1 BD;  Unit: 915 (Biannual Float)**
**Unit Type:  STU;  Unit: 914 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Taylor**
**455 New Churchmans Rd**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7584**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Teague**
**1716 Drew Allen Rd**
**Williamson, GA 30292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7585**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alan Templeton**
**2545 McLean Chapel Church Rd**
**Bunnlevel, NC 28323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7586**

**Unit Type: 1BD;  Unit: 915 (Annual Float)**
**Unit Type: STU;  Unit 914 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.727** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ronald Tharp**
**2294 George Hayes Rd**
**Boone, NC 28607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7587**

**Unit Type:  1 BD;  Unit: 901 (Annual Float)**
**Unit Type: 1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.728** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kendall Thomas**
**55 Pleasant Ave, Apt 2FL**
**Johnson City, NY 13790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7589**

**Unit Type:  STU;  Unit: 911 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**William Thomas**
**3032 Lake Rd**
**Apt D**
**Elmira, NY 14903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7590**

**Unit Type: 1 BD; Unit: 915 (Annual Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Thompkins**
**632 Oats Street**
**Johnsonville, SC 29555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **0491**

**Unit Type:  STU; Unit 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Thompson**
**3102 Indigo Pl**
**Seffner, FL 33584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7591**

**Unit Type:  1 BD; Unit 916 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Earl Thompson**
3735 Lystra Rd
Chapel Hill, NC 27517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7594**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 909 (Annual Float)**
**Unit Type: 1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Buddy Thompson, Sr.**
1323 Bonlee Bennett Rd
Bonlee, NC 27213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7592**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**William Thornton**
PO Box 246
Tobaccoville, NC 27050-0246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7596**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 1121 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ryan Thurman**
2004 Waldner Ct
Crestwood, KY 40014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7597**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 911 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Ervin Tisdale, Sr.**
4013 Chatham Rd
Baltimore, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7598**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 1115 (Annual Float)**
**Unit Type:  STU;  Unit:  1114 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clarence Toliver, Jr.**
**570 3rd St**
**Albany, NY 12206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7599**

**Unit Type:  STU; Unit 1111 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Deborah Tolles**
**2327 Treescape Drive**
**Apartment 7**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7600**

**Unit Type: STU;  Unit: 909 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Roland Tomah**
**106 Ashbourne Rd**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7601**

**Unit Type:  1 BD; Unit 1118 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joseph Tonsel, Jr.**
**2650 Lexington St**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7602**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.741** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Torrisi**
**3611 Melvin Dr S**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7603**

**Unit Type: STU; Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frank Tracy**
**14343 Niezes Cir**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7604**

**Unit Type:  1 BD;  Unit: 918 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.743** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
James Treadaway
548 Watts Ln
Camden, SC 29020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7605**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Craig Treece**
1520 High Top Rd
Knoxville, TN 37914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7606**

**Unit Type:  1 BD;  Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.745** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Maria Tressler**
PO Box 145
Milligan College, TN 37682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7607**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Thomas Tricka**
9716 Alvin Drive
Shippensburg, PA 17257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7608**

**Unit Type:  STU;  Unit: 904 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Stacey Trotman**
947 Renfrew St
Essex, MD 21221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7609**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.47**
**TSA Choice**
108 Asheville Comerce Pkwy
Candler, NC 28715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Dennis D. Tucholski** | ☐ Contingent | |
| | **Taylor Moore Law, LLC** | ☐ Unliquidated | |
| | **Taylor Charles Moore** | ☐ Disputed | |
| | **431 S. Jefferson, Suite 116B** | | |
| | **Springfield, MO 65806** | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Date(s) debt was incurred _ | **Unit Type: STU; Unit: 905 (Annual Fixed)** | |
| | Last 4 digits of account number **7610** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Michael Tucker** | ☐ Contingent | |
| | **64 Larned Road** | ☐ Unliquidated | |
| | **Pennellville, NY 13132** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **7611** | **Unit Type: 1BD; Unit 1117 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Clifton Turner** | ☐ Contingent | |
| | **2641 Vienna Dozier Rd** | ☐ Unliquidated | |
| | **Pfafftown, NC 27040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **7612** | **Unit Type: 1 BD; Unit: 901 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Earnest Turner** | ☐ Contingent | |
| | **3924 Grape Avenue** | ☐ Unliquidated | |
| | **Augusta, GA 30909** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **7613** | **Unit Type: STU; Unit 908 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Darrien S. Tutt** | ☐ Contingent | |
| | **323 W Champlost St** | ☐ Unliquidated | |
| | **Philadelphia, PA 19120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **7614** | **Unit Type: STU; Unit: 908 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Mary Tutterow** | ☐ Contingent | |
| | **1251 Bethune Way** | ☐ Unliquidated | |
| | **The Villages, FL 32162** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **7615** | **Unit Type: STU; Unit: 908 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

**3.755** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**April Tyler**
**1505 Joy Anne Ct**
**Mount Holly, NC 28120**

Date(s) debt was incurred _
Last 4 digits of account number **7616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit 1119 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.756** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jerry Uadiski**
**5699 Route 259 Hwy**
**Homer City, PA 15748**

Date(s) debt was incurred _
Last 4 digits of account number **7617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.757** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rex Uhl**
**4221 Henderson Rd**
**Greensboro, NC 27410**

Date(s) debt was incurred _
Last 4 digits of account number **7618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 907 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.758** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sandra Utria**
**131 Kensington Ave, Apt B6**
**Jersey City, NJ 07304**

Date(s) debt was incurred _
Last 4 digits of account number **7620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit 910 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**3.759** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,979.85**

**Vacation Weeks, LLC a/k/a Blue Water**
**One Vance Gap Road**
**Asheville, NC 28805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payroll Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**3.760** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rejimon Varghese**
**3651 Cherry Hill Dr**
**Greensboro, NC 27410**

Date(s) debt was incurred _
Last 4 digits of account number **7623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 906 (Annual Float)**
**Unit Type: 1 BD; Unit: 920 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Vasquez**
**127B S Rosewell Ave**
**South Amboy, NJ 08879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7624**

**Unit Type:  1 BD;  Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Vaughan**
**2341 Fishing Creek Rd**
**North Wilkesboro, NC 28659**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7625**

**Unit Type:  STU;  Unit: 903 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Karen Vaught**
**3409 Buckwood Trl**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7627**

**Unit Type: STU; Unit: 914 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arturo Vazquez**
**1712 S Alston Ave**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7628**

**Unit Type:  STU;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nancy Vazquez**
**59 Wilson St**
**New Haven, CT 06519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7629**

**Unit Type:  STU;  Unit: 903 (Biennial Points)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Venable**
**102 Parkway Dr**
**Easley, SC 29640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NOTICE PURPOSES ONLY**

**Last 4 digits of account number  7630**

**Unit Type:  1 BD; Unit 920 (Biannual Float)**
**Unit Type:  1 BD; Unit 921 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anna Viers**
**238 Westwood Dr**
**Columbia, KY 42728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7631**

**Unit Type: 1 BD; Unit: 1101 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Vittitoe**
**17101 Mallett Dr**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7632**

**Unit Type:  1 BD;  Unit: 917 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Wagner**
**42 Moyer Avenue**
**Charleroi, PA 15022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7633**

**Unit Type: 1BD;  Unit: 915 (Annual Float)**
**Unit Type: STU:  Unit 912 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Wagner, Jr.**
**5360 Altenwald Rd**
**Waynesboro, PA 17268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7634**

**Unit Type: 1 BD; Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Albert Walker**
**c/o Beverly Mayes**
**5964 Stanleyville Dr**
**Rural Hall, NC 27045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7635**

**Unit Type:  STU:  Unit: 1114 (Annual Float)**
**Unit Type:  1 BD; Unit: 1115 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kenneth Walker**
**6508 Century Ln**
**Burton, MI 48509-2380**

Date(s) debt was incurred _

Last 4 digits of account number  **7637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU;  Unit 906 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Maurice Walker, Sr.**
**468 Julia Dr**
**Romeoville, IL 60446**

Date(s) debt was incurred _

Last 4 digits of account number  **7638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 904 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sherman Wallace, Jr.**
**420 Folkstone Rd**
**Columbia, SC 29223**

Date(s) debt was incurred _

Last 4 digits of account number  **7639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nakesha Walton**
**709 Kings Crest Dr**
**Stafford, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number  **7641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 906 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Walton**
**514 Rocky Creek Rd**
**Johnston, SC 29832**

Date(s) debt was incurred _

Last 4 digits of account number  **7642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Paul Wassell**
**4021 Westernport Rd**
**Westernport, MD 21562**

Date(s) debt was incurred _

Last 4 digits of account number  **7644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 920 (Annual Float)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.778** | Nonpriority creditor's name and mailing address

**Dallas Waters**
**1112 Williams Ln**
**Elberton, GA 30635**

Date(s) debt was incurred _

Last 4 digits of account number  **7645**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.779** | Nonpriority creditor's name and mailing address

**Kenneth Watson**
**3915 Northrop Drive**
**Haw River, NC 27258**

Date(s) debt was incurred _

Last 4 digits of account number  **7649**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BR;  Unit: 1115 (Biannual Float)**
**Unit Type: STU;  Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.780** | Nonpriority creditor's name and mailing address

**Warrell Watson**
**10312 Millarden Rd**
**Woodbury, GA 30293**

Date(s) debt was incurred _

Last 4 digits of account number  **0492**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.781** | Nonpriority creditor's name and mailing address

**Robyn Weatherford**
**810 Simpson Ln**
**Hartsville, SC 29550**

Date(s) debt was incurred _

Last 4 digits of account number  **7651**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit: 920 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.782** | Nonpriority creditor's name and mailing address

**John Welborn**
**PO Box 284**
**Glen Alpine, NC 28628**

Date(s) debt was incurred _

Last 4 digits of account number  **7652**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 919 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.783** | Nonpriority creditor's name and mailing address

**Zereda M. Wells**
**8400 Reed Rd**
**Stony Creek, VA 23882**

Date(s) debt was incurred _

Last 4 digits of account number  **7653**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 917 (Annual Points)**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Wert, Jr.**
2829 Meade Dr
Grand Prairie, TX 75052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7654**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 920 (Annual Float)**
**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cameron Wesley, Sr.**
116 Melstone Dr
Hopkins, SC 29061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7655**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 906 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tyronza Wesley**
2 Culupa Ct
Blythewood, SC 29016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7656**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 908 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chet West**
3209 Gresham Lake Rd
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7657**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Wetmore, II**
232 University Pkwy
Okatie, SC 29909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4209**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 917 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Whalen**
45 Davis St
Meriden, CT 06450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7658**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1115 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rodney White**
**1314 Shirebourn**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7659**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wayne White**
**10 Twin Springs Dr**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7660**

**Unit Type: 1 BD;  Unit: 902 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Hugh Whitley**
**219 Franklin St**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7661**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Whitworth**
**1140 Longbranch Rd**
**Grover, NC 28073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7663**

**Unit Type:  1 BD; Unit 1119 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Wiggins**
**90 Conklin Avenue**
**Binghamton, NY 13903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7665**

**Unit Type: 1-BD;  Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christopher Wilcken**
**23 Oriole Path**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NOTICE PURPOSES ONLY**

Last 4 digits of account number  **7667**

**Unit Type:  STU; Unit 905 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Arnold Wilkerson**
**793 Lester Rd**
**Chatham, VA 24531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7669**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 919 (Annual Float)**
**Unit Type:  STU;  Unit 914 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Robert Wilks, Sr.**
**6014 Surrey Square Ln, Apt. T3**
**District Heights, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7670**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 920 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Westley Williams, Jr.**
**1300 Ridgeway Rd**
**Lugoff, SC 29078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7673**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Keith Williams**
**8114 Solace Ct**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7674**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 901 (Biannual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Leatha Williams**
**366 Ridenour Ln**
**Jacksboro, TN 37757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7675**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD;  Unit: 916 (Annual Float)**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.801** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lisa L. Williams**
**7209 Stuart Dr**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7676**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**
**Unit Type: 1 BD; Unit: 918 (Annual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.802** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mark Williams**
**2930 NE Gilmer Avenue**
**Winston Salem, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7677**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD;  Unit 921 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.803** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Reamus Williams**
**177 Hitchcock Rd**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7678**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.804** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Douglas L. Williamson**
**PO Box 1253**
**Hartsville, SC 29551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7680**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.805** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Williford**
**386 Yesebehena Cir**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7681**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.806** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Betty Wilson**
**346 Clark Ct**
**Dillon, SC 29536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7682**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.807** Nonpriority creditor's name and mailing address

**Gerry Wilson**
**1873 Bethel New Hope Rd**
**Bethel, OH 45106**

Date(s) debt was incurred _

Last 4 digits of account number **7684**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 1115 (Biannual Float)**
**Unit Type: STU; Unit 1114 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808** Nonpriority creditor's name and mailing address

**James Wilson**
**2675 Maidenhair Ln**
**Sumter, SC 29153**

Date(s) debt was incurred _

Last 4 digits of account number **7685**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 903 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.809** Nonpriority creditor's name and mailing address

**Layden Wilson**
**106 Oak St**
**Spring Church, PA 15686**

Date(s) debt was incurred _

Last 4 digits of account number **7686**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: STU; Unit: 1114 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.810** Nonpriority creditor's name and mailing address

**Charles Witherspoon, Jr.**
**135 W Morehead Street**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number **7687**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 901 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811** Nonpriority creditor's name and mailing address

**Withumsmith+Brown, PC**
**PO Box 5340**
**Princeton, NJ 08543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.812** Nonpriority creditor's name and mailing address

**Michael Wolf**
**12925 Hwy 902 NC**
**Bear Creek, NC 27207**

Date(s) debt was incurred _

Last 4 digits of account number **7688**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 915 (Biannual Float)**
**Unit Type: STU; Unit: 914 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Wolf**
4165 Saddlehorn Dr
Evans, GA 30809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7689**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1BD; Unit: 916 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madeline Wood**
400 Avinger Lane, #905
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7691**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 915 (Annual Points)**
**Unit Type: STU; Unit: 914 (Annual Points)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Virginia Woodcock**
13588 Greenwood Rd
Glen Allen, VA 23059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7693**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type: 1 BD; Unit: 921 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Woods**
11 Arnold Rd SE
Statham, GA 30666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7692**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 905 (Annual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald Worsham**
401 E Main St
Mount Orab, OH 45154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7694**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 1101 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angele Wright**
2629 Lake Capri Dr
Conyers, GA 30012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7695**

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 902 (Biannual Float)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dennis Wright**
**10849 W Oak Hill Rd**
**Birdseye, IN 47513**

Date(s) debt was incurred _

Last 4 digits of account number  **7696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU;  Unit: 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Joseph Wright, Sr.**
**4512 Biesterfield Dr**
**Charlotte, NC 28216**

Date(s) debt was incurred _

Last 4 digits of account number  **7697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 904 (Annual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gary Wynn**
**3846 Belair Rd**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number  **7698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1114 (Biannual Float)**
**Unit Type:  1 BD; Unit 1115 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Henry Yeldell**
**268 Plum Branch Rd**
**Edgefield, SC 29824**

Date(s) debt was incurred _

Last 4 digits of account number  **7699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  1 BD; Unit 918 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Douglas Young**
**987 Hiles Rd**
**Lucasville, OH 45648**

Date(s) debt was incurred _

Last 4 digits of account number  **7701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE PURPOSES ONLY**

**Unit Type:  STU; Unit 1103 (Biannual Float)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sand Castle South Timeshare Owners Association, Inc.** | Case number *(if known)* |
| | Name | |

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Doye Young**<br>**122 Country Ln**<br>**Easley, SC 29642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7702** | Basis for the claim:  **NOTICE PURPOSES ONLY**<br><br>**Unit Type: 1BD;  Unit 1115 (Annual Float)**<br>**Unit Type: STU;  Unit 1114 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jennifer Young**<br>**PO Box 169**<br>**Downs, IL 61736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7703** | Basis for the claim:  **NOTICE PURPOSES ONLY**<br><br>**Unit Type: 1BD;  Unit: 1121 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **John Zimmerman**<br>**68 Sandra Dr**<br>**Newport News, VA 23608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7706** | Basis for the claim:  **NOTICE PURPOSES ONLY**<br><br>**Unit Type: STU; Unit: 1114 (Biannual Float)**<br>**Unit Type: 1 BD; Unit: 1115 (Biannual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Edward Zywczok**<br>**13 Brant Ave**<br>**St Thomas ON  N5R1Z4** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7707** | Basis for the claim:  **NOTICE PURPOSES ONLY**<br><br>**Unit Type:  1 BD; Unit 919 (Annual Float)** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 42,585.81 |
| 5b. Total claims from Part 2 | 5b. | + $ | 783,925.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 826,511.05 |

**Fill in this information to identify the case:**

Debtor name        **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Maintenance for the timeshare units.** |
| State the term remaining | |
| List the contract number of any government contract | **CRM of the Carolinas, LLC**<br>**3660 Old Kings Hwy**<br>**Murrells Inlet, SC 29576** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Management Company** |
| State the term remaining | |
| List the contract number of any government contract | **LaTour Hotels and Resorts, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Timeshare exchange** |
| State the term remaining | |
| List the contract number of any government contract | **Resort Travel and Xchange, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Collection and loan services** |
| State the term remaining | |
| List the contract number of any government contract | **Zealandia Capital, Inc**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$117,614.22** |
    | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,037,000.74** |
    | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$939,758.62** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Cherokee Motels, Inc.**<br>**PO Box 1362**<br>**Myrtle Beach, SC 29578** | | $40,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **The Debtor made payments to other**<br>**creditors within the 90 days before**<br>**filing; however, the aggregate to each**<br>**of these creditors was less than $6,825.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Michael Gerber vs. Sand Castle Southbeach, LLC, Sand Castle South Beach Rental Management Company, LLC, Sand Castle South Condo, LLC, Sand Castle South Homeowners' Association, Inc., and Sand Castle South Timeshare Owners Association, Inc.** 2018-CP-26-02536 | **The Debtor has been dismissed from this action.** | Horry County Circuit Court | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nexsen Pruet, LLC** **1230 Main Street, Suite 700 (29201)** **PO Box 2426** **Columbia, SC 29202** | **Retainer for bankruptcy consultation, preparation and filing.** | **March 18, 2019** | **$75,000.00** |
| **Email or website address** **rmendoza@nexsenpruet.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**          Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

  **Name and contact information** _____

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-4356** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**                    Case number *(if known)* _____

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
|  |  |

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **LaTour Hotels & Resorts, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | **From January 1, 2018 to present.** |
| 26a.2. **Patton Hospitality Management**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | **Prior to January 1, 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Withumsmith+Brown, PC**<br>**200 South Orange Ave, Suite 1200**<br>**Orlando, FL 32801** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **LaTour Hotels & Resorts, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Herbert H. Patrick, Jr.** | **One Vance Gap Road**<br>**Asheville, NC 28805** | **President and Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kyle Smith** | **One Vance Gap Road**<br>**Asheville, NC 28805** | **Secretary, Treasurer and Director** | |

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mike Pawlowski | One Vance Gap Road Asheville, NC 28805 | Vice President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Barney Barber | 3354 Reed Street, Apt. 101 Myrtle Beach, SC 29577 | Former President and Director | Resigned as of August 7, 2018 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Roger Bennett | One Vance Gap Road Asheville, NC 28805 | Former Secretary, Treasurer and Director | Resigned as of August 7, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2019**

/s/ Herbert H. Patrick, Jr.                                    **Herbert H. Patrick, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re   **Sand Castle South Timeshare Owners Association, Inc.**

Case No.

Debtor(s)

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................... $   **To be billed hourly, and paid upon approval by the Court**

Prior to the filing of this statement I have received .......................... $   **75,000.00[1]**

Balance Due .......................................................................... $   **To be billed hourly, and paid upon approval by the Court**

2.   $   **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4.   The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

---

[1]   **Nexsen Pruet, LLC received a $75,000.00 retainer from the Debtor on March 18, 2019.  From this amount, Nexsen Pruet has been paid $37,174.30 in compensation for its pre-petition services and for reimbursement of costs.  In addition, the $1,717.00 Chapter 11 filing fee has been deducted from the retainer.  The remaining funds of $36,108.70 will be held in escrow by Nexsen Pruet, pending approval of its fee application(s) by the Court.**

In re   **Sand Castle South Timeshare Owners Association, Inc.**        Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 22, 2019** | **/s/ Julio E. Mendoza, Jr.** |
| *Date* | **Julio E. Mendoza, Jr. 3365** |
| | *Signature of Attorney* |
| | **Nexsen Pruet, LLC** |
| | **1230 Main Street, Suite 700 (29201)** |
| | **PO Box 2426** |
| | **Columbia, SC 29202** |
| | **803-540-2026  Fax: 803-727-1478** |
| | **rmendoza@nexsenpruet.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of South Carolina

In re    **Sand Castle South Timeshare Owners Association, Inc.**                Case No.

Debtor(s)                Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 22, 2019**                Signature    **/s/ Herbert H. Patrick, Jr.**

**Herbert H. Patrick, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Sand Castle South Timeshare Owners Association, Inc.**                    Case No.

                                              Debtor(s)                    Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    **X**    electronic version filed via CM/ECF

Date:    **May 22, 2019**                    **/s/ Herbert H. Patrick, Jr.**
                                             **Herbert H. Patrick, Jr./President**
                                             Signer/Title

Date:    **May 22, 2019**                    **/s/ Julio E. Mendoza, Jr.**
                                             Signature of Attorney
                                             **Julio E. Mendoza, Jr. 3365**
                                             **Nexsen Pruet, LLC**
                                             **1230 Main Street, Suite 700 (29201)**
                                             **PO Box 2426**
                                             **Columbia, SC 29202**
                                             **803-540-2026   Fax: 803-727-1478**
                                             Typed/Printed Name/Address/Telephone

                                             **3365 SC**
                                             District Court I.D. Number

CELSO AABANO
1658 MILWAUKEE AVE #100-8053
CHICAGO IL 60647

JAMES ADAMS
3730 MEADOWVIEW RD
KERSHAW SC 29067

JOSHUA ADAMS
PO BOX 382
CHAPMANVILLE NC 28133

SAMUEL ADAMS
5513 ACKLEY LN
HOPE MILLS NC 28348

WILLIAM ADDISON
1722 MCFARLIN BRIDGE RD
CARNESVILLE GA 30521

JAE ADLE
PO BOX 52
LYONS NY 14489

DENORISE ALLEN
2543 OLD MILL ROAD
HIGH POINT NC 27265

PAMELA ALLEN
1261 MCPHERSON RD
VASS NC 28327

VERNON ALLISON
7700 BOYER FARM RD
WALNUT COVE NC 27052

RONALD ALTHENN, II
3905 HEARN DRIVE
COLUMBIA SC 29223

MICHAEL AMMONS
2645 MOZELLE SHERRILL LN
DENVER NC 28037

HOWARD ANDERSON
1000 LOUIS GARDNER RD
UPTON KY 42784


JEFFREY ANDERSON
2641 SUDIE DR
BURLINGTON NC 27217


SHAWNTAY ANTHONY
911 BELTON STREET
MONROE NC 28110


KALYAN ANUMULA
1278 TURNBURY LANE
NORTH WALES PA 19454


DIANE ARTIS
31230 SMITHS FERRY ROAD
FRANKLIN VA 23851


SAM ATKINS, JR.
732 INDIAN TRL
MARTINSVILLE VA 24112


ROBBIE ATKINS
228 CHARLES AVE
HIGH POINT NC 27260


LARRY ATKINSON
3840 HEDGEWOOD DR
SUMTER SC 29154


LINDA ATKINSON
1201 MILL ST
CAMDEN SC 29020


ROY AYERS
2007 WESTFIELD RD
MOUNT AIRY NC 27030


ISAAC BACOAT
1904 CARRIAGE HOUSE ROAD
FAYETTEVILLE NC 28312-3401

RICHARD BAILEY, JR.
135 DOGWOOD LN
FAYETTEVILLE WV 25840


NICHOLAS BAILEY
1920 OLD HICKORY GROVE RD
MOUNT HOLLY NC 28120


LUIS BAIRES
3407 SKYBROOK LN
DURHAM NC 27703


ZAKIYA Y. BAKARI-GRIFFIN
192 CLAYTON AVE
FRANKFORD DE 19945


TAMMY BAKER
397 SIMMS ST
MAYSVILLE GA 30558


SHIRLEY BALLARD
17605 HIGHWAY 101 S
GRAY COURT SC 29645


JAMES BALTZELL
32 NEWTON ST.
NORWICH CT 06360


LINDA BANGS
100 FOREST PARK DR
NORTH KINGSTOWN RI 02852


LEONARD BANKS
713 BUFFALO VIEW RD
HILLSVILLE VA 24343


BRYAN BARBER
134 DEERFIELD RD
ROCKINGHAM NC 28379


CONNIE BARRINGTON
3166 MAGNOLIA RD
BENNETTSVILLE SC 29512

ROBERT BEATTY
884 HILLS RD
BELMONT NC 28012


ARLEATHIA BEAVERS
PO BOX 314
GREELEYVILLE SC 29056


ERICA RENEE BECKETT
129 WILLOW BEND DR
APT 3C
OWINGS MILLS MD 21117


PAUL BEESON
110 ENGLISH COURT
TRINITY NC 27370


ANDRE BELISLE
145 CHAPLIN ST
CHAPLIN CT 06235


DANIEL BELL
376 HOLLYWOOD FARM RD
FREDERICKSBURG VA 22405


ALEXIS BENNETT
541 APPLE RIDGE ROAD
GREENSBORO NC 27406


CHRISTOPHER BENNETT
116 COPES CT
ROCK HILL SC 29732


GARY BERRY
114 ZOE CIR
JACKSBORO TN 37757


LEVENTE BERRY
7521 BLACKLICK RIDGE BLVD
BLACKLICK OH 43004


RICHARD BERRY
131 OLD TURNPIKE RD
BECKLEY WV 25801

BARBARA BIELAWSKI
12645 W EDEN CT
NEW BERLIN WI 53151


CYNTHIA BILLINGTON
2044 HALIFAX RD
CHATHAM VA 24531


CHERYL ANN BLACK
178 LANCER DR
RINGGOLD GA 30736


WILLIAM BLACK
210 VERNON ST
CHERRYVILLE NC 28021


WILLIAM BLACKWELL
4107 SE SCHOOL RD
GREENSBORO NC 27406


LATOYA BLAIR
15 KAY LN, APT J
WATERBURY CT 06708


LOUIS BLAKE, JR.
PO BOX 1516
SAINT STEPHEN SC 29479


CASSANDRA BLAND
PO BOX 17612
GREENVILLE SC 29606


JIMMIE BLANKENSHIP, JR.
2525 STROUD RD
JACKSON GA 30233


SUSAN BLEVINS
1204 OSBORNE RD
MOUNT STERLING KY 40353


TRACY BODKIN
119 WIMBLEDON WAY
MURRELLS INLET SC 29576

NORMAN BOGARD
14362 US HIGHWAY 42 E
VERONA KY 41092


JAMES BOGART
5707 DOGWOOD RD
KNOXVILLE TN 37978


JASON BOLIN
3995 MEADOW RUN RD
WAVERLY OH 45690


RALPH BOLT
3713 BLACKBURN AVE
ASHLAND KY 41101


TRACY BOONE
1222 JAMES ST
MACON GA 31204


WALTRAUD BOOTH
234 WINTERS DR
WINTERSVILLE OH 43953


TIMOTHY BORCHARDT
2395 STATE HIGHWAY 12
GREENE NY 13778


CHESTER BOROSKI, SR.
28865 MORGAN LN
RICHFIELD NC 28137


RICHARD BOWLING
117B VALLEY DR
NITRO WV 25303


ANDY BOYETTE
891 SCOTT RD
KENLY NC 27542


LISA BOYKIN
1952 LUCKNOW RD
CAMDEN SC 29020

JERI BRANNEN
9464 US 52
MANCHESTER OH 45144


ANTHONY BREEDEN
4922 BIG CREEK RD
HARTFORD TN 37753


SHAWN BREHM
405 EAST MARKET STREET
BALTIMORE OH 43105


WILLIAM BRISSON
10405 ROCKINHAM RD
LAUREL HILL NC 28351


ROBERT BRONSON
1364 DOC BROWN RD
RAEFORD NC 28376


H. BROOKS
205 W ALTON ST
DURHAM NC 27707


KAREN BROOKS
1790 AVENUE S NW
WINTER HAVEN FL 33881


EDWARD BROWN
508 KATONAH AVE
CHARLOTTE NC 28208


KENWICK BROWN
1804 WINTHROP DR
FLORENCE SC 29501


TIMOTHY BROWN
1433 HILLSBORO RD
ORANGEBURG SC 29115


HUGH BRUNNER
501 N HIGH ST
DUNCANNON PA 17020

RODNEY BRUNSON
140 TRAILWOOD DRIVE
SUMTER SC 29154


DANNY BRYANT
103 WILHOWIE DR, #A
LEXINGTON SC 29073


RONNIE BRYANT
2331 GRANTHAM SCHOOL RD
MOUNT OLIVE NC 28365


ROSENDO BRYDEN
4576 VERNON FARMS BLVD
KERNERSVILLE NC 27284


NICOLE BUBB
247 HARPER DR
SNOW HILL NC 28580


BRIAN M. BUCH
4711 POPLAR LANE
DORAL FL 33178


EDWARD J. BUCIA
701 BENT HICKORY ROAD
CHARLESTON SC 29414


BURCHFIELD VACATION RENTALS, LLC
C/O JAMES FRANKLIN BURCHFIELD
PO BOX 18322
KNOXVILLE TN 37928


JEFFREY BURDICK
4046 OLD TRAIL RD
MARTINEZ GA 30907


GEORGE P. BURFEIND
172 BUNKER RD
ROTONDA WEST FL 33947


NANNIE BURTON
1020 GRAND CONCOURSE
BRONX NY 10451

JAMES BYKER
134 W CENTRAL AVE
ZEELAND MI 49464


AUDREY B. CAHILL
4 GEORGE ST
SHARON, ON LOG 1VO


WILLIAM CALLAHAN
131 KENNETH COOPER ROAD
WHITTIER NC 28789


YOLANDA LEON CAMACHO
7200 AMSTER RD
N. CHESTERFIELD VA 23225


JIMMY CAMP
19 OAK GROVE RD
LANDRUM SC 29356


ALBERT L. CAMPBELL
5128 DORCHESTER RD
NORTH CHARLESTON SC 29403


ROBERT CAMPBELL, JR.
164 WINDSOR WAY
MOUNT ROYAL NJ 08061


KATIE CAMPBELL
32 RAILROAD AVE
PO BOX 586
CRAIGSVILLE VA 24430


PATRICIA CANTON
7749 RED MAPLE PL
WESTERVILLE OH 43082


PATRICIA CAREY
6070 HIGHWAY 145
CARNESVILLE GA 30521


BENJAMIN CARROLL
1160 N 17TH E
MOUNTAIN HOME ID 83647

ROBERT CARROLL
1203 CHEROKEE TRAIL
COVINGTON VA 24426


THOMAS G. CARSLAY
13507 EAST 43RD DR.
YUMA AZ 85367


JERRY CARTER
1050 RIVER RD
STONEVILLE NC 27048


RONALD CARTER
1531 BLAIN HWY
WAVERLY OH 45690


AMY CASE
804 DRIFTWOOD LANE
NORTH SC 29112


GARY CASTERLINE, JR.
259 N VINE AVE
RIALTO CA 92376


RALPH CASTRO
7001 CANNON DR
CANAL WINCHESTER OH 43110


BRAD CAUDILL
1500 CEDAR LN
WILKESBORO NC 28697


CLYDE CAUDLE
301 WOODBERRY DR
WINGATE NC 28174


KIWANNA CHAPMAN
1200 E HOLLY ST
ROCKY MOUNT SC 29461


THOMAS CHAPMAN
116 CREST AVE
EAST HAVEN CT 06513

RAOUL CHASSE
130 LOPES CIR
FRANKLIN NC 28734


EDWARD CHAVIS
PO BOX 462
PEMBROKE NC 28372


CHEROKEE MOTELS, INC.
PO BOX 1362
MYRTLE BEACH SC 29578


VERNELL CHERRY
2402 HUNTWOOD CT.
FREDERICK MD 21702


WIESLAW CIERPKA
42 NANTUCKET DR
RICHMOND HILL, ON, L4E 3V8, CANADA


JOHN CINDEA
6314 EWE DR
CLINTON OH 44216


BARBARA CLARK
290 CLUBFOOT CREEK RD
HAVELOCK NC 28532


DONNA CLARK
7204 CLOVERFIELD CT
WILMINGTON NC 28411


JOYCE CLARK
3830 PINELEAF CIR
MIDLAND NC 28107


LEONARD CLARK
1008 DOUBLE BRIDGES DRIVE
FANCY GAP VA 24328


WINSTON CLARKE
PSC 557 BOX 386
FPO AP 96379-0004

WILLIAM CLAY
4201 BROAD RUN CHURCH RD
NEW BALTIMORE VA 20187


NELSON CLAYTON
167 FLOSSIE LN
LEXINGTON NC 27295


JAMES CLONTZ
3003 CAMDEN ROAD
MARSHVILLE NC 28103


CLUB RESORTS
1093 STATE HIGHWAY 176
WALNUT SHADE MO 65771


MICHAEL COATS
100 NAVIGATOR LN
LAURENS SC 29360


ADELBERT COBBIN
244 LINCOLN ST
RAVENNA OH 44266


ROBERT COFFEY
9602 NORWICK LN
FREDERICKSBURG VA 22408


DARA COHEN
3621 KELLY WAY
LOUISVILLE KY 40220


TIMOTHY COLBY
7613 WHIRLAWAY DR
MIDLOTHIAN VA 23112


SHAWN COLE
2 HARVARD DRIVE
GREENVILLE SC 29605


DAVID COLLINS, JR.
129 QUINCY DR
LANDRUM SC 29356

CHARLES COMPTON, JR.
6501 WILTON RD
CHESTERFIELD VA 23832


JOSHUA CONERLY
1600 MANCHESTER DR SW
CONYERS GA 30094


KENNETH CONLEY
612 CHINA GROVE HWY
ROCKWELL NC 28138


JOANN COOK
PO BOX 422
KERSHAW SC 29067


SAMANTHA COOLEY
1055 OLD PLANTATION RD
WALNUT COVE NC 27052


ESTATE OF SANDRA COOMBES
C/O CARL RYAN
282 ROACH AVE
WELLAND, ONTARIO L3C2W4


ALVIN COOPER
426 GLACIER PLACE
WINTERVILLE NC 28590


FRANCES COOPER
3407 BLANCH RD
BLANCH NC 27212


SANDRA COOPER
552 HOME AVE NW
CONCORD NC 28025


JAMES CORBIN
1480 WO EZELL BLVD., APT L95
SPARTANBURG SC 29301


JOHN CORTINA
2 BAJALA DR E
BEAUFORT SC 29907

DAVID  COX
12166 RAIN HOLLOW CT
MARYLAND HEIGHTS MO 63043


STEPHEN COYLE
12003 PRAIRIE MEADOW DR
ORLANDO FL 32837


ROBERT CRAIG, JR.
7012 IDLEWOOD RD
CHARLOTTE NC 28212


ROBERT CRAIG
7303 ROURKE CV
MEMPHIS TN 38125


SCOTT CRANE
1620 WAGON WHEEL DR
BLACKFOOT ID 83221


JOHNNY CRAWFORD
9203 WILKINSON BLVD.
CHARLOTTE NC 28214


RONNIE CRIMES, SR.
PO BOX 208
PRESTON GA 31824


JUDITH CRIPE
3104 N BROADWAY ST APT A3
KNOXVILLE TN 37917


CRM OF THE CAROLINAS, LLC
3660 OLD KINGS HWY
MURRELLS INLET SC 29576


CHRISTOPHER CROUSSER
15913 STATE ROUTE 550
FLEMING OH 45729


TOMESHA CROWDER
2704 WALKUP AVE
MONROE NC 28110

ROBERT CRUM
5785 TYRO ST NE
CANTON OH 44721


JENNIFER DAGENHART
7821 PEBBLERIDGE DR
CHARLOTTE NC 28212


GROVER DAMRON
1932 PINEVIEW RD
RANDLEMAN NC 27317


JAMES DANFORD, JR.
3931 SPRING GARDEN LN
ESTERO FL 33928


KAREN DANIEL
308 FULLER DR #21
EASLEY SC 29640


CHRISTOPHER DANIELS
10 GLEN OAK RD
FREDERICKSBURG VA 22405


FLOYD DANIELS
1401 S. SLOCUMB STREET
GOLDSBORO NC 27530


DJANI DARMANOVIC
9406 DEER SPRING LANE
CHARLOTTE NC 28210


PATRICK DAUGHERTY
431 FAIRWAY DR
ABINGDON VA 24266


JOHN DAVENPORT
228 AURORA BLVD
MATTHEWS NC 28105


ALMOND DAVIS
292 TREVOR DRIVE
WALTERBORO SC 29488

GEORGE DAVIS
311 WYTHE RD
EGG HARBOR TOWNSHIP NJ 08234


GRAHAM DAVIS, JR.
1129 HAZELWOOD RD
COLUMBIA SC 29209


RUDOLPH DAVIS
3207 SOUTHGREEN RD
WINDSOR MILL MD 21244


NORMAN DEAL
3040 SALEM ROAD
PARROTTSVILLE TN 37843-2207


DORCAS DELGADO
7348 VAN GRAYSON LOOP
FAYETTEVILLE NC 28314


BELINDA DELINE
113 PARSONS MILL LANE
COLUMBIA SC 29229


MATTHEW DELL'ORSO
1907 BELLEVILLE DRIVE, NE
LEESBURG VA 20176


REX DELPH
6514 TAZEWELL PIKE
KNOXVILLE TN 37918


ROBERT DEMAREST, JR.
8028 LONG DRIVE DR.
PORT SAINT LUCIE FL 34952


ETTA DERIZZIO
335 S 10TH AVENUE
MOUNT VERNON NY 10550


NORRIS DETTER
4761 SAND CLAY RD
HICKORY NC 28602

JANA DEW
127 WOODLAND DR
CHESTER SC 29706


WILLIE DEXTER
2823 RIDGEVIEW DR
AUGUSTA GA 30909


VICTOR DIAZ, III
7534 DR. HECTOR P GARCIA DR
CORPUS CHRISTI TX 78414


BARBIE DILLARD
153 ARROW POINT RD
JACKSON GA 30233


MELVIN DIXON
165 BOYD ST
WINTERVILLE NC 28590


RONALD DOBBINS
PO BOX 1071
POCONO PINES PA 18350


SOKPHEAK DOEUNG
4608 BOLEN HUSE ROAD
MEMPHIS TN 38128


DENNIS DONNELLY
633 GARFIELD ST
HEIDELBERG PA 15106


JOCELYN DOYON
901 DES MERISES
LEVIS, QC


GLORIA DRAUGHON
1105 ATHENS DR
RALEIGH NC 27606


DONNA DRENNEN
104 POPLIN PLACE
CLOVER SC 29710

GEORGE DRY, IV
20829 RIDGECREST RD
LOCUST NC 28097


KRISTIN DUNCAN
C/O US CONSUMER ATTORNEYS-HENRY PORTNER
1300 N JOHNSON AVE, STE 107
EL CAJON CA 92020


RUSSELL DUNCAN
294 GREENLEE RD
MARION NC 28752


STEVEN DURHAM
1123 BLUE STEM DR
UNIT 30A
PAWLEYS ISLAND SC 29585


HARRIET DURRWACHTER
16839 PETMAR CIR
HAGERSTOWN MD 21742


TERRY DURST
4190 E PALM CYN DRIVE
PALM SPRINGS CA 92264


E. DUSIN
3 COREY PL
MANHATTAN KS 66502


LAURA DYAL
1060 SALUDA RIVER RD
SILVERSTREET SC 29145


ANN DYJAK
77 STEVEN PL
SMITHTOWN NY 11787


GREGORY DYKES
6310 HIGH DR
KNOXVILLE TN 37921


HERMAN EAGLE
213W W 21ST STREET
KANNAPOLIS NC 28081

JOHN EARNSHAW
255 TAIPEI ISLAND LN
LEESBURG FL 34788


KIMBERLY EATON
C/O MITCHELL REED SUSSMAN
1053 S. PALM CANYON DR
PALM SPRINGS CA 92264


CRYSTAL EDDY
PO BOX 8264
SPRINGFIELD MO 65801


OJOMA EDEH HERR
6 LEAMAN RD
LANCASTER PA 17603


MICHAEL EDMUNDS
1915 PARLOW DRIVE
RICHMOND VA 23222


CHRISTOPHER EDWARDS
PO BOX 207
CMR 411, BOX 5891
APO AE 09112


RICHARD EDWARDS
138 BRANSETTER RD
CAVE CITY KY 42127


SHEILA EDWARDS
1695 SILVER MEADOW CIR
COLORADO SPRINGS CO 80951


SUZANNE ELLERS
56 CRAWFORD MANOR DR
TOCCOA GA 30577


ROY ELLISON
80 VERMONT AVE
NEWARK NJ 07106


KENNETH ELMORE
2615 TRUFIELD DR
SUMTER SC 29153

DANIEL ELYARD
11788 MELROSE AVE
GREENCASTLE PA 17225


RYAN ENGLAND
801 AVENUE F
EL CAMPO TX 77437


CHARLES EVANS
20 GERRU CT
TAYLORS SC 29687


NIKKIE EVANS
1640 DINWIDDIE CT
PETERSBURG VA 23803


RICH EVANS
PO BOX 95
GRAYSON KY 41143


ERICA EVERETTE
124 POLLY CIR
ANGIER NC 27501


MICHAEL EVOLA
3101 BLACKBURN DR
WAXHAW NC 28173


CLAIR FAIRBROTHER
10650 DAVIS HOLLOW RD
COHOCTON NY 14826


ANGEL FAIRLEY
622 SARATOGA DRIVE
ALPHARETTA GA 30096


SANDERS FAIRLEY
333 W ROCKINGHAM RD
MAXTON NC 28364


FRANK FAITH
6072 E 1550 N
ELNORA IN 47529

JAMES FARRIS
5794 HIGHWAY 9
NICHOLS SC 29581


NEHEMIAH FEDD
1919 W HIGHLAND AVE
ALBANY GA 31707


YUSHANDA FELDER
917 PRESIDENTIAL DRIVE
ORANGEBURG SC 29115


DELPHINE FERGUSON
111 N 3RD AVENUE
APT 4P
MOUNT VERNON NY 10550


DANIEL FETT
714 LOVECHIO DR
MISHAWAKA IN 46544


JASON FIELDS
11336 MCCAULIFF CT
RICHMOND VA 23236


LISA FIELDS
PO BOX 24
NORTON VA 24273


BILLY FIFE, JR.
109 HOLLINGSWORTH DR
GROVETOWN GA 30813


PAUL FINCH
181 PAOLI RD
CARLTON GA 30627


RANDY FINDLEY
5841 REDHAWK DR
NEW PORT RICHEY FL 34655


ERICA FISHER
308 WRAYHILL DR
CHARLOTTE NC 28262

CALVIN FLEMING
PO BOX 1039
MATTHEWS NC 28104


RAYMOND FLETCHER
407 FLETCHER RD
BOILING SPRINGS SC 29316


JOE FLOWERS
5420 DANBY AVE
OXON HILL MD 20745


DAVID FOLTZ
PO BOX 513
STANLEY VA 22851


JOSHUA FORD
234 WESLO DR
KERNERSVILLE NC 27284


MONTE FORTE
PO BOX 574
ROSEBORO NC 28382


JE'RENIA FOSTER
2015 GREAT BEND DR
DURHAM NC 27704


FELICIA FOULKS
142 PACIFIC BLVD
MONESSEN PA 15062


AARON FOWLER
4421 US HIGHWAY 64 W
MOCKSVILLE NC 27028


NELSON FOWLER
1800 ROUNDHILL RD
APT 1601
CHARLESTON WV 25314


MELVIN FOX
5213 PATRICK LN
WILSON NC 27893

PATRICK FRONCEK
P.O. BOX 178
NORTH APOLLO PA 15673

CHRISTEN FRYE
8170 TWO MILE RD
LYNCHBURG SC 29080

JESSICA FULLER
326 DALTON GANG ALY
TOWNVILLE SC 29689

TED FURR, JR.
2426 OLD CAMDEN MONROE HWY
LANCASTER SC 29720

EVELYN GADDY
3249 MAPLE GROVE CHURCH RD
RESACA GA 30735

AMY GAGE
309 VALLEY ROAD
EAST BEND NC 27018

STANLEY GALES
5201 PEPPERCORN ST
DURHAM NC 27704

SUSAN GANSON
4330 WITHEROW RD
WINSTON SALEM NC 27106

DONNA GANZA
1944 FARGO
DES PLAINES IL 60018

ALLEN GARNER
1626 WHITE RD
WILMINGTON NC 28405

CHRISTY GARRETT
7757 MORGAN CREEK RD SE
LELAND NC 28451

JAMES GAULDING
59 CLUB HOUSE RD
ENIGMA GA 31749


TED GEAN
11903 BROADMOOR LN
UPPER MARLBORO MD 20772


JERRY GEE, III
802 HIGHWAY 212
COVINGTON GA 30016


SHERRY WILLIAMS GEE
163 HIGHGROVE COURT
RAEFORD NC 28376


CHARLES GEORGE
5727 JUBILANT DR
REX GA 30273


TINA GERBINO
821 ERIE ST
RONKONKOMA NY 11779


BONNIE GOARD
154 VIA MOUNTAIN LN
PATRICK SPRINGS VA 24133


CARLISLE GOFORTH, JR.
231 SMITHFIELD CIR
ELGIN SC 29045


RICHARD GOODWIN
236 PAYNETOWN RD
MOUNT AIRY NC 27030


CHRISTOPHER GORDON
10317 MAHONIA ST, UNIT 102
CHARLOTTE NC 28277


BENNY GRAHAM
352 WOODLAND MEADOWS DR
MILLS RIVER NC 28759

JOSY GRAHAM
C/O US CONSUMER ATTORNEYS-HENRY PORTNER
1300 N. JOHNSON AVE, STE 107
EL CAJON CA 92020


JOHN GRAVES
2345 E 900 N
DECATUR IN 46733


JACQUELINE GREEN
PO BOX 1061
HOLLY SPRINGS NC 27519


DERRICK GREENE
3849 WOLVERTON CIRCLE
LITHONIA GA 30038


JOSEPH GREGORY


MONIQUE GREGORY
PO BOX 1403
SAINT STEPHEN SC 29479


STANLEY GRIFFIN
1192 SLATE RD
KING NC 27021


SUSAN GRIFFIN
4497 HIGHWAY 382 W
ELLIJAY GA 30540


WILLIAM GRIFFITH
2221 MENDOTA RD
HILTONS VA 24258


JOHN GROCE, JR.
43 EDEN GLEN RD
BLACK MOUNTAIN NC 28711


TERRY GROVE
C/O MITCHELL REE SUSSMAN & ASSOCIATES
1053 S. PALM CANYON DRIVE
PALM SPRINGS CA 92264

JOHN GUADALUPE
16411 N 170TH LN
SURPRISE AZ 85388


LEONARD GUNN, JR.
929 S WOODSTONE LN
NASHVILLE TN 37211


NICK GURICK
7207 FLOWER TUFT CT
SPRINGFIELD VA 22153


MELISSA LATORIA HAIRSTON
226 PARKLAND DR
DANVILLE VA 24540


TIMOTHY HAIRSTON
145 VERNON LN
AXTON VA 24054


GARY HALL
RR 1 BOX 150-5
BLUEFIELD WV 24701


WANDA HALL
PO BOX 824
339 COUNTRY HAVEN DR
RIDGEWAY VA 24148


KEVIN HAMMOND
18703 MCLIN RD
LIVINGSTON LA 70754


MARION HAMMOND
C/O NEALLY LAW
122 PARK CENTRAL SQUARE
SPRINGFIELD MO 65806


DAVID HANNER
760 SALEM RD
SCRANTON SC 29591


EARL HANVEY, JR.
2200 STUART AVENUE
SUFFOLK VA 23434

JEROME HARDY
1601 4TH ST NE APT. 31
HICKORY NC 28601


LISA HARGRAVES
7681 N. MAIN ST
PO BOX 156
KANONA NY 14856


JOHN HARKNESS
12216 SAINT ANDREW'S WAY
FENTON MI 48430


GRADY HARMON
5007 SHAUN CIR
HUNTSVILLE AL 35811


DANIEL HARRIS
100 CARNATION DR
ANDREWS SC 29510


ERNEST HARRIS
110 CONCORD DR APT 10
GREENVILLE NC 27834


LATEASHA HARRIS
PO BOX 3572
SUMTER SC 29151


STEPHEN HARVILLA
1611 ANTLER AVE
OWENSBORO KY 42303


CHARLES HATCHER, SR.
72 HILENDALE STREET
ROCHESTER NY 14619


LARRY HATLEY
22461 OAKWOOD RD
ALBEMARLE NC 28001


FRANK HAWKINS
248 WALCOTT DRIVE
LYMAN SC 29365

ELIZABETH HAWKS
166 JILL FARM RD
MOUNT AIRY NC 27030


TARA HAWTHORNE
3204 LAWNDLE DR APT K
GREENSBORO NC 27408


CHRISTINE HAYNES
118 HARVEST HILL TRAIL
LEXINGTON SC 29072


LANCE HEASLEY
516 N MAIN ST
NEW MARTINSVILLE WV 26155


DORIS HEATH
1911 CANAL DR NW
WILSON NC 27896


NEIL HEDDON
38105 SPRINGWOOD AVE
PRAIRIEVILLE LA 70769


TERRY HELMS
28025 HARWOOD RD
NEW LONDON NC 28127


PAMELA HELTON
4526 MINERAL SPGS MOUNTAIN RD
CONNELLYS SPRINGS NC 28612


GREGORY HENDERSON
3505 COLEMAN DR, APT. 10
KINSTON NC 28504


JARED HENDRICK
159 MERIDIAN LN
HILLSVILLE VA 24343


CHARLES HENKEY
224 APOLLO DR
SENECA SC 29672

BERTRAM HENRY
14212 PEAR TREE LANE
APT 41
SILVER SPRING MD 20906


RICHARD HENRY
6217 SAYBROOKE DR
RALEIGH NC 27616


SHANE HEWITT
61 PECAN AVE
CHERAW SC 29520


THOMAS HICKLE
1006 WOODRIDGE LN
YADKINVILLE NC 27055


CHARLES HIGH
1201 AMBER PINES DR
LELAND NC 28451


FALLON HILL
10 BRITTLE CREEK LN
SIMPSONVILLE SC 29544


JAMES HILL
7314 THORNGROVE PIKE
KNOXVILLE TN 37914


MICHELLE HILLMAN
1171 CATTAIL POINT
JOHNSON CITY TN 37601


DEVONUE HINSON
3685 LONGTOWN RD
RIDGEWAY SC 29130


KENNETH HOBSON
2700 LINDA LN
EAST BEND NC 27018


ANTHONY HODGES
2000 WYNNTON RD, APT F47
COLUMBUS GA 31906

CHRISTINE M. HODGES
512 E LAKE CT
WOODSTOCK GA 30188


JOYCE HOFFMAN
8405 DUNMORE DR, APT. A
HUNTERSVILLE NC 28025


CYNTHIA HOLDER
27 FRANCIS ST
WESTFIELD MA 01085


SEGEE HOLLEY
111 COCKFIELD ST
PAMPLICO SC 29583


AZEEM HOLMAN
624 2ND ST. PL. SW
CONOVER NC 28613


JACQUELYNE HOLMAN
1000 BELMONT PARK DR
UNION KY 41091


MELISSA HOOTS
2180 WATERVIEW DR
UNIT 133
NORTH MYRTLE BEACH SC 29582-9450


ELDON HOPKINS, III
57 BURR AVE
ACUSHNET MA 02743


REGINALD HOPKINS
6651 TERRACE PARK CT
RALEIGH NC 27616


TARRIN HORNE
1665 W WALL ST
WADESBORO NC 28170


HORRY COUNTY TREASURER'S OFFICE
PO BOX 1237
CONWAY SC 29528

JOHN HOWELL
64 HIGH ST
PORTSMOUTH OH 45662


JUANITA HOWELL
200 DOG POND ROAD
SEVEN SPRINGS NC 28578


MICHAEL HUDSON
796 TULLS CREEK RD
MOYOCK NC 27958


SANDY HUGGINS
16084 LAPPIN ST
DETROIT MI 48205


GARY HUGHES
437 FAIRFAX DR
GASTONIA NC 28056


MICHELLE HUGHEY
535 OLD IRONWORKS RD
SPARTANBURG SC 29302


DARRELL HUNT
309 CATAWBA AVE
HICKORY NC 28601


JAMES HUNTER
1260 WOODVALE DR
GALLATIN TN 37066


RONALD HUNTER
6 JORDAN CREST CT
SIMPSONVILLE SC 29681


DOROTHY HURST
3853 PARWOOD RD
BLYTHE GA 30805


PEARLINE HUTTO
PO BOX 172
PAGELAND SC 29728

JANIS IKAUNIEKS
415 N LEXINGTON PKWY
DE FOREST WI 53532


CHARLES ISAAC
333 WEXFORD DR
HINESVILLE GA 31313


SANDRA ISENHOUR
98 MOSEBROOK DRIVE
GLADYS VA 24554


JAMES JACKS
354 CHIME BELL CHURCH RD
AIKEN SC 29803


ALLEN JACKSON
185 JONES POND RD
POLKTON NC 28135


CHARLES JACKSON
8000 ROBINCREST CT, # C
FUQUAY VARINA NC 27526


JERRY JACKSON, JR.
205 TUSCON DR
SUMTER SC 29150


MARY JACKSON
C/O SHELBY LAW P.C.
116 N WEST STREET
LEBANON IN 46052


HUBERT JACOBS
135 MONICA RD
ORANGEBURG SC 29118


KISMITH JAMES
2843 COBBLESTONE ST
FLORENCE SC 29506


KIMBERLY JARRELL
678 CITRUS PETAL RD
FUQUAY VARINA NC 27526

OMAR JENKINS
337 LYNN SHORES DR
VIRGINIA BEACH VA 23452


JOHNSON'S FURNITURE CO.
3015 BASHOR ROAD
CONWAY SC 29526


ALICE JOHNSON
96 JERUSALEM DR
KINGSTREE SC 29556


BETH JOHNSON
406 CRYSTAL SPRINGS RD
GRANITEVILLE SC 29829


CHERYL JOHNSON
7501 RIDING TRAIL RD
CHARLOTTE NC 28212


ELVIS JOHNSON
110 LYNDHURST ST
SPARTANBURG SC 29307


JOHN JOHNSON
721 MILBY DR
CHESAPEAKE VA 23325


WANDA JOHNSON
5470 CAMP CREEK RD
LANCASTER SC 29720


WILLIAM JOHNSON
205 CLONIGER DR
THOMASVILLE NC 27360


AARON JOLLY
1001 COUNTY HOME RD
TAYLORSVILLE NC 28681


GARY JONES
PO BOX 15483
SURFSIDE SC 29587

MELONDY JONES
1013 MEADOW OAKS DR
HARTSVILLE SC 29550


MICHAEL JONES
140 PARKVIEW TER
ATHENS WV 24712


MICHAEL JONES
4823 CEDAR AVE
PHILADELPHIA PA 19143


RODRIDGUS JONES
2665 GLENROSE HILL
ATLANTA GA 30341


SANFORD JONES
155 COUNTY LINE CT
FAYETTEVILLE GA 30215


TROY JONES
5500 WESTCOTT CIR
FREDERICK MD 21703


EMILY JORDAN
2903 FOREST HILL DR
COLUMBUS GA 31907


KIMBERLY JORDAN
1024 BENNETT ROAD
ELLERBE NC 28338


ROBERT JOYNER, JR.
1095 REYNOLDS MANOR DR
WINSTON SALEM NC 27107


KABA LLCO INC.
PO BOX 896502
CHARLOTTE NC 28289


CHRISTINE KAYS
1342 OLD PRINCETON RD
NEW CASTLE PA 16101

VENTURA KEELS
4120 WINDMILL CIR
RANDALLSTOWN MD 21133


LUCIA KEIGER
147 MCKENDREE RD
MOORESVILLE NC 28117


BENJIE KEITH
2340 SEATTLE BRIDGES RD
STONEVILLE NC 27048


DAVID KEITH
1775 WESTCHESTER DR
APT # 116
HIGH POINT NC 27262


DONALD KELLEY
PO BOX 58183
CHARLESTON WV 25358


INEZ KELLY
13728 MARVEN DRIVE
NORTH HUNTINGTOR PA 15642


MARVIN KEMMERER
1774 PERTL RD
ODESSA NY 14869


JOSHUA KENYON
PO BOX 2504
ACWORTH GA 30083


PHIL KESTERSON, SR.
6481 LEEPERS FERRY RD
WHITE PINE TN 37890


BRENDA KEY
1046 OUTAWAYS RD
AIKEN SC 29803


DONALD KEY
5559 LEESVILLE ST
TRINITY NC 27370

ELOISE KIAKU
2005 BOWMAN LN
RALEIGH NC 27610


JESSE KIGER, II
110 WORK ST
PADEN CITY WV 26159


KENNETH KIMBER
5518 PEBBLE GARDEN CT
GREENSBORO NC 27407


SHONDA KING
2057 SHELL ROAD
RICEBORO GA 31323


DAVID KINNEY
1340 JACKSONVILLE SMITHVILLE RD
BORDENTOWN NJ 08505


GEORGE KIRBY
1203 CANNON BRIDGE RD
CORDOVA SC 29039


NICHOLAS KLEIFGEN
930 21ST AVE SOUTH
WISCONSIN RAPIDS WI 54495


RONALD KNIPP
38 AMICUS ST
TANEYTOWN MD 21787


L. KOCHER
459 ROSS ROAD
COLUMBUS OH 43213


JOHN KOHN
PO BOX 178
GORHAM NY 14461


GREGORY KRANEFUSS
4917 MIRANDA DR
HOPE MILLS NC 28348

LARRY KRAUSE
1076 SPIERS LANDING RD
CROSS SC 29436


KEVIN KUBE
70 TOBACCO FARM WAY
CHAPEL HILL NC 27516


LISA KUROWSKI
8071 ROUTE 16
FRANKLINVILLE NY 14737


JAMES LAJSIC
8756 W MALLARD CT
FRANKLIN WI 53132


AARON LAMBERT
2521 S 68TH ST
PHILADELPHIA PA 19142


DANIEL LAMBO, JR.
8715 KY 1304
GIRDLER KY 40943


PATRICK LANDRY
1308 CLAN CAMPBELL DR
RAEFORD NC 28376


GREGORY LANE
379 NATHAN DR
LUMBERTON NC 28358


MORGAN LANE
284 COLLEGE AVENUE
OSHAWA ON


LATOUR HOTELS & RESORTS, INC.
ONE VANCE GAP ROAD
ASHEVILLE NC 28805


LATOUR HOTELS AND RESORTS, INC.
ONE VANCE GAP ROAD
ASHEVILLE NC 28805

FELICIA LAWRENCE
292 PARTRIDGE RD
ORANGEBURG SC 29118


CHEYENNE LAWSON
PO BOX 173
SARDINIA OH 45171


GENO LAWSON
10017 S FOREST
CHICAGO IL 60628


JOHN LAWSON, SR.
6230 S MAIN ST
SALISBURY NC 28147


JOHN LE
2309 OAKHURST TRL
HILLSBOROUGH NC 27278


JESSE LEAKE, JR.
511 LATTA RD
DURHAM NC 27712


LARRY LEE, JR.
2027 INDIGO DRIVE
RICHMOND KY 40475


MICHAEL LEININGER
201 WESTMINISTER WAY
ELYRIA OH 44035


ROBERT W. LENA
1340 NORTH WEST 20TH AVE
APT #202
BOCA RATON FL 33445


JESSIE LEONARD
149 TITAN RD
STOCKBRIDGE GA 30281


LETITIA LEONARD
143 MORTON RD
SIMPSONVILLE SC 29681

CALVIN LESTER
530 BEACON ST
CAMDEN NJ 08105


DARREN LEWIS
1917 MILLS B LANE BLVD
SAVANNAH GA 31405


RICHARD LEWIS
5100 N BURNING BUSH RD
COLUMBIA MO 65202


BRAD LINGERFELT
2915 HIGH PEAK RD
VALDESE NC 28690


DENNIS LINK
44 GASPER RD
GROVE CITY PA 16127


SHYELLA LISBON
103 LONGPINE PL, APT 2A
WINDSOR MILL MD 21244


JOHN LOCKHART
513 HILLWOOD CIR
AUGUSTA GA 30909


BILLY LOCKHART, JR.
4618 COLONIAL CIR
TRINITY NC 27292


PATRICK LOCKHART
4103 LAUREL CREEK DR
GREENSBORO NC 27405


BILLIE LOCKLEAR
7323 WALTERS RD
LAUREL HILL NC 28351


JAMES LONG
11 MAINEE CT
OWINGS MILLS MD 21117

STEVEN LOWDER
2272 E SPRINGFIELD PLACE
CHANDLER AZ 85286


TODD LOWE
129 S MAPLE ST
MOORESVILLE NC 28115


KEITH LOWERY
PO BOX 954
ELLENBORO NC 28040


LR RENTALS REAL ESTATE, LLC
ATTN: WOODY LABAR
820 2ND ST#16
CHENEY WA 99004


ROGELIO LUNCH
1867 BEE GEE RD
LUMBERTON NC 28358


JAMES LUNDY
2843 TRACY TERRACE
PORT COLBORNE, ONTARIO, L3K 5V3, CANADA


TODD LUTKENHAUS
1630 VANDERBILT CT
GRAHAM NC 27253


MICHAEL LYNCH
2 E CROTON DR
LAKE CARMEL NY 10512


ROSEMARY LYNCH
510 JUNCTION PLACE
THE VILLAGES FL 32163-4043


JAMES LYND
11 SEILER RD
PORTSMOUTH OH 45662


MICHAEL LYONS
206 CLOVERDALE DR
DURHAM NC 27703

RICKY LYONS
222 SUMMIT PARK CT
KANNAPOLIS NC 28083


LESLEY LYTTLE
115 SOUTH EVERETT ST
BENNETTSVILLE SC 29512


JOHN MACAULEY
208 MEADOWROOK DRIVE
SENECA SC 29678


MICHAEL MADISON
2367 BLACKTHORN DR
FRANKLIN IN 46131-6811


KIMBERLY MAGRUDER
5601 DOVER ST
CHURCHTON MD 20733


ALICE MAHON
110 CRAWFORD RD
GRAY COURT SC 29645


JULIE MALONEY
6880 GARBER ROAD
KNOXVILLE TN 37917-3250


STEVEN MANGUS
307 S SANDY BROOK WAY
SIMPSONVILLE SC 29680


BRYAN MANION
593 MCDERMOTT POND CREEK ROAD
MC DERMOTT OH 45652


DEREK MANNS
PO BOX 511
STOKESDALE NC 27357


MEOSHI MANNS
1042 CHARLOTTE LN
WALNUT COVE NC 27052

SUE MARKS
109 BYRD DR
MARTINSBURG WV 25401


TIFFANY MARROW
2146 CHARLES ST, APT 53
DURHAM NC 27707


KIMBERLY MARSHALL
615 E. PACIFIC STREET
SPRINGFIELD MO 65803


SHAUNITA MARSHALL
11351 BERINGER CT
WALDORF MD 20601


DONNA MARTIN
PO BOX 1644
HAMLET NC 28345


GEOVONDA MARTIN
200 OLD BOILING SPRINGS RD, APT D62
GREER SC 29650


JAMES MARTIN
6679 SHELTER BAY ROAD, UNIT 23
MISSISSAUGA, ON, L5N 2A2, CANADA


ROSALIE MARTIN
895 LAUREL RIDGE RD
REINHOLDS PA 17569


RODNEY A. MASON
99 HUDSON ST, 5TH FLOOR
NEW YORK NY 10013


MICHAEL MASOTTO
73 WHITE AVE
SHARON PA 16146


WILLIE MATHIS
2725 SPIRIT CREEK RD
HEPHZIBAH GA 30815

CONNIE MAULDIN
101 SUNSET DR
MOUNT HOLLY NC 28120


LYNN MCADAMS
1146 ANNELLE DR
FLORENCE SC 29505


BRIAN MCCANN
3 LAKE DR
FREEBURG IL 62243


JOHN MCCAULEY
208 MEADOWBROOK DR
SENECA SC 29678


DAVID MCCORMICK, SR.
1828 CASTLEBERRY RD
CLAYTON NC 27527


CHRISTINE MCCRACKEN
148B IDLEWILD DR
RANDLEMAN NC 27317


DONNA MCCRAW
320 ENDLESS DR
GREER SC 29651


KEVIN MCCRAY
307 BALD EAGLE CT
MONCKS CORNER SC 29461


W. LOUIS MCDONALD


GLENNIS MCELVEEN
820 KING AVE. FLORENCE
FLORENCE SC 29501


MARY MCINTOSH
8328 ORLEANS BLVD
UNION KY 41091

JOSEPH MCJUNKINS
19 ZINGLISTRASSE ST
MONTVILLE CT 06353


JAMES MCKENNA
3 CHASE LN
SAYVILLE NY 11782


TERRY MCKINNEY
1736 DENVER RD
WAVERLY OH 45690


ISAAC MCLAUGHLIN
2532 JEFF ST
CHARLOTTE NC 28205


KIM MCLAUGHLIN
1146 RAINBOW LN
MONTVALE VA 24122


LEE MCLEAN
9807 POSSUM HOLLOW RD
SHIPPENSBURG PA 17257


GRANTHAM MCNEILL
240 COVINGTON RD
RED SPRINGS NC 28377


MICHAEL MEANS
4122 W FORK RIDGE DR
BATAVIA OH 45103


ANDREW MEARS
205 LONGVIEW DR
ABINGDON VA 24211


LUZ MENDEZ
1111 VILLAGE GREEN DR
ANGOLA IN 46703


SHELLY MERCER-JAMISON
30 PLAINS ROAD
HAMDEN CT 06514

ADAM MERRELL
11421 IOWA CIR
OMAHA NE 68142


JONATHAN MERRITT
152 ASHBURY PARK LANE
RICHLANDS NC 28574


THOMAS META
8840 STATE HIGHWAY 198
CONNEAUTVILLE PA 16406


MHS ASSOCIATES, LLC
PO BOX 14178
AUGUSTA GA 30909


MICHAEL RUBINO
4160 STATE ROUTE 5 #8
FRANKFORT NY 13340


PAUL MIER
10150 E. HARVARD AVE
DENVER CO 80231


JUANITA MILES
3824 RURAL ST
ROCKFORD IL 61107


DAVIDMILLER
467 MCDERMOTT POND CREEK RD
MC DERMOTT OH 45652


DAVIDMILLER
865 CRANE RD
DANVILLE VA 24540


DOROTHY MILLER
PO BOX 364
HIGH SHOALS NC 28077


GROVER MILLER
1921 CALKS FERRY RD
LEXINGTON SC 29073

JOHN MILLER
PO BOX 392
JAMESTOWN PA 16134


KIMBERLY MILLER
712 MIDSTREAMS RD
BRICK NJ 08724


MICK MILLER
539 WILDFLOWER TRAIL
MYRTLE BEACH SC 29579


LYLE MILLER, SR.
PO BOX 11185
HICKORY NC 28603


BILL MILLS
314 CURTIS DRIVE
SUMTER SC 29153


MORGAN MILLS
PO BOX 911
STEPHENS CITY VA 22655


SUSIE MINCEY
1511 MARLEY DR
COLUMBIA SC 29210


JON-PAUL MIRON
7 SWITZER CREST
BINBROOK, ON, L0R 1C0, CANADA


BRENT MOLLETTE
7042 TYLERWOOD CT
MILTON FL 32570


GLENDA MONROE
169 JULIA T RD
SAINT PAULS NC 28384


WAYNE MONTAGUE
3901 TURNBERRY LOOP
SENECA SC 29678

CATHERINE MONTE
6123 WOODRIDGE LANE
GRAND BLANC MI 48439


JEFFREY MOONEY
4629 BROOKLAWN ST
DAVIDSON NC 28036


TERRENCE MOONEY
1821 N MARSHALL RD
MIDDLETOWN OH 45042


DAMITCHELL MOORE
207 NEW MARKET ST, APT 7D
GREENWOOD SC 29646


JAMES MOORE
529 HUNT ST
ASHLAND KY 41101


JIMMY MOORE
111 MELVILLE CT
MOORESVILLE NC 28117


GEORGE MOORE, JR.
PO BOX 65
SWANSBORO NC 28584


THERESA MOORE
752 VILLAGE LANE DR SW
MARIETTA GA 30060


DAVID MOORMAN, JR.
347 HAMMITT RD
BULLS GAP TN 37711


ANNETTE MOOSAVI
PO BOX 1731
DAVIDSON NC 28036


OSVALDO MORALES
245 OLD POINT RD
MILFORD CT 06460

JAMES MORGAN
120 COUNTRY CLUB DRIVE
APT A
ELMIRA NY 14905-1913


JEAN MORRISON
3369 DOLPHIN DR
BLASDELL NY 14219


DURLAND MOSHER, II
603 CHURCH ST
ATHENS PA 18840


SANDRA MOSHER
6270 TUDOR LN
LOVES PARK IL 61111


RANDALL MUECKL
C/O FREDERICK & ROGERS
1903 E BATTLEFIELD
SPRINGFIELD MO 65804


JOHN MULDER
26158 SHADY BROOK TRL
COURTLAND VA 23837


MAMIE MURPHY
870 VANDENBURG DR
BOILING SPRINGS SC 29316


WILLIAM MURPHY
590 LONG BRANCH CIRCLE
WILLISTON SC 29853


JOHNNY MURRAY
3818 WESTER RD
RALEIGH NC 27604


JOHNSTON MURRAY
5444 LAURINBURG RD
RAEFORD NC 28376


KIMBERLY MURRELL
9617 ROTHMAN LN
CHARLOTTE NC 28215

LARRY MUSTAIN
4814 LILYDALE BACK CREEK RD
GREENVILLE WV 24945


TERRY MUTH
770 BERKELEY AVE NW
ATLANTA GA 30318


JAMES MUZENI
1768 W HERICK CT
HERNANDO FL 34442


JAMES MYERS
613 VILLAGE GREEN LN
OKATIE SC 29909


THOMAS MYERS
3455 LAKESHORE DR
FLORENCE SC 29501


ANATOLY NARITSIN
6 BOBSLED DR
NEEDHAM HEIGHTS MA 02494


LARRY NEAL
PO BOX 178
WALKERTOWN NC 27051


MAJOR NEWKIRK
1471 REGISTER RD
ROSE HILL NC 28458


GEORGE NICHOLAS, JR.
2108 FITTLEWORTH TERRACE
UPPER MARLBORO MD 20774


JENNIFER NIXON
302 WALNUT DRIVE
CLIFTON PARK NY 12065


SUSAN NOACK
1105 ARTIC QUILL RD
HERNDON VA 20170

L. NOBLETT
353 EAGLEHEAD PT
EAST ROCHESTER NY 14445


HOWARD NORTON
C/O BRUCE B. BRIGGS, ATTORNEY AT LAW
PO BOX 81
MARS HILL NC 28754


CHERLYN NZONGOLA
PO BOX 6112
BEAUFORT SC 29903


MARY J. O'NEAL
PO BOX 2082
ROCKINGHAM NC 28380


O'TOWERS WHOLESALE, LLC
1777 S BURLINGTON BLVD #213
BURLINGTON WA 98233


LONNIE OAKLEY, JR.
207 PINEBROOK SCHOOL RD
MOCKSVILLE NC 27028


ONWARDO LLC
PO BOX 190
WAUNAKEE WI 53597


JUSTIN OOTEN
PO BOX 1012
HOLDEN WV 25625


ORLANDO TRUST, DATED JANUARY
6812 CHAMPIONSHIP DR
WHITSETT NC 27377


BOBBIE OWENS
1569 S CRESCENT HEIGHTS BLVD
LOS ANGELES CA 90035


KYLEEN OXENDINE
19892 LUCKY LN
WAYNESVILLE MO 65583

THOMAS PALMER, JR.
PO BOX 1236
BYRON GA 31008


DANTE PALMER, SR.
2430 ORCHARD DR
HEPHZIBAH GA 30815


ELLIS PARDUE
1244 ARBOR RD BOX 134
WINSTON SALEM NC 27104


MURRINE PARRA
7742 HENRY HARRIS ROAD
FORT MILL SC 29707


BILLY JOE PARRISH
PSC 567 BOX 6842
FPO AP 96384


VINCENT PASSALACQUA
41 EDGEWOOD TER
BRIDGEWATER NJ 08807


ALLISON PATRICK
161 BEAVER CREEK DR
CHESNEE SC 29323


CHARLES PATRICK
194 OLIVER ST
NORTH WILKESBORO NC 28659


VIVIAN PATRICK
519 SANDPIPER CIR
CHERAW SC 29520


KENNY PATTERSON
C/O FREDERICK & ROGERS
1903 E. BATTLEFIELD RD
SPRINGFIELD MO 65804


RANDY PATTERSON
860 SLEEPY HOLLOW RD
MIDLAND NC 28107

SAVONITA PEELER
215 LOCKHART LN
GAFFNEY SC 29341


HOWARD PELTON, III
2862 RED FOX RUN DR NW
WARREN OH 44485


MARK PENNINGTON
109 LM PORTER CEMETERY RD
SANDY HOOK KY 41171


KEVIN PENNY
216 TALLSTONE DR
FAYETTEVILLE NC 28306


WARREN PERKINS
1308 PINEHURST ST
GASTONIA NC 28052


KENNETH PERSON
8580 HIGHWAY 265
MOUNT CROGHAN SC 29727


MICHELLE PETERS
6393 BLOSSOMWOOD CIR NE
N CANTON OH 44721


GEORGE PETITT, III
25 SCOUT RD
GREENVILLE SC 29611


PETRUS VACATION RENTALS, LLC
1835 E HALLANDALE BEACH BLVD #626
HALLANDALE FL 33009


NICOLE PETRUS
24A TROLLEY SQ #171
WILMINGTON DE 19806


ANDREW PFEFFERKORN, JR.
12574 GARRY GLEN DRIVE
BRISTOW VA 20136

ANDREA PHILLIPS
PO BOX 939
WHITAKERS NC 27891


CHARLES PHILLIPS
109 ROBINSON CLEMMER RD
DALLAS NC 28034


JAMES PHILLIPS, III
4040 LANDOVER PEAK PLACE
RALEIGH NC 27616


CECIL PIANSAY
1104 KEYSTONE DR
ASHEBORO NC 27203


ANTHONY PICKHINKE
7835 E BURRO DR
KINGMAN AZ 86401


LAYMON PICKLE
272 PICKLE HOLLOW RD
SALTVILLE VA 24370


SHEILA PIERCE
5330 HAMES TRACE
LOUISVILLE KY 40291


ELTON PIERSON
140 GIGI LN
LOUDON TN 37774


NATALIE PITMAN
400 SUMMIT DRIVE
APT 3C
GREENVILLE SC 29609-4854


JANICE POLESKY
626 CHERRY LANE
ROYALTON MN 56373


ANTHONY POMPEY
PO BOX 641
KINGSTREE SC 29556

BRONNA POOLE
PO BOX 821
RANDLEMAN NC 27317


L. NORTON POPE
4246 ESTATE DRIVE
CONWAY SC 29526


ROSEMARY POPE
414 ASH CIRCLE
ELKHART IN 46517


PAUL PORFELI
32306 HUGH ROAD
APT A
ALBEMARLE NC 28001-7376


MARK PORTER
5656 SPRINGLAKE ROAD
CANTON OH 44718-1154


JABEZ POWELL
3804 PEPPERCORN LN
GREENSBORO NC 27406


RICQUEL PRATT
7042 BRANDEMERE LANE (CR)
APT J
WINSTON SALEM NC 27106


SUSAN PRESTON
3910 WEST BENT GRASS DR.
FAYETTEVILLE NC 28312


WILLIE PRESTON
20024 HALLOWAY AVE
MATOACA VA 23803


DAVID PRICE
23 HARBOUR HEIGHTS DRIVE
ANNAPOLIS MD 21401

VEVA PRICHARD
299 RIVER ROAD
PO BOX 299
CRUM WV 25669


CHRISTOPHER PRIDMORE
1301 COVE CREEK RD
PICKENS SC 29671


CARLETTE PRIESTER
6449 CAYMUS DR
CHARLOTTE NC 28269


MARY PROUTY
3910 DOSTER RD
MONROE NC 28112


HAUGHTON PURSER
4312 RYEGATE DR
RALEIGH NC 27604


WESLEY PURSIFUL
7987 LONGMIRE RD
LUTTRELL TN 37779


THOMAS PYTKO
94 E ACRES AVE
PITTSFIELD MA 01201


LINDA RADCLIFFE
110 CRESCENT AVE
WOODBURY NJ 08096


MARCIA RAGIN
2850 SEPTEMBER DR
SUMTER SC 29154


FRANCIS RALSTON
9009 MORTON AVE
BROOKLYN OH 44144


CHAD G. RAMSEY
172 JOSEPH ALEXANDER DR
FUQUAY VARINA NC 27526

RICHARD RANSON
214 GREENWAY ST
HUNTERSVILLE NC 28078


JOSEPH RATLIFF
2916 WHIPPOWILL CIR
AUGUSTA GA 30906


MYRON RAVENEL
PO BOX 41961
NORTH CHARLESTON SC 29418


MORRIS REID, III
924 HUNT CLUB RUN
CHARLESTON SC 29414


JOSEPH REINHARDT
PO BOX 621
CHESAPEAKE OH 45619


TIMOTHY  REINKE, SR.
25944 MACKINAC ST.
ROSEVILLE MI 48066


RESORT TRAVEL AND XCHANGE, INC.
ONE VANCE GAP ROAD
ASHEVILLE NC 28805


JAMES RESPUS
103 KING RICHARD COURT
RED SPRINGS NC 28377-1261


DUTCH REUSCHEL
1817 HOPEWELL DR
ELVERSON PA 19520


CARLOS REYNOLDS
3018 TIFFIN CIR
MACON GA 31204


FREDERICK RHEW
C/O ROBERT JONES, ATTORNEY AT LAW
732 THIMBLE SHOALS BLVD, SUITE 901
NEWPORT NEWS VA 23606

BOBBY RHODES
415 W HORTTER ST
PHILADELPHIA PA 19119


GEOFFREY RHODES
7112 INDIAN RIDGE LN
CHARLOTTE NC 28214


GEORGIA RHODES
PO BOX 424
WAYNESBORO GA 30830


LAURA RICHARDS
1510 CALLAWAY LOOP
CONYERS GA 30012


DAVID RICHARDSON
700 COVENTRY LN
FLORENCE SC 29501


TAJI RICHARDSON
215 RIDGE BAY CT
GREENVILLE SC 29611


NICHOLAS RICHER
208 FERRY ST
ABBEVILLE SC 29620


CHRIS RISBY
7006 COMMANDER HOWE TER
BRANDYWINE MD 20613


ERIC RIVERA
29 GREENFIELD AVE
STATEN ISLAND NY 10304


CHRISTOPHER ROACH
10940 213TH ST
QUEENS VILLAGE NY 11429


GUY ROBBS
19087
 HIGHWAY 221 N
LAURENS SC 29360

ARTHER ROBERSON, SR.
120 CAROLINA RIDGE DR
COLUMBIA SC 29229

ARCHIE ROBERTSON
1016 ALSTON HILL DR
CHARLOTTE NC 28214

KENNETH ROBERTSON
3326 VENUS DR
DURHAM NC 27703

KATRINA ROBINSON
4 ROCKPORT COURT
GREENSBORO NC 27406-8773

JOYCE ROBINSON-BELL
205 KINDLEWOOD DR
DURHAM NC 27703

CHARLA ROBY
2912 MARTINSVILLE RD
GREENSBORO NC 27408

KATHRYN ROGERS
C/O RANDY ROGERS, PR OF ESTATE
505 TYRE B MAULDIN ST
WALHALLA SC 29691

DANIEL ROOT
7421 MATHERLY DRIVE
WAKE FOREST NC 27587

ELTON ROSS
220 REAVES ST
RAEFORD NC 28376

MICHAEL RUBINO
4160 STATE ROUTE 5, #8
FRANKFORT NY 13340

RUSSELL RUNION
4561 FOLLANSBEE RD
WINSTON SALEM NC 27127

JAMES RUSSELL
1261 RIVEROAKS DR
COLONIAL HEIGHTS VA 23834


MICHAEL RUSSO
428 STONECREST LANE
GAFFNEY SC 29341-3446


BERNADINE SAMPSON
727 SHORELINE CIR
SCHAUMBURG IL 60194


CLEVELAND SAMUELS
1270 NUGGET DRIVE
GA 30891-3000


SAND CASTLE SOUTH HOA INC.
C/O ALLEY MANAGEMENT INC.
7400 N. KINGS HIGHWAY
MYRTLE BEACH SC 29572


JANE SANDER
15705 IBISRIDGE DRIVE
LITHIA FL 33547


DAVEY SANDERSON
712 IVA LN
KNOXVILLE TN 37918


NIKOLAY SANDUL
PO BOX 188
KLEINFELTERSVILLE PA 17039


TIMOTHY SARGEANT
8803 CROSS CHASE CIR
FAIRFAX STATION VA 22039


JEFFREY T. SARGENT
515 WEXFORD HOLLOW RUN
ROSWELL GA 30075


JON SARLEA
6626 PARRISH AVE
HAMMOND IN 46323

ANTHONY SAUNDERS
5936 KENTUCK RD
RINGGOLD VA 24586


ALFRED SAYLOR
1151 LANGLEY BLVD.
CLAWSON MI 48017


VERONICA SCALES
2009 E 18TH ST
WINSTON SALEM NC 27105


ALBERT SCHAEFER
PO BOX 4585
FLORENCE SC 29502


JOHN SCHAUB
13 DEVEAUX CT
WEST COLUMBIA SC 29172


JONATHON SCHLAX
1502 CASSANDRA DR
DURHAM NC 27712


DAVID SCHMIDT
PO BOX 340
CLEARWATER SC 29822


CHELSEA SCHRADER
334 DELLWATER LANE
BEDFORD PA 15522


ERIC SCOTT
90 PEWTER LN
STAFFORD VA 22554


SCOTT SHAFFER
51 KEEFER WAY
MECHANICSBURG PA 17055


GERMARI SHARPER
416 E TIERRA DR.
FLORENCE SC 29505

DAVID SHAW
7 WILDEWOOD DOWNS PT
COLUMBIA SC 29223


PHILLIP SHAW
317 SNIDER ST
HIGH POINT NC 27265


TIMOTHY SHAW
4 FILLY TRL
FAIRFIELD PA 17320


CHAD SHEALY
1989 DR BOWERS ROAD
LITTLE MOUNTAIN SC 29075


HARRISON SHELL
1401 ALTAMA DR
RALEIGH NC 27610


BRIAN SHELLEY
302 MAPLE AVENUE
HORSE CAVE KY 42749


JOANNE SHER
24 AMARON LN
STATEN ISLAND NY 10307


SHERRY WILLIAMS GEE
163 HIGHGROVE COURT
RAEFORD NC


JOSHUA SHIRLEY
9853 FRIENDSHIP 7
EL PASO TX 79924


JESSICA SHORT
90 OAK LN
BERWYN PA 19355


LESLIE SHULTZ
580 LAKEVIEW DR
ELKVIEW WV 25071

DENIS SILCOCK
383 MAIN STREET E
APATMENT 413
MILTON, OH L9T 8K8, CANADA


DWAYNE SIMMONS
61 E 2ND ST
MOUNT VERNON NY 10550


CONNIE SLADE
511 HODGES DAIRY RD
YANCEYVILLE NC 27379


WILLIAM SLAUGHTER
1727 PARHAM DRIVE
GRAHAM NC 27253


ANTHONY SMITH
4304 JOHN GARDNER RD
KERSHAW SC 29067


CARLA SMITH
449 DORLEY RD
SPARTANBURG SC 29307


CHARLES SMITH
104 COTTON RD
SHELBY NC 28150


DOROTHY J. SMITH
4538 BELLINGHAM CT
EVANS GA 30809


EDWIN SMITH
116 WINTHROPE WAY
JACKSONVILLE NC 28546


GORDON SMITH
P.O. BOX 395
KITSCOTY, AB, T0B 2P0, CANADA


JAMES SMITH, JR.
744 DOUGLAS ROAD
GRAY COURT SC 29645

KENNETH SMITH
455 SELLS ROAD
BLUFF CITY TN 37618


SHARRON SMITH
3815 ATLAS DRIVE
CHARLOTTE NC 28269


STACEY SMITH
2514 EDFELDT DR
DISTRICT HEIGHTS MD 20747


STEPHANIE SMITH
5606 BIRCH RD
FAYETTEVILLE NC 28304


STEVEN SMITH
303 CONLEY ST
GREENVILLE NC 27834


VAN SMITH
3088 YOUNGS PARK DR
WESTVILLE SC 29175


HENRY SMOKE, III
7825 GINGER LN
CHARLESTON SC 29420


NICKY J. SMYRE
2407 33RD AVE NE
HICKORY NC 28601


ALAN SNEED
PO BOX 523
BLACK MOUNTAIN NC 28711


CHRISTOPHER SNIDER
2224 OLD FARMER RD
ASHEBORO NC 27205


WAYNE SNOW
782 PEMBROKE WAY
CHARLES TOWN WV 25414

ROBERT SOLOMON, JR.
8023 OLD PHILADELPHIA RD
BALTIMORE MD 21237


TERRACE  SOLOMON
25 VINELAND LANE
COATESVILLE PA 19320


DAVID SOSA
2538 LILLINGTON HWY
SPRING LAKE NC 28390-1848


ANDREW SOUTHERLAND
513 E POLLOCK ST
MOUNT OLIVE NC 28365


CHARLES SPARWASSER
7872 SAINT FABIAN LN
DUNDALK MD 21222


JOHN SPEARS
4072 BANBRIDGE DRIVE
HIGH POINT NC 27260


SPENCER BOOSE
9787 OLD MILL ROAD
LELAND NC 28451


NORA SQUIRES
7221 S KIPLING PL
PAINESVILLE OH 44077


JOYCE STALLINGS
3885 TOWER HILL ROAD
KINSTON NC 28501


MARGARET STEED
120 E WATKINS ST
AUGUSTA GA 30901


ASHLEY STEEN
335 RICHMOND DR
FAYETTEVILLE NC 28472

WENDY STEIN
213 PRINCESS DR
GARNER NC 27529


MARIAN STEPNIEWSKI
40 LACEBARK LN
ELGIN SC 29045


DAVID STEWART
C/O KLEIN & SHERIDAN, LC
3566 TEAYS VALLEY RD
HURRICANE WV 25526


WALTER STOKES
264 PEARSON HILL ROAD
ROANOKE RAPIDS NC 27870


JEFFERY STORY
250 RIVERS CIRCLE
THOMSON GA 30824


STEWART STROTHERS, III
5524 BERRY HILL RD
NORFOLK VA 23502


LAWRENCE STUCKEY, III
2059 SPRING HILL RD
DALZELL SC 29040


CURTIS SUBER
10123 BROAD RIVER RD
POMARIA SC 29126


SUN HOSPITALITY RESORT SERVICES
4724 HWY 17 BYPASS SOUTH
MYRTLE BEACH SC 29588


ERIC SURRATT
8637 DANVILLE PIKE
HILLSVILLE VA 24343


JAMES E. SUTTON
6464 GOLD DR.
BATTLEBORO NC 27809

LYNN SWINNEY, JR.
9906 HAMILTON DR
DOUGLASVILLE GA 30135


LILLIAN SYDENSTRICKER
124 TOWNSHIP RD 1290
CHESAPEAKE OH 45619


RUBEN TACAS
8411 MORRELL LN
DURHAM NC 27713


GREGORY TACKETT
640 MARE CRK
STANVILLE KY 41659


EDUARDO TANAKA
107 BANYON TREE LN
CARY NC 27513


MICHAEL TANKSLEY
516 HILLWOOD CIR
AUGUSTA GA 30909


DEBRA TAYLOR
10 TAYLOR RD
SPRING LAKE NC 28390


DIJON TAYLOR
159 KINGSBORO ROAD
ROCHESTER NY 14619


JEFFREY TAYLOR
11403 VEGA CT
UPPER MARLBORO MD 20774


LANCE TAYLOR
45 YOUNG AVE
CEDAR GROVE NJ 07009


SUE TAYLOR
455 NEW CHURCHMANS RD
NEW CASTLE DE 19720

JOSEPH TEAGUE
1716 DREW ALLEN RD
WILLIAMSON GA 30292

ALAN TEMPLETON
2545 MCLEAN CHAPEL CHURCH RD
BUNNLEVEL NC 28323

RONALD THARP
2294 GEORGE HAYES RD
BOONE NC 28607

KENDALL THOMAS
55 PLEASANT AVE, APT 2FL
JOHNSON CITY NY 13790

WILLIAM THOMAS
3032 LAKE RD
APT D
ELMIRA NY 14903

ANTHONY THOMPKINS
632 OATS STREET
JOHNSONVILLE SC 29555

ADAM THOMPSON
3102 INDIGO PL
SEFFNER FL 33584

EARL THOMPSON
3735 LYSTRA RD
CHAPEL HILL NC 27517

BUDDY THOMPSON, SR.
1323 BONLEE BENNETT RD
BONLEE NC 27213

WILLIAM THORNTON
PO BOX 246
TOBACCOVILLE NC 27050-0246

RYAN THURMAN
2004 WALDNER CT
CRESTWOOD KY 40014

ERVIN TISDALE, SR.
4013 CHATHAM RD
BALTIMORE MD 21207


CLARENCE TOLIVER, JR.
570 3RD ST
ALBANY NY 12206


DEBORAH TOLLES
2327 TREESCAPE DRIVE
APARTMENT 7
CHARLESTON SC 29414


ROLAND TOMAH
106 ASHBOURNE RD
IRMO SC 29063


JOSEPH TONSEL, JR.
2650 LEXINGTON ST
HARRISBURG PA 17110


ROBERT TORRISI
3611 MELVIN DR S
BALDWINSVILLE NY 13027


FRANK TRACY
14343 NIEZES CIR
WINTER GARDEN FL 34787


JAMES TREADAWAY
548 WATTS LN
CAMDEN SC 29020


CRAIG TREECE
1520 HIGH TOP RD
KNOXVILLE TN 37914


MARIA TRESSLER
PO BOX 145
MILLIGAN COLLEGE TN 37682


THOMAS TRICKA
9716 ALVIN DRIVE
SHIPPENSBURG PA 17257

STACEY TROTMAN
947 RENFREW ST
ESSEX MD 21221


TSA CHOICE
108 ASHEVILLE COMERCE PKWY
CANDLER NC 28715


DENNIS D. TUCHOLSKI
TAYLOR MOORE LAW, LLC
TAYLOR CHARLES MOORE
431 S. JEFFERSON, SUITE 116B
SPRINGFIELD MO 65806


MICHAEL TUCKER
64 LARNED ROAD
PENNELLVILLE NY 13132


CLIFTON TURNER
2641 VIENNA DOZIER RD
PFAFFTOWN NC 27040


EARNEST TURNER
3924 GRAPE AVENUE
AUGUSTA GA 30909


DARRIEN S. TUTT
323 W CHAMPLOST ST
PHILADELPHIA PA 19120


MARY TUTTEROW
1251 BETHUNE WAY
THE VILLAGES FL 32162


APRIL TYLER
1505 JOY ANNE CT
MOUNT HOLLY NC 28120


JERRY UADISKI
5699 ROUTE 259 HWY
HOMER CITY PA 15748


REX UHL
4221 HENDERSON RD
GREENSBORO NC 27410

SANDRA UTRIA
131 KENSINGTON AVE, APT B6
JERSEY CITY NJ 07304


VACATION WEEKS, LLC A/K/A BLUE WATER
ONE VANCE GAP ROAD
ASHEVILLE NC 28805


REJIMON VARGHESE
3651 CHERRY HILL DR
GREENSBORO NC 27410


RUBEN VASQUEZ
127B S ROSEWELL AVE
SOUTH AMBOY NJ 08879


ROBERT VAUGHAN
2341 FISHING CREEK RD
NORTH WILKESBORO NC 28659


KAREN VAUGHT
3409 BUCKWOOD TRL
SALEM VA 24153


ARTURO VAZQUEZ
1712 S ALSTON AVE
DURHAM NC 27707


NANCY VAZQUEZ
59 WILSON ST
NEW HAVEN CT 06519


MARK VENABLE
102 PARKWAY DR
EASLEY SC 29640


ANNA VIERS
238 WESTWOOD DR
COLUMBIA KY 42728


ROBERT VITTITOE
17101 MALLETT DR
LOUISVILLE KY 40245

CHARLES WAGNER
42 MOYER AVENUE
CHARLEROI PA 15022


JAMES WAGNER, JR.
5360 ALTENWALD RD
WAYNESBORO PA 17268


ALBERT WALKER
C/O BEVERLY MAYES
5964 STANLEYVILLE DR
RURAL HALL NC 27045


KENNETH WALKER
6508 CENTURY LN
BURTON MI 48509-2380


MAURICE WALKER, SR.
468 JULIA DR
ROMEOVILLE IL 60446


SHERMAN WALLACE, JR.
420 FOLKSTONE RD
COLUMBIA SC 29223


NAKESHA WALTON
709 KINGS CREST DR
STAFFORD VA 22554


ROBERT WALTON
514 ROCKY CREEK RD
JOHNSTON SC 29832


PAUL WASSELL
4021 WESTERNPORT RD
WESTERNPORT MD 21562


DALLAS WATERS
1112 WILLIAMS LN
ELBERTON GA 30635


KENNETH WATSON
3915 NORTHROP DRIVE
HAW RIVER NC 27258

WARRELL WATSON
10312 MILLARDEN RD
WOODBURY GA 30293


ROBYN WEATHERFORD
810 SIMPSON LN
HARTSVILLE SC 29550


JOHN WELBORN
PO BOX 284
GLEN ALPINE NC 28628


ZEREDA M. WELLS
8400 REED RD
STONY CREEK VA 23882


ROBERT WERT, JR.
2829 MEADE DR
GRAND PRAIRIE TX 75052


CAMERON WESLEY, SR.
116 MELSTONE DR
HOPKINS SC 29061


TYRONZA WESLEY
2 CULUPA CT
BLYTHEWOOD SC 29016


CHET WEST
3209 GRESHAM LAKE RD
RALEIGH NC 27615


CHARLES WETMORE, II
232 UNIVERSITY PKWY
OKATIE SC 29909


THOMAS WHALEN
45 DAVIS ST
MERIDEN CT 06450


RODNEY WHITE
1314 SHIREBOURN
HICKORY NC 28602

WAYNE WHITE
10 TWIN SPRINGS DR
FREDERICKSBURG VA 22407


HUGH WHITLEY
219 FRANKLIN ST
ALBEMARLE NC 28001


JOHN WHITWORTH
1140 LONGBRANCH RD
GROVER NC 28073


ROBERT WIGGINS
90 CONKLIN AVENUE
BINGHAMTON NY 13903


CHRISTOPHER WILCKEN
23 ORIOLE PATH
LIVERPOOL NY 13090


ARNOLD WILKERSON
793 LESTER RD
CHATHAM VA 24531


ROBERT WILKS, SR.
6014 SURREY SQUARE LN, APT. T3
DISTRICT HEIGHTS MD 20747


WESTLEY WILLIAMS, JR.
1300 RIDGEWAY RD
LUGOFF SC 29078


KEITH WILLIAMS
8114 SOLACE CT
CHARLOTTE NC 28269


LEATHA WILLIAMS
366 RIDENOUR LN
JACKSBORO TN 37757


LISA L. WILLIAMS
7209 STUART DR
RALEIGH NC 27615

MARK WILLIAMS
2930 NE GILMER AVENUE
WINSTON SALEM NC 27105


REAMUS WILLIAMS
177 HITCHCOCK RD
AIKEN SC 29803


DOUGLAS L. WILLIAMSON
PO BOX 1253
HARTSVILLE SC 29551


JOHN WILLIFORD
386 YESEBEHENA CIR
ROCK HILL SC 29730


BETTY WILSON
346 CLARK CT
DILLON SC 29536


GERRY WILSON
1873 BETHEL NEW HOPE RD
BETHEL OH 45106


JAMES WILSON
2675 MAIDENHAIR LN
SUMTER SC 29153


LAYDEN WILSON
106 OAK ST
SPRING CHURCH PA 15686


CHARLES WITHERSPOON, JR.
135 W MOREHEAD STREET
CHARLOTTE NC 28202


WITHUMSMITH+BROWN, PC
PO BOX 5340
PRINCETON NJ 08543


MICHAEL WOLF
12925 HWY 902 NC
BEAR CREEK NC 27207

WILLIAM WOLF
4165 SADDLEHORN DR
EVANS GA 30809


MADELINE WOOD
400 AVINGER LANE, #905
DAVIDSON NC 28036


VIRGINIA WOODCOCK
13588 GREENWOOD RD
GLEN ALLEN VA 23059


ROBERT WOODS
11 ARNOLD RD SE
STATHAM GA 30666


RONALD WORSHAM
401 E MAIN ST
MOUNT ORAB OH 45154


ANGELE WRIGHT
2629 LAKE CAPRI DR
CONYERS GA 30012


DENNIS WRIGHT
10849 W OAK HILL RD
BIRDSEYE IN 47513


JOSEPH WRIGHT, SR.
4512 BIESTERFIELD DR
CHARLOTTE NC 28216


GARY WYNN
3846 BELAIR RD
AUGUSTA GA 30909


HENRY YELDELL
268 PLUM BRANCH RD
EDGEFIELD SC 29824


DOUGLAS YOUNG
987 HILES RD
LUCASVILLE OH 45648

```
DOYE YOUNG
122 COUNTRY LN
EASLEY SC 29642


JENNIFER YOUNG
PO BOX 169
DOWNS IL 61736


ZEALANDIA CAPITAL, INC
ONE VANCE GAP ROAD
ASHEVILLE NC 28805


JOHN ZIMMERMAN
68 SANDRA DR
NEWPORT NEWS VA 23608


EDWARD ZYWCZOK
13 BRANT AVE
ST THOMAS ON  N5R1Z4
```

# United States Bankruptcy Court
## District of South Carolina

In re   **Sand Castle South Timeshare Owners Association, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sand Castle South Timeshare Owners Association, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2019**
_____
Date

/s/ **Julio E. Mendoza, Jr.**
_____
**Julio E. Mendoza, Jr. 3365**
Signature of Attorney or Litigant
Counsel for   **Sand Castle South Timeshare Owners Association, Inc.**
**Nexsen Pruet, LLC**
**1230 Main Street, Suite 700 (29201)**
**PO Box 2426**
**Columbia, SC 29202**
**803-540-2026 Fax:803-727-1478**
**rmendoza@nexsenpruet.com**