UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sand Castle South Timeshare Owners Association, ) | CASE NO: 19-02764-JW |
| Inc., ) | CHAPTER 11 |
| ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, as counsel for Sand Castle South Homeowners Association, Inc., a creditor herein, hereby enters her appearance in the above-captioned case and requests that her name and address be added to the mailing matrix for purpose of receiving copies of all pleadings, notices, and orders.

/s/Kristen N. Nichols
Kristen N. Nichols
District Court ID: 9770
Turner Padget Graham & Laney P.A.
40 Calhoun Street, Suite 200 (29401)
P.O. Box 22129
Charleston, SC 29413
Telephone: (843) 576-2836
Fax: (843) 577-1628
KNichols@tunerpadget.com

Attorneys for Sand Castle South
Homeowners Association, Inc.

Charleston, South Carolina
June 24, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sand Castle South Timeshare Owners Association, ) | CASE NO: 19-02764-JW |
| Inc., ) | CHAPTER 11 |
| ) | |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

     I, Kristen N. Nichols, do hereby certify that on June 24, 2018, I served on the persons below a copy of the Notice of Appearance in the above-referenced matter either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Sand Castle South Timeshare Owners Association, Inc.
One Vance Gap Road
Asheville, NC 28805
***Debtor***

Julio E. Mendoza, Jr.
Via CM/ECF
***Counsel for Debtor***

US Trustee's Office
Via CM/ECF
***US Trustee***

                                                                      /s/Kristen N. Nichols
                                                                      Kristen N. Nichols

Charleston, South Carolina
June 24, 2019