# United States Bankruptcy Court
### District of South Carolina

In re: __Sand Castle South Timeshare Owners Association, Inc.__                    Case No. __19-02764__
                                                     Debtor(s)                      Chapter __11__

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
(1) Schedule A/B is amended to add Furniture (see Line Item No. 38)
(2) Schedule H is amended to add a co-debtor (see Line Item No. 2.1)
(3) Statement of Financial Affairs is amended to add information concerning payments to the Management Company (see Line Item No. 4.1), and to add further information concerning a lawsuit in which the Debtor was named as a defendant (see Line Item No. 7.1)

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**Parties entitled to notice will receive notice at the time of filing under the ECF/NEF System.**

Date: __July 19, 2019__

        Julio E. Mendoza, Jr. 3365
        Attorney for Debtor
        Nexsen Pruet, LLC
        1230 Main Street, Suite 700 (29201)
        PO Box 2426
        Columbia, SC 29202
        803-540-2026 Fax:803-727-1478
        rmendoza@nexsenpruet.com

        *and*

        /s/ J. Ronald Jones, Jr.
        J. Ronald Jones, Jr. 5874
        Attorney for the Debtor
        Nexsen Pruet, LLC
        205 King Street, Suite 400 (29401)
        PO Box 486
        Charleston, SC 29402
        843-720-1740 Fax: 843-414-8220
        rjones@nexsenpruet.com

**Fill in this information to identify the case:**

Debtor name   **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **19-02764**

☑ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. Cash on hand    $300.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1.  Fifth Third | Operating | 5290 | $61,315.55 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**    $61,615.55
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. Accounts receivable

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number (If known) 19-02764 |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 2,153,327.66 | - | Unknown | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    Unknown

## Part 4: Investments

13. Does the debtor own any investments?

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☑ No. Go to Part 6.
    ☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ☑ No. Go to Part 7.
    ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Furniture located at Real Estate<br>(Hotel/Timeshare furniture including assorted beds, sofas, chairs, tables, televisions, etc...) | $19,500.00 | Liquidation | $19,500.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $19,500.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☑ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☑ No

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number (If known) 19-02764 |
|---|---|---|
| | Name | |

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 39 Timeshare units located at 2207 South Ocean Blvd, Myrtle Beach, South Carolina 29577 (Units Numbered 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 914, 915, 916, 917, 918, 919, 920, 921, 1101, 1102, 1103, 1104, 1105, , 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1114, 1115, 1116, 1117, 1118, 1119, 1120 and 1121 of the Sand Castle South Horizontal Property Regime). SEE ATTACHED LEGAL DESCRIPTION | | Unknown | | Unknown |

56. **Total of Part 9.**   Unknown
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number (If known) | 19-02764 |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties<br>Sand Castle South Timeshare Ownership Plan License (SC REC File No. 905) | Unknown | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

Unknown

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Sand Castle South Timeshare Owners Association, Inc.**  Case number *(If known)* **19-02764**
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $61,615.55 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | Unknown | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $19,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.................> | | Unknown |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | Unknown | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $81,115.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $81,115.55 |

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number (If known) 19-02764 |
|---|---|---|
| | Name | |

## LEGAL DESCRIPTION OF PROPERTY

ALL AND SINGULAR, those certain Units Numbered 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 914, 915, 916, 917, 918, 919, 920, 921, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1114, 1115, 1116, 1117, 1118, 1119, 1120, and 1121 of the Sand Castle South Horizontal Property Regime, established pursuant to the Master Deed for Sand Castle South Horizontal Property Regime, dated June 16, 2006 and recorded June 16, 2006 in Deed Book 3114 at Page 478, in the records of Horry County, South Carolina.

SUBJECT to all of the provisions of the aforesaid Master Deed and Exhibits and Amendments thereto.

AND SUBJECT to all other restrictions, reservations, easements, and rights of way or record, including those set out on the recorded map.

AND FURTHER SUBJECT to all of the provisions of the Supplemental Declaration for Sand Castle South Timeshare Ownership Plan recorded in Deed Book 3255 at Page 567, et. seq., in the records of Horry County, South Carolina.

TOGETHER will all of the appurtenances thereto according the Master Deed, the Supplemental Declaration for Sand Castle South Timeshare Ownership Plan and Exhibits and Amendments thereto, and the Grantee assumes and agrees to observe and perform its obligations under the Master Deed and Supplemental Declaration for Sand Castle South Timeshare Ownership Plan and Exhibits and Amendments thereto, including, but not limited to, the payment of assessments for the maintenance and operation of the units, condominiums and timeshare interests. AND SUBJECT to the provisions of the By-Laws of Sand Castle South Homeowner's Association, Inc. and the By-Laws of Sand Castle South Timeshare Owners Association, Inc.

This being a portion of the property conveyed to Sand Castle South Condo, LLC by Deed of Cherokee Motels, Inc., recorded June 16, 2006 in Deed Book 3114 at Page 462, in the Office of the Register of Deeds for Horry County, South Carolina.

TMS No.:  187-01-02-078; 187-01-02-079; 187-01-02-080; 187-01-02-081; 187-01-02-082; 187-01-02-083; 187-01-02-084; 187-01-02-085; 187-01-02-086; 187-01-02-087; 187-01-02-088; 187-01-02-089; 187-01-02-90; 187-01-02-091; 187-01-02-092; 187-01-02-093; 187-01-02-094; 187-01-02-095; 187-01-02-096; 187-01-02-097; 187-01-02-218; 187-01-02-219; 187-01-02-220; 187-01-02-221; 187-01-02-222; 187-01-02-223; 187-01-02-224; 187-

01-02-225;  187-01-02-226;  187-01-02-227;  187-01-02-228;  187-01-02-229; 187-01-02-230; 187-01-02-231; 187-01-02-232; 187-01-02-233; 187-01-02-234; 187-01-02-235:  187-01-02-236 and 187-01-02-237

LESS AND EXCEPTING:

Any previously conveyed timeshare interest in the above referenced Units, consisting of a 1/52 or a 1/104 undivided interest.

**Fill in this information to identify the case:**

Debtor name **Sand Castle South Timeshare Owners Association, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**

Case number (if known) **19-02764**

☒ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Festiva Development Group, Inc. | One Vance Gap Road Asheville, NC 28805 | Cherokee Motels, Inc. | ☐ D _____ <br> ☒ E/F  **3.113** <br> ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sand Castle South Timeshare Owners Association, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 19-02764 |

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $117,614.22 |
   | For prior year:<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $1,037,000.74 |
   | For year before that:<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $939,758.62 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  Sand Castle South Timeshare Owners Association, Inc.          Case number (if known) 19-02764

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Cherokee Motels, Inc.<br>PO Box 1362<br>Myrtle Beach, SC 29578 | | $40,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | The Debtor made payments to other creditors within the 90 days before filing; however, the aggregate to each of these creditors was less than $6,825. | | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | LaTour Hotels & Resorts, Inc.<br>One Vance Gap Road<br>Asheville, NC 28805<br>Management Company | 1/3/18;<br>2/27/18;<br>3/1/18;<br>4/2/18;<br>4/24/18;<br>5/1/18;<br>5/18/18;<br>6/1/18;<br>6/25/18;<br>7/2/18;<br>7/30/18;<br>8/1/18;<br>8/23/18 and<br>9/4/18 | $137,053.62 | Management Company Fees - The Debtor does not believe that LaTour Hotels & Resorts, Inc. ("LaTour") is an insider as that term is defined in the United States Bankruptcy Code. Payments made to LaTour during the one year prior to the filing were made monthly in the ordinary course of business in the total amount of $137,053.62. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor  **Sand Castle South Timeshare Owners Association, Inc.**          Case number *(if known)* **19-02764**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Michael Gerber vs. Sand Castle Southbeach, LLC, Sand Castle South Beach Rental Management Company, LLC, Sand Castle South Condo, LLC, Sand Castle South Homeowners' Association, Inc., and Sand Castle South Timeshare Owners Association, Inc.<br>2018-CP-26-02536 | This action involved a guest who fell in the shower and was injured. The guest was not in one of the Debtor's units. The Debtor has been dismissed from this action. | Horry County Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Nexsen Pruet, LLC<br>1230 Main Street, Suite 700 (29201)<br>PO Box 2426<br>Columbia, SC 29202 | Retainer for bankruptcy consultation, preparation and filing. | March 18, 2019 | $75,000.00 |

Email or website address
rmendoza@nexsenpruet.com

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

Debtor  **Sand Castle South Timeshare Owners Association, Inc.**          Case number (if known) **19-02764**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Name and contact information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

    | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|---|
    | 18.1. | Bank of America | XXXX-4356 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | Sand Castle South Timeshare Owners Association, Inc. | Case number *(if known)* | 19-02764 |
|---|---|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | Date of service<br>From-To |
    |---|---|

Debtor  **Sand Castle South Timeshare Owners Association, Inc.**          Case number (if known) **19-02764**

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **LaTour Hotels & Resorts, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | From January 1, 2018 to present. |
| 26a.2. | **Patton Hospitality Management**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | Prior to January 1, 2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Withumsmith+Brown, PC**<br>**200 South Orange Ave, Suite 1200**<br>**Orlando, FL 32801** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **LaTour Hotels & Resorts, Inc.**<br>**One Vance Gap Road**<br>**Asheville, NC 28805** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Herbert H. Patrick, Jr. | One Vance Gap Road<br>Asheville, NC 28805 | **President and Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kyle Smith | One Vance Gap Road<br>Asheville, NC 28805 | **Secretary, Treasurer and Director** | |

Debtor    **Sand Castle South Timeshare Owners Association, Inc.**    Case number *(if known)*    **19-02764**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Pawlowski | One Vance Gap Road<br>Asheville, NC 28805 | Vice President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Barney Barber | 3354 Reed Street, Apt. 101<br>Myrtle Beach, SC 29577 | Former President and Director | Resigned as of August 7, 2018 |
| Roger Bennett | One Vance Gap Road<br>Asheville, NC 28805 | Former Secretary, Treasurer and Director | Resigned as of August 7, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

    | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
    |---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    **Name of the pension fund**    **Employer Identification number of the parent corporation**

Debtor   **Sand Castle South Timeshare Owners Association, Inc.**                 Case number *(if known)* **19-02764**

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2019**

**/s/ Herbert H. Patrick, Jr.**                              **Herbert H. Patrick, Jr.**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of South Carolina

In re  **Sand Castle South Timeshare Owners Association, Inc.**                   Case No.  **19-02764**
                                                        Debtor(s)                 Chapter  **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B; Schedule H; and, Statement of Financial Affairs, consisting of **17** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 19, 2019**                          Signature   **/s/ Herbert H. Patrick, Jr.**
                                                              **Herbert H. Patrick, Jr.**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.