**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19−02764−jw        Chapter: 11

**In re:**

Sand Castle South Timeshare Owners Association, Inc.

**NOTICE OF HEARING**

| Filed By The Court |
|---|
| **7/29/20**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

**PLEASE TAKE NOTICE** that a hearing will be held at:

**King and Queen Building**
**145 King Street**
**Room 225**
**Charleston SC 29401**

on **August 19, 2020** at **10:30 AM**, to consider and act upon the following document(s):

Motion and Memorandum for an Order Establishing Bidding and Other Procedures, and Stalking Horse Bidder Protection, in Connection with the Sale of the Condominiums Formerly in the Sand Castle South Resort Timeshare Plan Filed by Julio E. Mendoza Jr. of Nexsen Pruet, LLC on behalf of Sand Castle South Timeshare Owners Association, Inc.

The document(s) related thereto have been filed with the Court. Any party objecting to the relief sought must file a response with the Clerk of Court in accordance with applicable rules and statutes and must serve the party seeking the relief with a copy of said objection **by 8/12/20.** Any party objecting but failing to appear in prosecution of the objection may be considered to have waived the objection.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  N Stalvey, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436